# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

———————————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of November, two thousand thirteen,

BEFORE:     Jon O. Newman,
            *Circuit Judge.*

-----------------------------------------------------------------

In re: Tribune Company
Fraudulent Conveyance                    **ORDER**
Litigation                               No. 13-3992(L)
                                              13-3875(XAP)
                                              13-4178(XAP)
                                              13-4196(XAP)

-----------------------------------------------------------------

### ORDER GRANTING JOINT MOTION BY PLAINTIFFS-APPELLANTS AND CERTAIN DEFENDANTS-APPELLEES FOR CASE MANAGEMENT RELIEF RELATED TO THE APPEALS AND CROSS-APPEALS

Appellants and certain appellees filed a joint motion on October 16, 2013, supplemented on November 8, 2013, for case management relief related to the above-referenced appeal and cross-appeals pending in the Court. Pursuant to FRAP 2, the Court finds that good cause exists to grant the motion.

IT IS HEREBY ORDERED,

1. The caption of the appeal and cross-appeals is In re: Tribune Company Fraudulent Conveyance Litigation.

2. Plaintiffs-Appellants-Cross Appellees will be identified on the dockets as the Note Holders and Retirees, consistent with the designations assigned to the plaintiffs in the Individual

1

Creditor Actions under District Court Master Order No. 3, filed July 7, 2012, p. 3, par. 2 (the "Master Order"). The Note Holder Appellants, with counsel, are listed as Exhibit A to this Order. The individual Retirees, with counsel, are listed as Exhibit B to this Order. Appellants' counsel who have not already done so will file separate Acknowledgement and Notice of Appearance forms on behalf of their respective clients under LR 12.3.

3.    Defendants-Appellees will be identified on the docket as the Large Private Beneficial Owners, Financial Institution Holders, Financial Institution Conduits, Pension Funds, Individual Beneficial Owners, Mutual Funds and At-Large, consistent with the designations assigned to these defendants under the Master Order, p. 5-7, par. 5. Counsel representing each group are listed as Exhibit C to this Order. Appellees' counsel listed in Exhibit C who have not already done so will file separate Acknowledgement and Notice of Appearance forms on behalf of their respective clients under LR 12.3. Each law firm represents only those Appellees listed on its filed Acknowledgement and Notice of Appearance.

4.    Defendants-Appellees that filed a notice of appearance in the district court pursuant to the Master Order, pp.25-26, pars. 34-35 are listed as Exhibit D to this Order. Counsel for a defendant or a pro se defendant on this list, other than counsel covered in Paragraph 3, must file an Acknowledgment and Notice of Appearance only if the party intends to file a document with the Court. Counsel or a pro se party that files a document with the Court must comply with Paragraph 10.

5. Defendants-Appellees-Cross-Appellants will be identified on the docket as a sub-set of the Large Private Beneficial Owners, Financial Institution Holders, Financial Institution Conduits, Pension Funds, Individual Beneficial Owners, Mutual Funds, and At-Large and Additional Cross-Appellants. Defendants-Appellees-Cross-Appellants, with counsel, are listed as Exhibit E to this Order.

6. For purposes of providing for the efficient management of the appeal and cross-appeals, an Appellate Liaison Committee ("ALC") is formed consisting of counsel listed in Exhibits A, B and C to this Order.

7. The sole responsibilities of the ALC shall be to use reasonable efforts to (a) facilitate communication among counsel for the Appellants, Appellees and Appellees-Cross Appellants, (b) minimize the number of notices of appearance filed, and (c) coordinate the filing of papers in order to avoid duplication in filings to the extent possible.

8.  No member of the ALC shall be deemed to represent any party other than that member's own client(s). The ALC and its members shall not owe any duty of any kind either to any party other than a member's own client(s) or to the attorney for any party.

9.  All communications and documents (including, but not limited to, drafts of motions or briefs) exchanged between and among any of the parties and/or their respective attorneys shall be deemed privileged communications and/or work product, subject to a joint interest privilege.

10. Notwithstanding anything to the contrary in this Order, counsel for any party or a *pro se* party may file papers in this appeal and cross-appeals. An attorney who seeks to file must (a) comply with LR 46.1 regarding the admission of attorneys to practice before the Court, (b) file a notice of appearance in the appeal or cross-appeal at the same time as the first paper is filed, and (c) submit the papers through the Court's "e-box", civilcases@ca2.uscourts.gov, pursuant to LR 25.2.  A pro se party may submit papers that comply with the Court's local rules through the "e-box" or by mail. A pro se party is directed to the Instructions section of the Court's website, www.ca2.uscourts.gov.

11.  Service of papers, including Court orders and decisions, will be electronic via e-mail among members of the ALC. Counsel listed in Exhibit C will serve via e-mail the parties listed in Exhibit D and those who have not filed a notice of appearance under the Master Order but provided their e-mail addresses to members of the ALC for inclusion on the "defendant e-mail list" described in the November 8, 2013 Joint Supplement, p. 5, par. 5. In addition, all papers filed with the Court and all Court orders and decisions will be posted on the Tribune Defendant's website http://www.tribune-defendants.com.  Defendants that have not filed a notice of appearance or otherwise appeared in the district court need not be served by mail with papers filed with the Court or Court orders or decisions, unless the Court directs otherwise.

12. Based upon the parties' stipulation, in order to avoid the potential obligation of the several thousand individual Defendants to notice a cross-appeal, any ruling favorable to Defendants-Appellees-Cross-Appellants will be deemed binding upon Appellants with respect to all Defendants who are or were named (or could be named) in this litigation, without regard to whether any particular Defendant noticed a cross-appeal.

13. Appellants will file up to two briefs not to exceed 14,000 words each or one joint brief not to exceed 20,000 words. Appellees-Cross-Appellants (i.e., the parties listed in Exhibit E) will file up to three principal briefs not to exceed 16,500 words each, or one joint brief not to

exceed 22,000 words. Appellants will file up to two response and reply briefs not to exceed 16,500 words or one joint brief not to exceed 22,000 words. Appellees who are not participants in the cross-appeals will file up to four principal briefs not to exceed 14,000 words each. Appellees who are not participants in the cross-appeals will be identified as Non-Cross-Appealing Defendants. A Non-Cross-Appealing Defendant listed in Exhibit D who wishes to file a brief must contact the Clerk of Court in writing, not later than ten calendar days before the filing deadline to identify itself as a filer and must provide the party's name, address, contact information and the same for counsel, if any. Appellees-Cross-Appellants will file up to three reply briefs not to exceed 15,000 words, or one consolidated reply brief not to exceed 20,000 words.

14. The briefing schedule is as follows:

| | |
|---|---|
| Appellants' Principal Brief | December 20, 2013 |
| Amicus Briefs Supporting Appellants | January 6, 2014 |
| Appellees' Response | February 28, 2014 |
| Cross-Appellants' Response & Principal Brief | February 28, 2014 |
| Amicus Briefs Supporting Appellees | March 7, 2014 |
| Appellants' Reply & Response | April 11, 2014 |
| Cross-Appellants' Reply | April 25, 2014 |

15. No party's substantive rights will be prejudiced by this Order.

16. The Clerk is directed to conform the docket to this Order.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

# EXHIBIT A

## NOTE HOLDER APPELLANTS AND COUNSEL LIST

### <u>Note Holder Appellants</u>

**Deutsche Bank Trust Company Americas**
In its capacity as successor indenture trustee for certain series of Senior Notes

**Law Debenture Trust Company of New York**
In its capacity as successor indenture trustee for certain series of Senior Notes

**Wilmington Trust Company**
In its capacity as successor indenture trustee for the PHONES Notes

### <u>Note Holder Appellants' Counsel</u>

Patricia A. Millett
Pratik A. Shah
James E. Tysse
Z.W. Julius Chen
**AKIN GUMP STRAUSS HAUER
& FELD LLP**
1333 New Hampshire Ave., N.W.
Washington, D.C.  20036
(202) 887-4000
pmillett@akingump.com
pshah@akingump.com
jtysse@akingump.com
chenj@akingump.com

David M. Zensky
Mitchell Hurley
Deborah J. Newman
Christopher M. Egleson
**AKIN GUMP STRAUSS HAUER
& FELD LLP**
One Bryant Park
New York, NY 10036
(212) 872-1000
dzensky@akingump.com
mhurley@akingump.com
djnewman@akingump.com
cegleson@akingump.com

5

Robert J. Lack
Hal Neier
**FRIEDMAN KAPLAN SEILER**
**& ADELMAN LLP**
7 Times Square
New York, NY 10036-6516
(212) 833-1100
rlack@fklaw.com
hneier@fklaw.com

David S. Rosner
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
Paul J. Burgo
**KASOWITZ BENSON TORRES**
**& FRIEDMAN LLP**
1633 Broadway
New York, NY 10019
(212) 506-1700
drosner@kasowitz.com
skorpus@kasowitz.com
cmontenegro@kasowitz.com
mstein@kasowitz.com
pburgo@kasowitz.com

Daniel M. Scott
Kevin M. Magnuson
**KELLEY, WOLTER**
**& SCOTT, P.A.**
431 S. 7th Street, Suite 2530
Minneapolis, MN 55415
(612) 371-9090
dscott@kelleywolter.com
kmagnuson@kelleywolter.com

Joseph Aronauer
**ARONAUER, RE & YUDELL, LLP**
One Grand Central Place
60 East 42nd Street, Suite 1420
New York, NY 10165
(212) 755-6000
jaronauer@aryllp.com

# EXHIBIT B

## RETIREE APPELLANTS AND  COUNSEL LIST

### Retiree Appellants' Counsel

Jay Teitelbaum
**TEITELBAUM & BASKIN, LLP**
1 Barker Avenue, Third Floor
White Plains, New York 10601
Tel: (914) 437-7670
jteitelbaum@tblawllp.com

### Retiree Appellants

| Name | City | State |
| --- | --- | --- |
| ABATEMARCO, FRED A. | Great Neck | NY |
| ALCANTAR, GERALD J. | Culver City | CA |
| ALFANO, RICHARD S. | Southlake | TX |
| ARMSTRONG, C. MICHAEL | Naples | FL |
| ARNOLD, GARY M. | Caseyville | IL |
| ARTHUR, JOHN M. | Santa Monica | CA |
| BARLOW, WILLIAM H. | Canyon Country | CA |
| BARRETT, DAVID S. | Hartford | CT |
| BARWICK, BRUCE E. | Ellicott City | MD |
| BECKER, TODD A. | Altadena | CA |
| BELL, GEORGE | Brookline | MA |
| BELL, SUSAN P. | Westminster | CA |
| BERGMANN, HORST A. | Greenwood Village | CO |
| BLOOD, EDWARD L. | Scottsdale | AZ |
| BRANDT, ROBERT F. | St. Michaels | MD |
| BRAUER, ALAN L. | Thousand Oaks | CA |
| BRENNAN, LEO | San Juan Capistrano | CA |
| BRIEF, KENNETH H. | Brunswick | ME |
| BRISCO, ROBERT N. | Rolling Hills | CA |
| CAMPBELL, PATRICIA G. | Upper Black Eddy | PA |
| CARPENTER, DIAN S. (widow of | Inverness | CA |

Dow C. Carpenter)

| | | |
|---|---|---|
| CARROLL, JOHN S. | Lexington | KY |
| CASEY, KATHLEEN M. | Lakeway | TX |
| CHANDHOK, RAJENDER K. | Santa Monica | CA |
| CHARLES, RANDOLPH R. | West Palm Beach | FL |
| CLAYTON, JANET T. | Los Angeles | CA |
| CLIFFORD, PATRICK A. | New York | NY |
| CLURMAN, ANDREW W. | Boulder | CO |
| COFFEY, C. SHELBY, III | McLean | VA |
| COPPENS, STUART K. | The Villages | FL |
| COTLIAR, GEORGE J. | Newport Beach | CA |
| DeYOUNG, BARBARA R. | Pittsford | NY |
| DILL, JOHN F. | Naples | FL |
| DILWORTH, ANN E. | Santa Fe | NM |
| DOWNING, KATHRYN M. | Santa Barbara | CA |
| DREHER, BEVERLY A. | Yorba Linda | CA |
| DREWRY, ELIZABETH V. | Landrum | SC |
| DUBESTER, MICHAEL S. | Locust Valley | NY |
| DYER, JOHN M. | Atlanta | GA |
| ERBURU, ROBERT F. | Santa Barbara | CA |
| ESGRO, DAVID A. | Whittier | CA |
| FALK, JOANNE K. (survivor of | | |
| Eugene Falk) | Thousand Oaks | CA |
| FITZGERALD, JAMES E. | Boynton Beach | FL |
| FORGIONE, MICHAEL J. | Copiague | NY |
| FORST, DONALD H. | Livingston | NY |
| FOX, DOUGLAS B. | Huntington | NY |
| GOLDSTEIN, GARY P. | Dix Hills | NY |
| GRAHAM, KENNETH, estate of | Rancho Santa | |
| c/o Marian Lewis, executor & Trustee | Margarita | CA |
| GRANT, ROBERT T. | Ponce Inlet | FL |
| GUERRERO, RICHARD | Dana Point | CA |
| GUITTAR, LEE J. | Fort Lauderdale | FL |
| GUTHRIE, JAMES F. | Austin | TX |
| GUTTRY, DeLYNN T. (widow of | | |
| Harvey V. Guttry) | Los Osos | CA |
| HALAJIAN, KENNETH L. | Ossining | NY |
| HALL, CHARLOTTE H. | Newtown Square | PA |
| HALLE, JEAN | Lutherville | MD |
| HAUGH, MICHAEL J. | Sea Girt | NJ |

| | | |
|---|---|---|
| HEAPHY, JANIS | Sarasota | FL |
| HELIN, JAMES D. | Los Angeles | CA |
| HESSLER, CURTIS A. | Pasadena | CA |
| HIGBY, JAMES H. | Wilton | CT |
| HIGBY, LAWRENCE M. | Newport Beach | CA |
| HOLTON, RAYMOND | Bethlehem | PA |
| HORN, KAREN LAUKKA | San Francisco | CA |
| HOWARD, LESLIE M. | Endicott | NY |
| HOWE, MARK E. | East Greenbush | NY |
| HUGHES, JOSEPH M. | Scottsdale | AZ |
| IMBRIACO, JAMES | Lebanon | NJ |
| ISENBERG, STEVEN L. | New York | NY |
| ISINGER, WILLIAM R. | Playa Vista | CA |
| JANSEN, RAYMOND A., JR. | Key Largo | FL |
| JOHNSON, EDWARD E. | La Canada | CA |
| JOHNSON, ROBERT M. | Glen Arbor | MI |
| JOHNSON, W. THOMAS, JR. | Atlanta | GA |
| JUNCK, MARY E. | Pleasant Valley | IA |
| KABAK, SCOTT W. | Manhasset | NY |
| KALLET, JUDITH S. | West Palm Beach | FL |
| KELLER, WILLIAM F. | Crystal Lake | IL |
| KELLERMANN, DONALD S., estate of, c/o Joan B. Kellermann, Executor & Trustee | Washington | DC |
| KING, VICTORIA | New York | NY |
| KLEIN, JASON E. | Chappaqua | NY |
| KLEIN, JEFFREY S. | Northridge | CA |
| KLUTNICK, SUSAN K. | Huntington Beach | CA |
| KOPPER, JAMES L. | Boca Raton | FL |
| KUEKES, SALLY (widow of George C. Kuekes) | Scottsdale | AZ |
| KURTICH, MARK H. | Indio | CA |
| LaFRANCE, KIMBERLY McCLEARY | Sherman Oaks | CA |
| LANKEY, JEFFREY W. | LaCanada | CA |
| LAVENTHOL, DAVID A. | New York | NY |
| LEE SCHNEIDER, R. MARILYN | Los Angeles | CA |
| LEVIN, MARTIN P. | Rye | NY |
| LEVINE, JESSE E. | Hermosa Beach | CA |
| MAGNUSON, ROBERT G. | Laguna Beach | CA |
| MAXWELL, DONALD S. | La Habra Heights | CA |
| McGUINNESS, KATHLEEN G. | Fairfield | IA |
| McKEON, JOHN C. | San Antonio | TX |

| | | |
|---|---|---|
| MEIER, STEPHEN C. | South Pasadena | CA |
| MOLVAR, JANIE (alternate payee of Roger Molvar) | Bend | OR |
| MOLVAR, ROGER H. | Snohomish | WA |
| NASH, JOHN T. | Kaunakakai | HI |
| NIESE, WILLIAM A. | Bonsall | CA |
| NILES, NICHOLAS H. | Hawley | PA |
| NORRIS, JAMES H. | Centerport | NY |
| NUCKOLS, JAMES H. | Encinitas | CA |
| O'NEILL, NANCY W. | Tiburon | CA |
| O'SULLIVAN, ROBERT T. | Edgewater | NJ |
| PARKS, MICHAEL C. | Pasadena | CA |
| PARO, JEFFREY N. | Short Hills | NJ |
| PAYNE, JANETTE O. | Dix Hills | NY |
| PERRUSO, CAROL | Long Beach | CA |
| PERRY, VICTOR A. | Atlanta | GA |
| PETERSON, MAUREEN G. (widow of Larry W. Peterson) | Stamford | CT |
| PETTY, MARTHA A. | St. Petersburg | FL |
| PLANK, JACK L. | Dana Point | CA |
| REDMOND, ELIZABETH F. (widow of Charles R. Redmond) | La Canada | CA |
| RHOADS, S. KEATING | Laguna Beach | CA |
| RILEY, MICHAEL R., Estate of c/o Sue Riley | Columbus | IN |
| ROSE, MICHAEL G. | Los Angeles | CA |
| ROWE, WILLIAM J. | Naples | FL |
| RUBIN, JEROME S., Estate of c/o David Kahn | New York | NY |
| SANN, ALEXANDER | New York | NY |
| SCALLY, GERALDINE | Pacific Palisades | CA |
| SCHLOSBERG, RICHARD T., III | San Antonio | TX |
| SCHNALL, HERBERT K. | Rancho Santa Fe | CA |
| SCHNEIDER, CHARLES I., Estate of | Los Angeles | CA |
| SCHNEIDER, HILARY A. | Los Gatos | CA |
| SCHNEIDER, HOWARD S. | Setauket | NY |
| SELLSTROM, BRIAN J. | Rancho Santa Fe | CA |
| SHAW, JAMES D. | Williamsburg | VA |
| SHIRLEY, DENNIS A. | Tustin | CA |
| SHORTS, GARY K. | Sarasota | FL |

| | | |
|---|---|---|
| SIMPSON, JAMES R. | Newport Beach | CA |
| SITO, LOUIS | Bethesda | MD |
| SWEENEY, JUDITH L. | San Juan Capistrano | CA |
| SWEENEY, STENDER E. | Pasadena | CA |
| TOEDTMAN, JAMES S. | Savannah | GA |
| TUNSTALL, SHARON S. | Birmingham | MI |
| UDOVIC, MICHAEL S. | Pasadena | CA |
| VALENTI, MICHAEL J. | Pasadena | CA |
| WADA, KAREN J. | Sierra Madre | CA |
| WADE, CLAUDIA A. | Glendale | CA |
| WALLACE, JAMES W. | La Canada Flintridge | CA |
| WALLER, MICHAEL E. | Hilton Head Island | SC |
| WANGBERG, LARRY W. | Hailey | ID |
| WEINSTEIN, HOWARD | Owings Mills | MD |
| WIEGAND, WILLIAM D. | Coupeville | WA |
| WILD, MARY A. | Castle Rock | CO |
| WILLES, MARK H. | Provo | UT |
| WILLIAMS, PHILLIP L., Estate of c/o Diane Williams, Executor | Santa Monica | CA |
| WILSON, HAZEL E. | Mission Viejo | CA |
| WILSON, JULIA C. | Sacramento | CA |
| WOLDT, HAROLD F., JR | Calabasas | CA |
| WOLINSKY, LEO | Los Angeles | CA |
| WRIGHT, DONALD F. | Tesuque | NM |
| YOUNG, JOHN W. | West Islip | NY |
| ZAKARIAN, JOHN J. | Wethersfield | CT |
| ZAPANTA, NORENE (trustee for Dr. Edward Zapanta trust) | Newport Coast | CA |
| ZIMBALIST, EFREM, III | Manhattan Beach | CA |
| CRAWFORD, WILLIAM D. | Bradenton | FL |
| FURUKAWA, VANCE I. | Pomona | CA |
| GOTTSMAN, EDWARD J., estate of | New York | NY |
| IBARGUEN, ALBERTO | Miami | FL |
| PANDOLFI, FRANCIS P. | Stonington | CT |
| STANTON, RICHARD W. | Maple Glen | PA |

# EXHIBIT C

## DEFENDANTS-APPELLANTS' DESIGNATED GROUPS AND COUNSEL LIST

### LARGE PRIVATE BENEFICIAL OWNERS

David C. Bohan
**Katten Muchin Rosenman LLP**
525 West Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5566
Facsimile: (312) 902-1061
E-mail: david.bohan@kattenlaw.com

Joel A. Feuer
**Gibson, Dunn & Crutcher LLP**
2029 Century Park East
Los Angeles, CA 90067
Telephone: (310) 551-8808
Facsimile: (310) 552-7058
E-mail: jfeuer@gibsondunn.com

### FINANCIAL INSTITUTION HOLDERS

P. Sabin Willett
Michael C. D'Agostino
**Bingham McCutchen LLP**
One Federal Street
Boston, MA 02110-1726
Telephone: (617) 951-8000
Facsimile: (617) 951-8726
E-Mail: sabin.willett@bingham.com
michael.dagostino@bingham.com

Philip D. Anker
**Wilmer Cutler Pickering Hale and Dorr LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
E-Mail: philip.anker@wilmerhale.com

## FINANCIAL INSTITUTION CONDUITS

Gregg M. Mashberg
Stephen L. Ratner
**Proskauer Rose LLP**
Eleven Times Square
New York, NY 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
E-Mail: gmashberg@proskauer.com
sratner@proskauer.com

Elliot Moskowitz
**Davis Polk & Wardwell LLP**
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
E-Mail:
elliot.moskowitz@davispolk.com

Daniel Cantor
**O'Melveny & Myers LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 236-2000
Facsimile: (212) 236-2061
E-Mail: dcantor@omm.com

## PENSION FUNDS

Matthew L. Fornshell
**Ice Miller LLP**
250 West Street
Columbus, OH 43215
Telephone: (614) 462-2700
Facsimile: (614) 462-5135
E-Mail:
matthew.fornshell@icemiller.com

D. Ross Martin
**Ropes & Gray LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
E-Mail: ross.martin@ropesgray.com

## <u>INDIVIDUAL BENEFICIAL OWNERS</u>

Andrew Entwistle
**Entwistle & Cappucci LLP**
280 Park Avenue
26th Floor West
New York, NY 10017
Telephone: (212) 894-7200
Facsimile: (212) 894-7272
E-Mail: aentwistle@entwistle-law.com

David N. Dunn
**Potter Stewart. Jr. Law Offices, P.C.**
The Merchants Bank Building
205 Main Street, Suite 8
Brattleboro, VT 05301
Telephone: (802) 257-7244
E-Mail: ddunn@potterstewartlaw.com

Mark A. Neubauer
**Steptoe & Johnson LLP**
2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067
Telephone: (310) 734-3200
Facsimile: (310) 734-3300
E-Mail: mneubauer@steptoe.com

## <u>MUTUAL FUNDS</u>

Michael S. Doluisio
**Dechert LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Telephone: (215) 994-4000
Facsimile: (215) 994-2222

E-Mail: michael.doluisio@dechert.com

Steven R. Schoenfeld
**Robinson & Cole LLP**
Chrysler East Building
666 Third Avenue, 20th Floor
New York, NY 10017
Telephone: (212) 451-2900
Facsimile: (212) 451-2999

E-Mail: sschoenfeld@rc.com

## **<u>AT-LARGE</u>**

Alan J. Stone
Andrew M. LeBlanc
**Milbank, Tweed, Hadley
& McCoy LLP**
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
E-Mail: astone@milbank.com
aleblanc@milbank.com

# EXHIBIT D

# ADDITIONAL DEFENDANTS
# THAT APPEARED IN DISTRICT COURT

| DEFENDANT NAME |
| --- |
| #502 U/W/O MINNETTE R. ECKHOUSE TRUST |
| 1199SEIU GREATER NEW YORK PENSION FUND, BY AND THROUGH ITS BOARD OF TRUSTEES |
| 1199SEIU HEALTH CARE EMPLOYEES PENSION FUND, BY AND THROUGH ITS BOARD OF TRUSTEES |
| 1199SEIU HOME CARE EMPLOYEES PENSION FUND, BY AND THROUGH ITS BOARD OF TRUSTEES |
| 1IA SPX1 |
| 1ST SOURCE BANK |
| 1ST SOURCE BANK AS TRUSTEE OF THE ROBERT DISHON FAMILY TRUST |
| 3M EMPLOYEES WELFARE BENEFITS ASSOCIATION TRUST I |
| A & P ASSOCIATES |
| A. G. EDWARDS & SONS, LLC |
| A. G. EDWARDS PRIVATE EQUITY PARTNERS III, L.P. |
| A. G. EDWARDS, INC. |
| A/C CSFB PROP TRADING US CREDIT SUISSE FIRST BOSTON |
| ABBEY NATIONAL SECURITIES, INC. |
| ABBOTT LABORATORIES CONSOLIDATED PENSION TRUST |
| ABIGAIL WALLACH |
| ABN AMRO CLEARING CHICAGO LLC (F/K/A FORTIS CLEARING AMERICAS LLC) |
| ABSOLUTE VALUE FUND LP |
| ABU DHABI INVESTMENT AUTHORITY |
| ACCOUNT BOS05-0702, JOHN DOE, AS OWNER OF |
| ACCOUNT PNC 4455065 P&PNPF LSV, JOHN DOE, AS OWNER OF [PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND] |
| ADAGE CAPITAL ADVISORS LONG |
| ADAGE CAPITAL PARTNERS LP |
| ADALY OPPORTUNITY FUND LP |

| DEFENDANT NAME |
| --- |
| ADMINISTRATOR OF OHIO BUREAU OF WORKERS' COMPENSATION |
| ADMINISTRATOR OF OHIO CARPENTERS' PENSION FUND |
| ADMINISTRATOR OF OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM |
| ADRIANNE BAKER REILLY ESTATE |
| ADVANCED SERIES LARGE CAP |
| ADVANCED SERIES TRUST |
| ADVANTUS CAPITAL MANAGEMENT, INC. |
| ADVANTUS SERIES FUND, INC. |
| ADVANTUS SERIES FUND, INC. INDEX 500 PORTFOLIO |
| ADVANTUS SERIES FUND, INC., AS OWNER OF ADVANTUS SERIES FUND, INC. INDEX 500 PORTFOLIO |
| ADVISORY RESEARCH, INC. |
| AEGON/TRANSAMERICA SERIES FUND - TRP |
| AERIAL INVESTMENTS, LLC |
| AETNA INC. |
| AGILE NEXUS MULTI STRATEGY FUND SPV 1 LLC |
| AGORALOGOS LLC |
| AIG LIFE INSURANCE COMPANY [AMERICAN GENERAL LIFE INSURANCE COMPANY OF DELAWARE A/K/A AIG LIFE INSURANCE COMPANY] |
| AIM COUNSELOR SERIES TRUST (INVESCO COUNSELOR SERIES TRUST) |
| AIM VARIABLE INSURANCE FUNDS (INVESCO VARIABLE INSURANCE FUNDS) |
| ALAN DEVANEY |
| ALASKA LARGE-CAP TRUST |
| ALBERT EINSTEIN MEDICAL CENTER EMPLOYEES RETIREMENT TRUST |
| ALBERTA FINANCE |
| ALBERTA W. CHANDLER MARITAL TRUST UAD 06/26/35 |
| ALCATEL-LUCENT USA INC., AS TRUSTEE OF LUCENT TECHNOLOGIES, INC. MASTER PENSION TRUST |

| DEFENDANT NAME |
| --- |
| ALEX DAMIAN BLUM UGMA MD |
| ALEXANDER D. SOLON |
| ALEXANDRA GLOBAL MASTER FUND LTD. |
| ALFRED C. GLASSELL III, ACTING TRUSTEE AND BENEFICIARY OF THE ALFRED C. GLASSELL JR. CHILDREN'S TRUST FOR ALFRED C. GLASSELL, III |
| ALFRED C. GLASSELL III, ACTING TRUSTEE OF THE CLARE ATTWELL GLASSELL CONTINUING MARITAL TRUST |
| ALFRED V. TJARKS JR., AS TRUSTEE OF THE ALFRED V. TJARKS RETIREMENT PLAN DTD 02/18/85 |
| ALICIA PATTERSON GUGGENHEIM TRUST |
| ALISON FORD DUNCAN, ACTING TRUSTEE AND BENEFICIARY OF THE ALFRED C. GLASSELL JR. CHILDREN'S TRUST FOR ALISON FORD DUNCAN |
| ALISON S ANDREWS, AS TRUSTEE OF THE HANNAH SMITH TRUST |
| ALLEGRO ASSOCIATES |
| ALLEN C. TANNER, JR. |
| ALLEN C. TANNER, JR., CGM IRA CUSTODIAN |
| ALLEN PUTTERMAN MD SC MONEY PURCHASE PENSION PLAN |
| ALLIANCE CAPITAL GROUP TRUST |
| ALLIANCE CAPITAL MANAGEMENT LLC |
| ALLIANCEBERNSTEIN L.P., IN ITS INDIVIDUAL AND CUSTODIAL CAPACITIES |
| ALLIANCEBERNSTEIN TRUST (ALLIANCEBERNSTEIN VALUE FUND) |
| ALLIANZ INVEST KAG MBH |
| ALPHA MASTER LTD [O'CONNOR GLOBAL MULTI-STRATEGY ALPHA MASTER LIMITED] |
| ALPHADYNE ASSET MANAGEMENT LLC |
| ALPHADYNE INTERNATIONAL MASTER FUND LTD. |
| ALPHEUS L. ELLIS 1993 GRANDCHILDREN'S TRUST FBO CHRISTINE GAGNON |

ALPHEUS L. ELLIS 1993 GRANDCHILDREN'S TRUST FBO HELEN JO CAHALIN

ALPHEUS L. ELLIS 1993 GRANDCHILDREN'S TRUST FBO LYNN ANN SHARPE

ALPHEUS L. ELLIS 1993 GREAT GRANDCHILDREN'S TRUST

ALPHEUS L. ELLIS 1993 TRUST FBO CAROL E. MARTIN

ALPINE ASSOCIATED LLC MARK NATHANSON

ALPINE ASSOCIATES ACCESS LLC (A/K/A ALPINE ASSOCIATES LLC) MERRILL LYNCH ALTERNATIVE INVTS

ALPINE ASSOCIATES II, L.P.

ALPINE ASSOCIATES OFFSHORE FUND II LTD.

ALPINE ASSOCIATES OFFSHORE FUND LTD.

ALPINE ASSOCIATES, A LIMITED PARTNERSHIP

ALPINE INSTITUTIONAL LP

ALPINE PARTNERS LP

ALVIN BAUM JR. 1966 TRUST

ALYCE TUTTLE FULLER, AS A TRUSTEE OF THE TRUST BY ALYCE TUTTLE FULLER U/A DTD 10/03/2003

AM INTERNATIONAL E MAC 63 LIMITED

AM MASTER FUND III, LP

AMALGAMATED BANK

AMALGAMATED BANK OF CHICAGO

AMELITA M. NEIBURGER

AMEREN MANAGEMENT HEALTH TRUST

AMEREN SERVICES COMPANY

AMERICAN ELECTRIC POWER

AMERICAN ELECTRIC POWER DEFINED BENEFIT

AMERICAN ENTERPRISE INVESTMENT SERVICES INC

AMERIPRISE ADVISOR SERVICES, INC. (F/K/A H&R BLOCK FINANCIAL ADVISORS, INC.), AS CUSTODIAN FOR EDWIN R LABUZ

AMERIPRISE ENTERPRISE INVESTMENT SERVICES INC

AMERIPRISE TRUST CO.

AMERIPRISE TRUST COMPANY, AS CUSTODIAN OF JERRY LOWER IRA R/O

AMETEK, INC. EMPLOYEES MASTER RETIREMENT TRUST

AMETEK, INC., AS ADMINISTRATOR OF THE AMETEK, INC. EMPLOYEES MASTER RETIREMENT TRUST

AMICI ASSOCIATES LP

AMICI FUND INTERNATIONAL LTD.

AMICI QUALIFIED ASSOCIATES LP

AMIDA CAPITAL MANAGEMENT LLC

AMIDA PARTNERS MASTER FUND LTD.

AMPERE CAPITAL MANAGEMENT LP

AMUNDI INVESTMENTS ADVISORS USA, INC.

AMY W. FONG, AS TRUSTEE OF THE AMY W. FONG LIVING TRUST

ANADARKO PETROLEUM CORPORATION MASTER TRUST

ANDREW ABSLER

ANDREW BOEHM

ANDREW J. MCKENNA TRUST

ANDREW LETTS

ANEICE R. LASSITER

ANGELO D. GIANCARLO

ANIMA SGR S.P.A

ANN B. RHODES

ANN C. GRAFF, AS TRUSTEE OF THE ANN C. GRAFF TRUST

ANNA B. SCHROER, ACTING TRUSTEE OF THE RAYMOND & ANNA SCHROER TRUST U/A DTD 09/28/2006

ANNA H. DEMING

ANNA LIVINGSTONE

ANNE G. TAYLOR

ANNE G. TAYLOR, AS TRUSTEE OF THE TRUST BY WALTER E. GRAHAM U/A DTD 10-16-2000

ANNE MCCUTCHEON LEWIS, AS A TRUSTEE OF THE JOHN T. MCCUTCHEON JR. TRUST U/A DTD 10/26/87

ANNE MCCUTCHEON LEWIS, AS TRUSTEE OF THE ANNE MCCUTCHEON LEWIS TRUST U/A DTD 10/26/1987

ANNE MCCUTCHEON LEWIS, AS TRUSTEE OF THE MARY SHAW MCCUTCHEON TRUST U/A DTD 10/26/1987

ANNE S. SCHEIERMANN REILLY

ANNE SCHEIERMANN, AS TRUSTEE OF THE SCHEIERMANN LIVING TRUST U/A DTD 08/28/1997

ANNE-MARIE S. GREENBERG

ANTHONY MARRO

ANTHONY Y. LIN

ANTOINETTE B. BRUMBAUGH, INDIVIDUALLY AND AS A TRUSTEE OF THE TRUST BY ANTOINETTE B. BRUMBAUGH U/A DATED 10/05/94

AON CORPORATION

APG ASSET MANAGEMENT US, INC. (F/K/A ABP INVESTMENTS US, INC.)

AQR ABSOLUTE RETURN MASTER ACCOUNT, L.P.

AQR CAPITAL MANAGEMENT, LLC

AQR GLOBAL STOCK SELECTION HV MASTER ACCOUNT LTD.

AQR GLOBAL STOCK SELECTION MASTER ACCOUNT, L.P.

AQR R. C. EQUITY AUSTRALIA FUND

AQUA AMERICA, INC.

ARCHDIOCESAN PENSION PLAN OF THE ARCHDIOCESE OF NEW YORK

ARCHDIOCESE OF CINCINNATI

ARCHDIOCESE OF LOS ANGELES

ARCHDIOCESE OF LOS ANGELES LAY EMPLOYEE PENSION PLAN

ARCHDIOCESE OF NEW YORK MASTER TRUST

ARGYLL RESEARCH LLC

ARI DANIEL BLUM UGMA MD

ARIEL CAPITAL MANAGEMENT

ARIEL/APRF/ARIEL APPRECIATION FUND

ARIEL/MAXMID/MAXIM MIDCAP PORTFOLIO

ARLENE L. POSNER

ARLINE DOBLIN, AS TRUSTEE OF THE NATHAN H. PERLMAN TRUST B DTD 12/17/68

ARMEN J ADAJIAN TRUST U/A 9/15/80

ARMEN J ADAJIAN, AS A TRUSTEE OF THE ARMEN J ADAJIAN TRUST U/A 9/15/80

ARMSTRONG WORLD INDUSTRIES, INC.

ARMSTRONG WORLD INDUSTRIES, INC. RETIREMENT MASTER TRUST

ARNOLD D. FONG, AS TRUSTEE OF THE AMY W. FONG LIVING TRUST

ARNOLD MANHEIMER

ARNOLD R. WEBER

ARROW DISTRESSED SECURITIES FUND

ARTHUR BLAUZDA

ARTHUR E. GOLDBERG

ARTHUR L. HOLDEN

ARTHUR S. CASEY SB ADVISOR

ARTHUR SHAWN CASEY

ARTIS AGGRESSIVE GROWTH LP

ARTIS AGGRESSIVE GROWTH MASTER FUND LP

ARTIS CAPITAL MANAGEMENT LP

ARTIS PARTNERS (INSTITUTIONAL) LP

ARTIS PARTNERS 2X (INSTITUTIONAL) LP

ARTIS PARTNERS 2X LP

ARTIS PARTNERS 2X LTD.

ARTIS PARTNERS LP

ARTIS PARTNERS LTD.

ARTURO QUINONES

ASB ADVISORS LLC

ASBESTOS WORKERS LOCAL NO. 32 PENSION TRUST FUND

ASSENT LLC ATTN: MICHAEL P. WALSH

ASSET MANAGEMENT INVESTORS LLC

ASSOCIATED BANK, N.A. (A.K.A. ASSOCIATED BANK GREEN BAY, N.A.)

AST QMA U.S. EQUITY ALPHA PORTFOLIO

AST T. ROWE PRICE ASSET ALLOCATION PORTFOLIO

ATTN INTL PROGRAM TRADES PROGRAMS AVERAGE PRICE #1

AUSTIN TRUST COMPANY

AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA

AUTOMOBILE MECHANICS' LOCAL 701 PENSION FUND

AUTOMOTIVE INDUSTRIES PENSION TRUST FUND

AUTOMOTIVE MACHINISTS PENSION TRUST FUND

AVERY DENNISON CORPORATION MASTER RETIREMENT TRUST

AVIV NEVO

AXA EQUITABLE FUNDS MANAGEMENT GROUP LLC

AXA EQUITABLE LIFE INSURANCE CO.

AXA PREMIER VIP TRUST, MULTIMANAGER LARGE CAP CORE EQUITY PORTFOLIO

AXA PREMIER VIP TRUST, MULTIMANAGER LARGE CAP VALUE PORTFOLIO

AXELSON FAMILY LMTD PARTNERSHIP

B TRADE SERVICES LLC

BACAP EQUITY FUND XXI

BAE SYSTEMS LAND & ARMAMENTS, INC. F/K/A UNITED DEFENSE LP

BAKERY, CONFECTIONERY, TOBACCO WORKERS & GRAIN MILLERS INTERNATIONAL PENSION FUND

BANC OF AMERICA SECURITIES LLC

BANK OF AMERICA

BANK OF AMERICA AND ADOLPHUS BUSCH ORTHWEIN, TRUSTEES, CLARA BUSCH ORTHWEIN IR TRUST

BANK OF AMERICA AND PIERCE ATWOOD, TRUSTEES, BRUMBAUGH A B IRRV TRUST

BANK OF AMERICA AND PIERCE ATWOOD, TRUSTEES, POLLY H WERTHMAN IRRV TRUST UA

BANK OF AMERICA AS TRUSTEE UA E L SANFORD FAM FBO ADA

BANK OF AMERICA AS TRUSTEE UA EARL W HUNTLEY FBO MELINDA

BANK OF AMERICA AS TRUSTEE UA EARL W HUNTLEY FBO PAMELA

BANK OF AMERICA AS TRUSTEE UA GEORGE W THOMS TRUST B

BANK OF AMERICA AS TRUSTEE UA JOSEPH L MOLDER

BANK OF AMERICA CORPORATION

BANK OF AMERICA N.A./ GWIM TRUST OPERATIONS

BANK OF AMERICA STRUCTURED RESEARCH

BANK OF AMERICA, N.A. (EQUITY INDEX TRUST)

BANK OF AMERICA, N.A. (LARGE CAP VALUE INDEX TRUST OF QA COLLECTIVE TRUST SERIES)

BANK OF AMERICA, N.A. F/K/A LASALLE BANK N.A.

BANK OF AMERICA, N.A., AS TRUSTEE OF ITS SPONSORED AND ADMINISTERED COLLECTIVE INVESTMENT FUNDS

BANK OF AMERICA, NATIONAL ASSOCIATION

BANK OF AMERICA, NATIONAL ASSOCIATION AS DIRECTED TRUSTEE OF BANK OF AMERICA PENSION-T. ROWE PRICE

BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE

BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE OF LUCY A O'CONNOR TRUST

BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE OF STEPHEN L. O'CONNOR TRUST

BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE OF TRUST UNDER AGREEMENT CARRINGTON M. LLOYD, JR. PLD

BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE OF TRUST UNDER AGREEMENT E L SANFORD BY CHILDREN/MASON

BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE OF TRUST UNDER AGREEMENT E L SANFORD CHILDREN/WILLIAM

BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE OF TRUST UNDER AGREEMENT E L SANFORD FAM FBO MASON

BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE OF TRUST UNDER AGREEMENT E L SANFORD FAM FBO WILLIAM

BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE OF TRUST UNDER AGREEMENT FBO CRAIG P EMMONS

BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE OF TRUST UNDER AGREEMENT J SANFORD CHILDREN/ADA

BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE OF TRUST UNDER AGREEMENT J SANFORD CHILDREN/MASON

BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE OF TRUST UNDER AGREEMENT J SANFORD CHILDREN/WILLIAM

BANK OF AMERICA, PAUL A SILVER AND JOACHIM A WEISSFELD, TRUSTEES, SHEILA L PELLEGRINI 1961 REV

BANK OF AMERICA, TRUSTEE, AND JUDITH E NEISSER, BENEFICIARY, JUDITH E NEISSER IRA

BANK OF AMERICA, TRUSTEE, BOA PENSION-BACAP LARGECAP INDEX

BANK OF AMERICA, TRUSTEE, BOA PENSION-CMG LARGECAP INDEX

BANK OF AMERICA, TRUSTEE, LEE U GILLESPIE REVOCABLE TRUST

BANK OF AMERICA, TRUSTEE, MARIAN C FALK FOR ALEXANDRA

BANK OF AMERICA, TRUSTEE, MINI TR U/A EDWARD H LINDSAY

BANK OF AMERICA, TRUSTEE, UW EW MASKE FOR RUTH M BENNETT

BANK OF NEW YORK MELLON AS CUSTODIAN FOR BARCLAYS CAPITAL SECURITIES LIMITED

BANK OF NEW YORK MELLON AS CUSTODIAN FOR BZW SECURITIES LIMITED

BANK OF NEW YORK MELLON AS CUSTODIAN FOR COUTTS US EQUITY INDEX PROGRAMME

BANK OF NEW YORK MELLON AS CUSTODIAN FOR ODDO & CIE (AS SUCCESSOR TO BANQUE D'ORSAY)

BANK OF NEW YORK MELLON AS CUSTODIAN FOR RABO CAPITAL SERVICES, INC.

BANK OF NEW YORK MELLON CORPORATION

BANK OF NEW YORK MELLON CORPORATION RETIREMENT PLANS MASTER TRUST

BANK OF NEW YORK MELLON, AS TRUSTEE OF THE UNISYS MASTER TRUST

BANK OF TOKYO-MITSUBISHI UFJ TRUST COMPANY

BANK WEST TRUST I BNY MELLON TRUST OF DELAWARE

BANK WEST TRUST II WILMINGTON TRUST COMPANY

BAPTIST FOUNDATION OF TEXAS

BARBARA BAUGH

BARBARA H. ALTER 2002 DECLARATION OF TRUST DATED 12/12/2002

BARBARA H. ALTER, AS TRUSTEE OF THE BARBARA H. ALTER 2002 DECLARATION OF TRUST DATED 12/12/2002

BARBARA J. KNEELAND

BARBARA K. WARNER

BARBARA M. J. WOOD LIVING TRUST UA DATED 9/17/81

BARBARA MARTELL

BARBARA MURPHY

BARBARA T. MCGOVERN

BARBRO OSHER, AS TRUSTEE OF BERNARD AND BARBRO OSHER 2006 CHARITABLE REMAINDER UNITRUST #2

BARCLAYS BANK PLC

BARCLAYS CAPITAL SECURITIES LIMITED

BARCLAYS CAPITAL SECURITIES LIMITED AS SUCCESSOR TO BZW SECURITIES LIMITED

BARCLAYS CAPITAL, INC.

BARCLAYS GBL INVESTORS NA A/C AP1 MSCI WORLD INDEX PLUS

BARI WERBLOW

BARRIE A. KASS

BARRY DAVID KUPFERBERG

BARRY T. WERBLOW

BASF CORP PENSION MASTER TRUST

BATTELLE MEMORIAL INSTITUTE

BAXTER INTERNATIONAL, INC.

BAYLOR HEALTH CARE SYSTEM

BEAR STEARNS ASSET MANAGEMENT, INC.

BEAR STEARNS EQUITY STRATEGIES RT LLC

BECHTEL (VICESEL GROUP INC.) AVARD WALKER

BECHTEL CORP.

BELL ATLANTIC MASTER TRUST

BELLSOUTH CORP. NON-REPRESENTABLE HEALTH CARE TRUST

BELLSOUTH HEALTHCARE S&P 500

BELLSOUTH/ALLIANCE

BENJAMIN FRANK OLIVA

BERNADETTE COOLEY

BERNADETTE FINGLETON

BERNARD AND BARBRO OSHER 2006 CHARITABLE REMAINDER UNITRUST #2

BERNARD E. & EDITH B. WATERMAN CHARITABLE FOUNDATION

BERNARD E. WATERMAN

BERNARD OSHER 2006 CHARITABLE REMAINDER UNITRUST #2

BERNARD OSHER TRUST DATED 03/08/88 DISCRETIONARY ACCOUNT

BERNARD OSHER, AS TRUSTEE OF BERNARD AND BARBRO OSHER 2006 CHARITABLE REMAINDER UNITRUST #2

BERNARD OSHER, AS TRUSTEE OF BERNARD OSHER 2006 CHARITABLE REMAINDER UNITRUST #2

BERNARD OSHER, AS TRUSTEE OF BERNARD OSHER TRUST DATED 03/08/88 DISCRETIONARY ACCOUNT

BERNARD RABINOWITZ, AS TRUSTEE OF THE TRUST FBO BERNARD RABINOWITZ, U/A/D 09-11-2006

BERNARD SHAPIRO, AS TRUSTEE OF THE BERNARD AND RENA SHAPIRO INTERVIVOS TRUST A/C #1 DATED 10/15/87

BERNARD W. LINCICOME

BESSEMER TRUST COMPANY

BETH JANE SHULTZ

BETH LESLIE ERTEL

BETHESDA HOSPITAL MASTER TRUST

BETHESDA NON-RETIREMENT ASSETS MASTER TRUST

BETHESDA, INC.

BETSY D. HOLDEN

BETTE WENDT JORE

BETTY ANN ALTMAN, AS TRUSTEE FBO THE JOHN & BETTY ALTMAN FAMILY TRUST UAD 05/16/86

BETTY BEAIRD, AS TRUSTEE OF BETTY BEAIRD LIVING TRUST U/A DTD 4/10/87

BETTY ELLEN BERLAMINO

BETTY H. ROELAND, AS TRUSTEE OF THE SURVIVORS' TRUST

BETTY K. ZLATCHIN

BETTY RICH, INDIVIDUALLY AND AS TRUSTEE UNDER SELF-DECLARATION OF TRUST DTD 7-1-71

BETTY ROELAND, AS TRUSTEE OF THE BETTY H. ROELAND MARITAL TRUST

BETTY ROELAND, AS TRUSTEE OF THE ROELAND FAMILY TRUST UA 8/19/86

BEVERLY MACKINTOSH, AS TRUSTEE OF THE TRUST U/A DTD 8/22/1989 BY MARY CONIGLIO

BEVERLY MACKINTOSH, AS TRUSTEE OF THE TRUST U/A DTD 8/22/1989 BY MARY CONIGLIO GSTT TE TRUST

BEVERLY PERRY

BHF-BANK AKTIENGESELLSCHAFT

BINHUA MAO

BINHUA MAO ROTH IRA

BIYING ZHANG

BLACK BOX CORPORATION (PENSON FINANCIAL SERVICES BBOX)

BLACK DIAMOND ARBITRAGE OFFSHORE LTD. F/K/A BLACK DIAMOND ARBITRAGE OFFSHORE LDC

BLACK DIAMOND OFFSHORE LTD.

BLACKPORT CAPITAL FUND LTD.

BLACKROCK

BLACKROCK ADVISORS (UK) LTD. F/K/A BARCLAYS GLOBAL INVESTORS LTD. [A/C XXXXXX5416]

BLACKROCK ADVISORS (UK) LTD. F/K/A BARCLAYS GLOBAL INVESTORS LTD. [A/C XXXXXX6498]

BLACKROCK ADVISORS (UK) LTD. F/K/A BARCLAYS GLOBAL INVESTORS LTD. [A/C XXXXXX7995]

BLACKROCK INSTITUTIONAL TRUST

BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A. (EQUITY INDEX FUND B)

BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A. (EQUITY INDEX FUND)

BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A. (EQUITY INDEX PLUS FUND A)

BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A. (EQUITY VALUE FUND)

BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A. (RUSSELL 1000 ALPHA TILTS FUND BL)

BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A. (RUSSELL 1000 INDEX FUND)

BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A. (RUSSELL 1000 VALUE FUND B)

BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A. (RUSSELL 1000 VALUE FUND)

BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A. (RUSSELL 2500 INDEX FUND)

BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A. (RUSSELL 3000 INDEX FUND)

BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A. (S&P 500 INDEX V.I. FUND)

BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A. (U.S. EQUITY MARKET SUDAN FREE EQUITY INDEX FUND)

BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A. (US EQUITY MARKET FUND A)

BLACKROCK INSTITUTIONAL TRUST COMPANY, N.A. (US EQUITY MARKET FUND B)

BLACKROCK INSTITUTIONAL TRUST COMPANY, NATIONAL ASSOCIATION F/K/A BARCLAYS GLOBAL INVESTORS, N.A.

BLACKROCK VARIABLE SERIES FUNDS, INC.

BLANDINA ROJEK

BLANDINA ROJEK CHARITABLE LEAD TRUST

BLEND DECEDENT'S TRUST UAD 12/2/99

BLUE CHIP FUND, A SERIES OF FIRST INVESTORS EQUITY FUNDS

BLUE CHIP FUND, A SERIES OF FIRST INVESTORS LIFE SERIES FUNDS

BLUE CROSS AND BLUE SHIELD OF FLORIDA INC

BLUE CROSS OF CALIFORNIA

BLUE HILLS BANK (F/K/A HYDE PARK SAVINGS BANK)

BMO HARRIS BANK N.A., AS SUCCESSOR BY MERGER TO M&I MARSHALL AND ILSLEY BANK

BMO HARRIS BANK N.A., AS TRUSTEE OF THE SCRIPPS FAMILY REVOCABLE TRUST

BMO HARRIS BANK, N.A., AS EXECUTOR OF THE ESTATE OF WARD L. QUAAL

BMO HARRIS BANK, N.A., AS TRUSTEE OF THE DOROTHY QUAAL REVOCABLE TRUST UA 09/02/1993

BMO HARRIS BANK, N.A., AS TRUSTEE OF THE HENRY G. BARKHAUSEN TRUST UAD 12/14/36

BMO HARRIS BANK, N.A., AS TRUSTEE OF THE JANET U. EMBURY CHLN TR GRACE FD

BMO HARRIS BANK, N.A., AS TRUSTEE OF THE JANET U. EMBURY, CHLN TR J LEY FD

BMO HARRIS BANK, N.A., AS TRUSTEE OF THE S. G. HARRIS CHARITY TRUST UAD 6/13/45

BMO HARRIS BANK, N.A., AS TRUSTEE OF THE S. G. HARRIS MAR TR 6/17/65

BMO HARRIS BANK, N.A., AS TRUSTEE OF THE STANLEY G. HARRIS TRUST UAD 6/10/46

BMO HARRIS BANK, N.A., AS TRUSTEE OF THE T. STANTON ARMOUR TRUST DATED 2/10/66

BMO HARRIS BANK, N.A., AS TRUSTEE OF THE WARD L. QUAAL REVOCABLE TRUST UA 09/02/1993

BMO NESBITT BURNS CORP.

BMO NESBITT BURNS EMPLOYEE CO-INVESTMENT FUND I (U.S.) L.P.

BMO NESBITT BURNS EMPLOYEE CO-INVESTMENT FUND I MANAGEMENT (U.S.) INC.

BMO NESBITT BURNS EMPLOYEE CO-INVESTMENT INTERMEDIATE (U.S.) GP, L.P. THE CORPORATION TRUST COMPANY

BMO NESBITT BURNS EMPLOYEE CO-INVESTMENT INTERMEDIATE (U.S.), L.P. THE CORPORATION TRUST COMPANY

BMO NESBITT BURNS TRADING CORP., S.A.

BMO NESBITT BURNS U.S. BLOCKER INC.

BMO NESBITT BURNS, INC.

BMR 2 LLC

BNA EMPLOYEES' RETIREMENT PLAN

BNP PARIBAS PRIME BROKERAGE INC.

BNP PARIBAS SECURITIES CORP.

BNY MELLON TRUST OF DELAWARE

BNY MELLON, IN ITS CUSTODIAL CAPACITY

BNY MELLON, N.A., AS SUCCESSOR-IN-INTEREST TO MELLON TRUST OF NEW ENGLAND, NATIONAL ASSOCIATION

BOARD OF ADMINISTRATION OF THE LOS ANGELES CITY EMPLOYEES' RETIREMENT SYSTEM, AS ADMINISTRATOR OF THE LOS ANGELES CITY EMPLOYEES' RETIREMENT SYSTEM

BOARD OF ADMINISTRATION OF THE WATER AND POWER EMPLOYEES' RETIREMENT PLAN

BOARD OF DIRECTORS OF THE PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN, AS ADMINISTRATOR OF THE PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN

BOARD OF EDUCATION RETIREMENT SYSTEM OF THE CITY OF NEW YORK

BOARD OF TRUSTEES OF EMPIRE STATE CARPENTERS PENSION FUND, AS ADMINISTRATOR OF EMPIRE STATE CARPENTERS PENSION FUND

BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY

BOARD OF TRUSTEES OF THE CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, AS ADMINISTRATOR OF THE CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA

BOARD OF TRUSTEES OF THE COLLEGES OF APPLIED ARTS AND TECHNOLOGY PENSION PLAN, AS ADMINISTRATOR OF COLLEGES OF APPLIED ARTS AND TECHNOLOGY PENSION PLAN

BOARD OF TRUSTEES OF THE COOK COUNTY PENSION FUND, AS ADMINISTRATOR OF THE COUNTY EMPLOYEES' AND OFFICERS' ANNUITY AND BENEFIT FUND OF COOK COUNTY

20

BOARD OF TRUSTEES OF THE DIRECTORS GUILD OF AMERICA - PRODUCER PENSION PLAN, AS ADMINISTRATOR OF THE DIRECTORS GUILD OF AMERICA - PRODUCER PENSION PLAN BASIC BENEFIT PLAN

BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 73 PENSION FUND, AS ADMINISTRATOR OF THE SHEET METAL WORKERS' LOCAL 73 PENSION FUND

BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA UFCW UNIONS AND FOOD EMPLOYERS JOINT PENSION TRUST FUND, AS ADMINISTRATOR OF THE SOUTHERN CALIFORNIA UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND FOOD EMPLOYERS JOINT PENSION TRUST FUND

BOARD OF TRUSTEES OF THE UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND EMPLOYERS MIDWEST PENSION FUND, AS ADMINISTRATOR OF THE UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND EMPLOYERS MIDWEST PENSION FUND

BOB FUSHIMI

BODMAS CAPITAL PARTNERS LP

BONNIE GONZALEZ

BORDEN, DILLARD R. JR. AND SALVATORE J. CHILIA, TRUSTEES, NATIONAL ELECTRICAL BENEFIT FUND

BOSTON PARTNERS ASSET MANAGEMENT

BOSTON TRUST & INVESTMENT MANAGEMENT COMPANY

BP AMERICA

BRACEBRIDGE CAPITAL LLC

BRADLEY A. LONG

BRAM FIERSTEIN

BRANDES INVESTMENT PARTNERS L.P.

BRENT V. WOODS

BRENT WOODS, AS TRUSTEE OF THE WOODS/MITCHELL FAMILY TRUST

BRESLER FAMILY INVESTORS LLC

BRIAN MCGOVERN

BRICKLAYERS & TROWEL TRADES INTL PENSION FUND

BRISTOL-MYERS SQUIBB COMPANY MASTER RETIREMENT TRUST

BROADRIDGE BUSINESS PROCESS OUTSOURCING, LLC F/K/A RIDGE CLEARING & OUTSOURCING SOLUTIONS F/K/A] PENSON FINANCIAL SERVICES, INC./RIDGE

BROPHY PROPERTIES INC

BROWN BROTHERS HARRIMAN & CO.

BROWN BROTHERS HARRIMAN AND COMPANY/ETF

BROWN INVESTMENT ADVISORY & TRUST CO

BROWNE, WILLIAM H.

BRUCE G. MURPHY

BRUCE KIRKPATRICK

BRUMBACK FAMILY LLC

BUILDING TRADES UNITED PENSION TRUST FUND

BYRD TRADING LLC

BZW SECURITIES, INC. THOMAS L KALARIS

C. BOYNTON INDEX 500 PORTFOLIO

CA PUBLIC EE RETRMNT SYS CALPERS SW5J A/C DOMESTIC ENHANCED INDEX ST

CALIFORNIA IRONWORKERS FIELD PENSION TRUST

CALIFORNIA PHYSICIANS' SERVICE D/B/A BLUE SHIELD OF CALIFORNIA

CALPERS (CALIFORNIA PUB. EMP. RETIRE. SYS.) AEISHA MASTAGNI

CALPERS (DYNAMIC COMPLETION FUND) AEISHA MASTAGNI

CAMBRIDGE APPLETON TRUST CO.

CAMBRIDGE APPLETON TRUST NATIONAL ASSOCIATION

CAMILLA CHANDLER FAMILY FOUNDATION

CAMILLA FROST CHANDLER, AS TRUSTEE OF CHANDLER TRUST NO. 1

CAMILLA FROST CHANDLER, AS TRUSTEE OF CHANDLER TRUST NO. 2

CANADIAN IMPERIAL $55ARB CANADIAN IMPERIAL HOLDINGS INC. C/O US CORPORATE SECRETARY

CANADIAN IMPERIAL HOLDINGS, INC.

CANTIGNY FOUNDATION

CANTOR FITZGERALD & CO.

CANYON ASSET MANAGEMENT

CANYON BALANCED MASTER FUND LTD. (F/K/A CANYON BALANCED EQUITY MASTER FUND LTD.)

CANYON CAPITAL ADVISORS LLC

CANYON VALUE REALIZATION FUND LP

CANYON VALUE REALIZATION MAC 18 LTD.

CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION

CARA LEIGH GILLESPIE-WILSON

CARL ZLATCHIN

CARL ZLATCHIN PROFIT SHARING PLAN

CARLSON CAPITAL L.P.

CARLYLE HEDRICK

CARLYLE MULTI-STRATEGY MASTER FUND LTD.

CAROL ASKIN, AS TRUSTEE OF THE ASKIN FAMILY TRUST U/A DTD 09/27/1990

CAROL E. JANSSON, AS TRUSTEE OF THE TRUST BY CAROL E. JANSSON U/A DTD 06/17/1998

CAROL E. MARTIN, AS TRUSTEE OF THE ALPHEUS L. ELLIS 1993 GRANDCHILDREN'S TRUST FBO CHRISTINE GAGNON

CAROL E. MARTIN, AS TRUSTEE OF THE ALPHEUS L. ELLIS 1993 GRANDCHILDREN'S TRUST FBO HELEN JO CAHALIN

CAROL E. MARTIN, AS TRUSTEE OF THE ALPHEUS L. ELLIS 1993 GRANDCHILDREN'S TRUST FBO LYNN ANN SHARPE

CAROL E. MARTIN, AS TRUSTEE OF THE ALPHEUS L. ELLIS 1993 GREAT GRANDCHILDREN'S TRUST

CAROL E. MARTIN, INDIVIDUALLY AND AS AS TRUSTEE OF THE ALPHEUS L. ELLIS 1993 TRUST FBO CAROL E. MARTIN

CAROL E. NEWMAN REVOCABLE TRUST UA 02-10-2006

CAROL E. NEWMAN, AS TRUSTEE OF THE CAROL E. NEWMAN REVOCABLE TRUST UA 02-10-2006

CAROL FORACE

CAROL RHOADS, INDIVIDUALLY AND AS TRUSTEE OF THE TRUST U/A DTD 11/07/1994 FOR THE BENEFIT OF S. KEATING AND CAROL RHOADS

CAROL S. ROWE

CAROLINE D. BRADLEY TRUST DATED 11/30/51 FBO SARAH DOLL BARDER

CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA

CARR TOTAL RETURN FUND

CARRET ASSET MANAGEMENT

CARYL PUCCI RETTALIATA

CARYL W. BASOCO

CASEY AND ASSOCIATES, LLP

CASSANDRA TRADING GROUP LLC

CATERPILLAR INVESTMENT TRUST

CATERPILLAR, INC. GROUP INSURANCE MASTER TRUST

CATERPILLAR, INC. RETIREMENT MASTER TRUST

CATHERINE A. VERDUSCO, AS TRUSTEE OF THE BENJAMIN J. VERDUSCO TRUST U/A DTD 12/13/1989

CATHERINE A. VERDUSCO, AS TRUSTEE OF THE FRANCESCA J. VERDUSCO TRUST

CATHERINE A. VERDUSCO, AS TRUSTEE OF THE FRANCESCA J. VERDUSCO TRUST U/A DTD 12/13/1989

CATHOLIC HEALTH WEST CHW

CATHOLIC HEALTHCARE WEST

CATHOLIC UNITED INVESTMENT TRUST

CAXTON ASSOCIATES LP

CAXTON INTERNATIONAL LIMITED

CBS MASTER TRUST

CD INVESTMENT PARTNERS LTD.

CECIL C. SMITH

CEDAR GROVE CEMETERY ASSOCIATION

CEDAR GROVE CEMETERY ASSOCIATION PERPETUAL CARE RESERVE FUND

CEDE & CO.

CENTRAL PENSION FUND

CENTRAL STATES TEAMSTERS

CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND

CENTURYLINK, INC.

CHANDIS SECURITIES COMPANY

CHANDLER BIGELOW

CHANDLER TRUST NO. 1

CHANDLER TRUST NO. 2

CHANNING CAPITAL MANAGEMENT LLC

CHARLES E. EDWARDS, AS TRUSTEE OF THE CHARLES E. EDWARDS FAMILY TRUST U/A DTD 04/11/1990 (SUB ACCT MLI)

CHARLES E. HUGEL

CHARLES FRIEDMAN

CHARLES H. SPURGEON

CHARLES JASA, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ROBERT D. NELSON

CHARLES JOSEPH DE SIEYES, AS TRUSTEE OF THE TRUST UNDER AN AGREEMENT DATED DECEMBER 13, 1976 BETWEEN VIRGINIA S. RISLEY, AS SETTLOR, AND WILLIAM H. RISLEY, CHARLES JOSEPH DE SIEYES AND UNITED STATES TRUST COMPANY OF NEW YORK, AS TRUSTEES

CHARLES KEATES

CHARLES L. EDWARDS

CHARLES PRATT & COMPANY LLC

CHARLES R. BAUGH

CHARLES R. BAUGH, JR.

CHARLES SCHWAB & CO., INC.

CHARLES SCHWAB & CO., INC., AS CUSTODIAN FOR BRENT V. WOODS IRA ROLLOVER

CHARLES SCHWAB & CO., INC., AS CUSTODIAN OF THE CINDY L. SCHREUDER IRA ROLLOVER

CHARLES SCHWAB & CO., INC., AS CUSTODIAN OF THE GEORGE WILLIAM BUCK SEP-IRA DTD 04/08/93

CHARLES SCHWAB & CO., INC., AS CUSTODIAN OF THE LAWRENCE F. KLIMA IRA ROLLOVER

CHARLES SCHWAB & CO., INC., AS CUSTODIAN OF THE LINNET F. MYERS IRA ROLLOVER

CHARLES SCHWAB & CO., INC., AS CUSTODIAN OF THE PETER R. MARINO IRA ROLLOVER

CHARLES SCHWAB & CO., INC., AS CUSTODIAN OF THE ROBERT D. BOSAU IRA

CHARLES SCHWAB & CO., INC., AS CUSTODIAN OF THE ROSE T BOSAU IRA

CHARLES SCHWAB & CO., INC., AS CUSTODIAN OF THE WILLIAM EFFRON KATZIN IRA ROLLOVER

CHARLES SCHWAB & CO., INC., AS TRUSTEE OF THE FRANCIS NESSINGER IRA UTA DTD 10/14/86

CHARLES SCHWAB INV. MGT. CO LINDA DOHERTY

CHARLES SCHWAB INVESTMENT MANAGEMENT, INC.

CHARLES T. AND MARY HOWE BRUMBACK DESCENDANTS TRUST

CHARLES T. BRUMBACK, JR.

CHARLES T. MARTIN

CHARLES THURMAN

CHARLEY CHUNYU LU

CHARLEY CHUNYU LU & BIYING ZHANG COMMERCIAL PROPERTY

CHARTER PARTNERS LP

CHASE L. LEAVITT, AS TRUSTEE OF THE PHILIP B. CHASE REVOCABLE TRUST DATED 07/28/94

CHEETAH & CO.

CHEMTURA CORPORATION MASTER RETIREMENT TRUST

CHERRY JACKSON SVEEN

CHERYL R. FOX

CHEUK W. YUNG

CHEVY CHASE TRUST COMPANY

CHEYNE CAPITAL MANAGEMENT, INC. CORPORATION SERVICE COMPANY

CHEYNE CAPITAL MANAGEMENT, LLC CORPORATION SERVICE COMPANY

CHICAGO TRADING COMPANY [CTC HOLDINGS, L.P. D/B/A CHICAGO TRADING COMPANY]

CHICAGO TRIBUNE FOUNDATION

CHRISTIANA CARE HEALTH SERVICES INVESTMENT FUND

CHRISTIANA CARE HEALTH SERVICES, INC.

CHRISTIANA CARE UNRESTRICTED INVESTMENT FUND

CHRISTINE GAGNON, INDIVIDUALLY AND AS TRUSTEE OF THE ALPHEUS L. ELLIS 1993 GRANDCHILDREN'S TRUST FBO CHRISTINE GAGNON

CHRISTOPHER LINDBLAD, AS A TRUSTEE OF THE REVOCABLE TRUST FOR THE BENEFIT OF CHRISTOPHER LINDBLAD U/A/D 04-20-2000

CHRISTOPHER REILLY

CHRISTOPHER REYES

CHRISTUS HEALTH

CHRISTUS HEALTH CASH BALANCE PLAN

CIBC WORLD MARKETS CORP

CIBC WORLD MARKETS, INC.

CIGNA CORPORATION

CIM XVI LLC

CINDY L. SCHREUDER

CIRI GILLESPIE

CITADEL DERIVATIVES GROUP LLC

CITADEL EQUITY FUND LTD.

CITADEL LIMITED PARTNERSHIP

CITADEL LLC (F/K/A CITADEL INVESTMENT GROUP LLC)

CITI CANYON, LTD.

CITI GOLDENTREE LTD.

CITIBANK, N.A. AS CUSTODIAN FOR PRISM PARTNERS OFFSHORE

CITIBANK, N.A. AS CUSTODIAN FOR STARK INVESTMENTS D/B/A DEEPHAVEN FUNDS [DEEPHAVEN GROWTH OPPORTUNITIES TRADING LTD. AND DEEPHAVEN EVENT TRADING LTD.]

CITIBANK, NATIONAL ASSOCIATION, IN ITS INDIVIDUAL AND CUSTODIAL CAPACITIES

CITIGROUP GLOBAL MARKETS LTD.

CITIGROUP GLOBAL MARKETS, INC.

CITIGROUP PENSION PLAN TRUST, AND ITS TRUSTEE, THE BANK OF NEW YORK MELLON, IN ITS CAPACITY AS TRUSTEE THEREOF

CITIGROUP SECURITIES SERVICES, INC.

CITY EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF LOS ANGELES

CITY NATIONAL BANK

CITY NATIONAL BANK OF NEW JERSEY CAPITAL TRUST I WILMINGTON TRUST COMPANY

CITY OF DAYTONA POLICE AND FIRE PENSION

CITY OF GAINESVILLE POLICE OFFICERS' AND FIREFIGHTERS' RETIREMENT PLAN

CITY OF LOS ANGELES FIRE AND POLICE PENSION PLAN

CITY OF RICHMOND RSRS

CLARA B. WOODY

CLARE ATTWELL GLASSELL, INDIVIDUALLY AND AS THE BENEFICIARY OF THE CLARE ATTWELL GLASSELL CONTINUING MARITAL TRUST

CLEAR COVE CAPITAL LP

CLEARVIEW CORRESPONDENT SERVICES, LLC

CLEARWATER GROWTH FUND

CLEARWATER INVESTMENT TRUST

CLOVIA L. FUSHIMI

CMA OMNIBUS CFTC#32103

CMCJL LLC

CNH MASTER ACCOUNT, LP

CNH PARTNERS, LLC

COASTVIEW EQUITY PARTNERS LP

COBALT TRADING LLC

COGENT INVESTMENT STRATEGIES LLC

COGENT INVESTMENT STRATEGIES MASTER FUND, SPC - CLASS D

COGENT MANAGEMENT, INC.

COLLECTIVE TRUST OF THE BANK OF NEW YORK

COLLECTORS' FUND LP

COLLEGE RETIREMENT EQUITIES FUND

COLLEGES OF APPLIED ARTS AND TECHNOLOGY PENSION PLAN

COLORADO PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION

COLORADO STATE BANK & TRUST, N.A., AS SUCCESSOR OF US BANK N.A., AS TRUSTEE OF WM & JANE HAYS CHARITABLE REMAINDER UNITRUST

COLUMBIA MANAGEMENT GROUP [N/K/A BOFA GLOBAL CAPITAL MANAGEMENT GROUP, LLC]

COMERICA BANK

COMERICA BANK & TRUST, N.A., IN ITS CORPORATE CAPACITY AND AS SPONSOR OF ITS COLLECTIVE INVESTMENT FUNDS

COMMERCIAL BANKING CLIENT RANG

COMMERZ MARKETS LLC

COMMERZBANK AG

COMMONWEALTH OF PENNSYLVANIA TUITION ACCOUNT PROGRAM FUND

COMPUTERSHARE TRUST CO., INC.

COMPUTERSHARE TRUST COMPANY, NATIONAL ASSOCIATION

CONAIR CORPORATION

CONNECTICUT GENERAL LIFE INSURANCE COMPANY

CONNECTICUT HEALTH FOUNDATION

CONNELL FAMILY PARTNERSHIP TRUST

CONNELL LIMITED PARTNERSHIP

CONSERVATIVE BALANCED PORTFOLIO A SERIES OF PRUDENTIAL SERIES FND INC

CONSOLIDATED EDISON OF NY K801

CONSTANCE TOLBERT YESO

CONVERTIBLES STRATEGIC HOLD

COOPER NEFF ADVISORS, INC.

COOPER NEFF ADVISORS, INC. (N/K/A HAREWOOD ASSET MANAGEMENT (US) INC.)

COOPERNEFF ALTERNATIVE MANAGEMENTS

COPPER NUGGET, INC

COUGAR TRADING LLC

COUNTY EMPLOYEES' AND OFFICERS' ANNUITY AND BENEFIT FUND OF COOK COUNTY

COUTTS US EQUITY INDEX PROGRAMME

COX FAMILY EDUCATIONAL TRUST DATED 08/02/2004

CRAIG W. DOUGHERTY

CRANE CO. MASTER TRUST

CRANE H. KENNEY

CREDIT AGRICOLE SECURITIES (USA), INC.

CREDIT SUISSE (USA), INC.

CREDIT SUISSE SECURITIES (EUROPE) LIMITED

CREDIT SUISSE SECURITIES (USA) LLC F/K/A CREDIT SUISSE FIRST BOSTON LLC

CREDIT SUISSE-INVESTMENT BANKING AND SECURITY INVESTMENT DIVISION LEGAL DEPARTMENT/GENERAL COUNSEL

CROWELL WEEDON & CO.

CSS LLC

CTC FUND MANAGEMENT LLC

CUSTODIAL TRUST CO. [JPMORGAN CHASE BANK, N.A.]

CUTLER GROUP LP

D. E. SHAW VALENCE PORTFOLIO LLC

D.A. DAVIDSON & CO. C/O CT CORPORATION SYSTEM

D.C. RETIREMENT BOARD

D.C. RETIREMENT FUNDS

D.E. SHAW & COMPANY LLC

D.E. SHAW INVESTMENT MANAGEMENT, L.L.C. GENERAL COUNSEL

D.E. SHAW OCULUS PORTFOLIOS LLC

D.E. SHAW VALENCE PORTFOLIOS LLC

D.E. SHAW VALENCE PORTFOLIOS LLC - BROAD CORE

D.E. SHAW VALENCE PORTFOLIOS LLC - LONG

DAILY NEWS TRIBUNE, INC.

DAIN RAUSCHER, AS A CUSTODIAN OF THE PATRICK J. MCGLINN INDIVIDUAL RETIREMENT ACCOUNT RBC

23

DAIWA SECURITIES TRUST CO.

DANICA F. HUGHES

DANIEL BRAIDWOOD

DANIEL COHEN

DANIEL D. PECARO, AS TRUSTEE OF THE PECARO FAMILY TRUST DTD 4/12/02

DANIEL H. RENBERG

DANIEL J. SHEA

DANIEL KAZAN

DANIEL OPAT, AS AN INDIVIDUAL AND AS TRUSTEE OF A CERTAIN TRUST DOCUMENT DATED AUGUST 31, 2006

DANIEL R. ZUCKERMAN

DANIEL S. JURSA

DARRELL F. KUENZEL

DARRICK O. ROSS

DARYL V. DICHEK

DAVENPORT & COMPANY LLC

DAVENPORT, WILLIAM L, TRUSTEE, WILLIAM M DAVENPORT TRUST UNDER WILL OF THOMAS CARRTER LUPTON

DAVID A. DICHEK

DAVID C. DE SIEYES

DAVID C. DE SIEYES, AS TRUSTEE OF THE TRUST UNDER AN AGREEMENT DATED DECEMBER 13, 1976 BETWEEN VIRGINIA S. RISLEY, AS SETTLOR, AND WILLIAM H. RISLEY, DAVID C. DE SIEYES, AND UNITED STATES TRUST COMPANY OF NEW YORK, AS TRUSTEES

DAVID D. GRUMHAUS 1990 TRUST

DAVID D. GRUMHAUS, AS A TRUSTEE OF THE DAVID D. GRUMHAUS 1990 TRUST

DAVID E. NEISSER IRREVOCABLE TRUST DATED 8-14-83

DAVID ERTEL

DAVID GREENSPAHN

DAVID HILLER

DAVID HOCHBERG

DAVID L. NELSON, AS TRUSTEE OF THE DAVID L. NELSON REVOCABLE TRUST UA 02/11/91

DAVID L. RILEY

DAVID P. SLESUR

DAVID R. COGGINS JR., AS TRUSTEE OF THE WENDY & NATALIE TRUST UW WALTER BLUM

DAVID T.K. LU

DB AG EQUITY SWAPS OFFSHORE - CONSOLIDATED ACCOUNT I

DBSO SECURITIES LTD.

DEAN P. GILLESPIE

DEANN K. RILEY

DEBRA A. GASTLER

DECLARATION OF BELL FAMILY TRUST MEADOWBROOK EQUITY FUND UA 12/1/86

DECLARATION OF BELL FAMILY TRUST UA 12/1/86

DEEPAK AGARWAL

DEEPHAVEN CAPITAL MANAGEMENT LLC

DEERE & COMPANY WELFARE BENEFIT TRUST #1

DEERE & COMPANY, AS ADMINISTRATOR OF THE JOHN DEERE PENSION TRUST

DEL MAR MASTER FUND, LTD.

DELAWARE CHARTER GUARANTEE & TRUST CO.

DELAWARE CHARTER GUARANTEE & TRUST CO., AS CUSTODIAN OF THE LISA M. FEATHERER IRA R/O

DELAWARE CHARTER GUARANTEE & TRUST, AS CUSTODIAN OF CARL ZLATCHIN PROFIT SHARING PLAN

DELAWARE CHARTER GUARANTEE & TRUST, AS CUSTODIAN OF THE BETTY ZLATCHIN IRA

DELAWARE CHARTER GUARANTEE & TRUST, AS CUSTODIAN OF THE KEVIN STONE IRA R/O

DELAWARE CHARTER GUARANTEE & TRUST, AS CUSTODIAN OF THE SHERRY P. BRODER IRA

DELAWARE CHARTER GUARANTEE & TRUST, AS TRUSTEE OF THE HERBERT G. LAU PROFIT SHARING QRP PARTICIPATION

DELD FAMILY FOUNDATION TRUST UAD 9/30/02

DENISE A. MECK

DENISE E. PALMER, AS TRUSTEE OF THE DENISE PALMER REVOCABLE TRUST U/A/D 10-28-1991

DENNIS EUGENE DE HAAS

DENNIS J. FITZSIMONS

DENNIS J. FITZSIMONS, AS A TRUSTEE OF THE DENNIS J. FITZSIMONS TRUST U/A DTD 03/29/2001

DENNIS J. LAYNE

DENNIS S. BUNDER

DEPAUL UNIVERSITY

DEPFA BANK, PLC

DEPOSITORY TRUST & CLEARING CORPORATION

DEPOSITORY TRUST COMPANY

DEREK M. DALTON, AS TRUSTEE OF THE 10/03/2007 DALTON TRUST

DESPINA HAIGLER, AS TRUSTEE OF THE RICHARD HAIGLER & DESPINA HAIGLER LIVING TRUST U/A 11/04/91

DEUTSCHE ASSET MANAGEMENT, INC. (SCUDDER)

DEUTSCHE BANK - PRIVATE BANKING AND INVESTMENT BANKING INVESTMENTS DIVISION LEGAL DEPARTMENT/GENERAL COUNSEL

DEUTSCHE BANK AG, FILIALE AMSTERDAM

DEUTSCHE BANK AG, FRANKFURT

DEUTSCHE BANK AG, IN ITS CUSTODIAL CAPACITY

DEUTSCHE BANK SECURITIES INC. - DB AG EQUITY SWAPS OFFSHORE CONSOLIDATED ACCOUNT I

DEUTSCHE BANK SECURITIES INC., IN ITS INDIVIDUAL AND CUSTODIAL CAPACITIES

DEUTSCHE BANK SECURITIES, INC. AS CUSTODIAN FOR DEEPHAVEN CAPITAL MANAGEMENT LLC

DEUTSCHE LUFTHANSA AG

DEXIA BANK

DEXIA CREDIT LOCAL, NEW YORK BRANCH

DFA INVESTMENT DIMENSIONS GROUP, INC.

DFA U.S. CORE EQUITY FUND OF DIMENSIONAL FUNDS

DFA U.S. VECTOR EQUITY FUND OF DIMENSIONAL FUNDS

DIA MID CAP VALUE PORTFOLIO

DIAMOND CONSOLIDATED L.P.

DIAMOND, JOHN B. , AS TRUSTEE OF THE JOHN B. DIAMOND DECLARATION OF TRUST DATED APRIL 15, 2010

DIAMOND, MARILYN R., AS TRUSTEE, MARILYN R. DIAMOND TRUST DATED 11-11-88

DIAMOND, TERRY AND MURIEL DIAMOND AS TRUSTEES U/W OF SOL DIAMOND DATED 12/4/72

DIAMOND, TERRY, TRUSTEE, TERRY D. DIAMOND TRUST DTD 5/7/86

DIAMONDBACK CAPITAL MANAGEMENT, LLC

DIAMONDBACK MA FD LTED QAES / TMS/ITS SETT A/C

DIAMONDBACK MASTER FUND / TMS/ITS SETT A/C FOR QUEENSGATE HOUSE

DIAMONDBACK MASTER FUND LTD CENTURY YARD

DIAMONDBACK MASTER FUND LTD.

DIANE A. KUCERA, INDIVIDUALLY AND AS TRUSTEE OF THE TRUST BY RICHARD A. KUCERA & DIANE A. KUCERA U/A/D 03-23-07 FBO RICHARD & DIANE KUCERA

DIANE BUCHANAN WILSEY

DICTAPHONE CORPORATION

DIMAIO AHMAD CAPITAL LLC

DIMENSIONAL FUND ADVISORS LP

DIMENSIONAL INVESTMENT GROUP, INC.

DIOCESE OF BUFFALO LAY PENSION PLAN, BY AND THROUGH ITS BOARD OF TRUSTEES

DIRECTORS GUILD OF AMERICA - PRODUCER PENSION PLAN BASIC BENEFIT PLAN

DIRECTORS GUILD OF AMERICA PENSION TRUST

DIRECTORS GUILD OF AMERICA PRODUCER PENSION TRUST

DIREXION FUNDS

DIREXION INSURANCE TRUST

DISTRICT 1199J NEW JERSEY HEALTH CARE EMPLOYERS PENSION PLAN A/K/A DISTRICT 1199J NEW JERSEY HEALTH CARE EMPLOYERS PENSION FUND

DLD FAMILY LLLP

DOHENY EYE INSTITUTE

DOLORES C. MIERKIEWICZ

DOLORES LOCASCIO

DOMINION RESOURCES, INC.

DOMINION RESOURCES, INC. DEFINED BENEFIT MASTER TRUST

DON HALL, AS TRUSTEE OF THE ALPHEUS L. ELLIS 1993 GREAT GRANDCHILDREN'S TRUST

DON HALL, AS TRUSTEE OF THE ALPHEUS L. ELLIS 1993 TRUST FBO CAROL E. MARTIN

DONALD C. GRENESKO

DONALD GRENESKO

DONALD H. RUMSFELD

DONALD L. MILLER, AS TRUSTEE OF THE TRUST BY DONALD L. MILLER U/A DTD 05/20/1982

DONALD M. FETHEROLF, AS TRUSTEE OF THE FETHEROLF FAMILY TRUST

DONALD M. HINMAN JR.

DONALD ROONEY

DONAVON VIRGIL SCHULER, AS TRUSTEE UTD 01/18/88 OF THE SCHULER TRUST

DONNA C. LIES

DORIS DUKE CHARITABLE FOUNDATION

DORIS KEATS FRANK

DORIS KEATS FRANK, AS TRUSTEE OF THE DORIS KEATS FRANK REVOCABLE TRUST UA 03/07/00

DOROTHY A. LEVENSON

DOROTHY B. CHANDLER MARITAL TRUST NO. 2 UAD 06/26/35

DOROTHY B. CHANDLER RESIDUARY TRUST

DOROTHY B. CHANDLER RESIDUARY TRUST NO. 2

DOROTHY C. PATTERSON IRREVOCABLE TRUST #2 DATED 12-21-93

DOROTHY D. PARK

DOROTHY ENGBERG

DOROTHY FLIBBERT, AS A TRUSTEE OF THE 12/09/90 TOMMIE L. CORDERO TRUST

DOROTHY J. VANCE, AS A TRUSTEE OF THE HERBERT VANCE TRUST UAD 8/9/71

DOROTHY L. DRUMMEY, AS TRUSTEE OF THE DELD FAMILY FOUNDATION TRUST UAD 9/30/02

DOROTHY P O'DONNELL REVOCABLE TRUST U/A DTD 04/25/1983

DOROTHY QUAAL

DOROTHY QUAAL REVOCABLE TRUST DATED 09/02/1993

DOROTHY QUAAL, AS A TRUSTEE OF THE DOROTHY QUAAL REVOCABLE TRUST UA 09/02/1993

DOROTHY RUSSELL SHATTUCK

DOUBLE BLACK DIAMOND OFFSHORE LTD. F/K/A DOUBLE BLACK DIAMOND/OFFSHORE LDC

DOUGLAS B. STEWART

DOUGLAS H. DITTRICK

DOUGLAS LEE MEYER

DR. CHARLES J. DE SIEYES

DR. DAVID L. HOEXTER

DR. PETER FAIRWEATHER

DRAPER AND KRAMER INC. (A/K/A DK/EQUITY LLC)

DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD.

DRESDNER BANK, AG

DREYFUS ACTIVE MIDCAP FUND

DREYFUS BASIC S&P 500 STOCK INDEX FUND

DREYFUS INDEX FUNDS, INC.

DREYFUS S&P 500 STOCK INDEX FUND

DREYFUS STOCK INDEX FUNDS, INC.

DREYFUS/LAUREL FUNDS, INC.

DT BROAD MARKET STOCK INDEX FUND

DUANE SHELTON TYDINGS, AS TRUSTEE OF THE GRACE TRUST

DUDLEY S. TAFT

DUKE ENERGY CORPORATION

DUKE ENERGY CORPORATION MASTER DECOMMISSIONING TRUST

DUKE POWER COMPANY NON-QUALIFIED EQUITY NUCLEAR DECOMMISSIONING TRUST

DUNDEE LEEDS MANAGEMENT SERVICES (CAYMAN) LTD.

DUQUESNE UNIVERSITY OF THE HOLY SPIRIT

DUQUESNE UNIVERSITY-EQUITY FEDERATED INVESTORS, INC.

DURHAM J. MONSMA

DWS EQUITY 500 INDEX PORTFOLIO

DWS INVESTMENTS VIT FUNDS, AS ISSUER OF A SERIES KNOWN AS DWS EQUITY 500 INDEX VIP

DYNAMIC DOMESTIC FUND LP

E*TRADE CAPITAL MARKETS LLC

E*TRADE CLEARING LLC

E*TRADE SECURITIES LLC, AS CUSTODIAN OF JOE YOUSSRY KELADA SEP IRA

E*TRADE SECURITIES LLC, AS CUSTODIAN OF THE ENZO S. RICCIARDELLI SEP IRA

E*TRADE SECURITIES LLC, AS CUSTODIAN OF THE KARL PUTNAM IRA

25

E. DONALD HEYMANN, AS TRUSTEE OF THE E. DONALD HEYMANN TRUST

EAC MANAGEMENT LP

EAC PARTNERS MASTER FUND LTD.

EAGLE NEW MEDIA INVESTMENTS LLC

EARL E. CROWE TRUST NO. 2 UAD 06/26/35

EATON VANCE MANAGEMENT

EATON VANCE MULTI CAP GROWTH PORTFOLIO

EATON VANCE TAX MANAGED GLOBAL BUY WRITE OPPORTUNITIES FUND

EATON VANCE TAX MANAGED GROWTH PORTFOLIO

EATON VANCE TAX MANAGED MULTI-CAP GROWTH PORTFOLIO

ECHOTRADE LLC

E-CONNECTIVITY AVG PX ATTN: RICHARD MONTESANO

EDDIE JONES JR., AS TRUSTEE OF THE JESSIE BALL DUPONT FUND

EDGAR D. GIFFORD, AS TRUSTEE OF THE EDGAR D GIFFORD TRUST UA 7/15/98

EDITH A. EHRLICH

EDITH B. WATERMAN

EDMUND D. HAIGLER JR.

EDNA F. WEBER

EDWARD A. COX, JR. REVOCABLE TRUST DTD 5/21/2004

EDWARD A. COX, JR., AS TRUSTEE OF THE EDWARD A. COX, JR. REVOCABLE TRUST DTD 5/21/2004

EDWARD D. JONES & CO., L.P.

EDWARD E. NEISSER MARITAL TRUST

EDWARD J. SIDNEY, AS TRUSTEE OF THE EDWARD J. SIDNEY TRUST U/A 07/22/76

EDWARD T. MCGOWAN

EDWARDS, W L JACK, TRUSTEE

EDWIN J. HAYES JR.

EDWIN J. HAYES, AS TRUSTEE OF THE TRUST BY EDWIN J. HAYES JR. U/A DTD 5/26/2006

EDWIN R. LABUZ

EFH RETIREMENT PLAN MASTER TRUST

EIGHTH DISTRICT ELECTRICAL PENSION FUND

EILEEN C. NORRIS

EILEEN MARIE WIRTH

EITNER, PAUL G

ELAINE CHEAH-RICHERT

ELAINE T. BOVAIRD, AS TRUSTEE OF THE TRUST BY ELAINE T. BOVAIRD U/A DTD 2/18/1993

ELAINE W. GETZ, AS TRUSTEE OF THE ELAINE W. GETZ TRUST UA 2/5/86

ELEANOR JACKSON STERN TRUST DATED 01/06/1971

ELECTROLUX HOME PRODUCTS, INC. MASTER TRUST

ELIZA HASKINS

ELIZABETH BIGELOW

ELIZABETH DE CUEVAS

ELIZABETH F. REDMOND, AS TRUSTEE OF THE SURVIVORS' TRUST CR 9/30/01 UA CHARLES R. & ELIZABETH F. REDMOND TRUST DTD 05/20/87

ELIZABETH G. CHAMBERLAIN TRUST U/A DTD 04/25/1979

ELIZABETH H. VANMERKENSTEIJN

ELIZABETH L. LEVIN, AS TRUSTEE OF THE ELIZABETH L. LEVIN 2006 SZ-2 YEAR GRANTOR RETAINED ANNUITY TRUST UNDER AGREEMENT DATED 07/31/06

ELIZABETH LANDON

ELIZABETH SIEGEL, ACTING TRUSTEE OF THE BARBARA M. OSBORNE TRUST U/I/T DTD 2/7/05

ELKHORN LLC

ELLEN J. SUTTON

ELLEN JACKSON

ELLEN JOHNSON TWADDELL

ELLEN P. CAPUTO

ELMER H. WAVERING FAMILY TRUST DATED 06/24/1977 AS AMENDED

EMANUEL E. GEDULD 2005 FAMILY TRUST

EMANUEL GRUSS

EMBARQ CORPORATION

EMILY EVANS EMBREY, BENEFICIARY OF THE ALFRED C. GLASSELL JR. CHILDREN'S TRUST FOR EMILY EVANS EMBREY

EMILY G. PLUMB CHARITABLE TRUST DATED 1/8/80 AS AMENDED

EMPIRE STATE CARPENTERS PENSION FUND

EMPLOYEE RETIREMENT INCOME PLAN TRUST OF MINNESOTA MINING & MANUFACTURING CO

EMPLOYEES RETIREMENT SYSTEM OF TEXAS

EMPLOYERS' FIRE INSURANCE COMPANY

ENHANCED RAFI U.S. LARGE LP

ENRIQUE HERNANDEZ JR.

ENVESTNET ASSET MANAGEMENT, INC.

ENZO S. RICCIARDELLI

EQ ADVISORS TRUST - EQ/EQUITY 500 INDEX PORTFOLIO

EQ ADVISORS TRUST - EQ/MID CAP VALUE PLUS PORTFOLIO

EQUISERVE EXCHANGE AGENT OVERAGE ACCOUNT

EQUITEC SPECIALISTS LLC

EQUITY INVESTMENT FUND POOLED TRUST

EQUITY LEAGUE PENSION TRUST FUND

ERIC D. WERTHMAN

ERIC I. CHANG

ERIC MORRIS

ERNEST W. MICHEL

ERTURK OZBEK TTEE

ESTATE OF BARBARA HAMMOND

ESTATE OF KAREN BABCOCK

ESTATE OF ROBERT C. GILKISON

ESTHER G. FOX

EUGENE TAYLOR

EUGENE TILLMAN, AS TRUSTEE OF THE TILLMAN FAMILY TRUST U/A 07/29/1980

EUREKA OPTIONS LLC

EVANGELICAL LUTHERAN CHURCH IN AMERICA BOARD OF PENSIONS

EVEREST RE GROUP LTD.

EVEREST REINSURANCE (BERMUDA) LTD.

EVERGREEN ASSET MANAGEMENT CORP.

EVERYTHING MEDICAL, INC.

EVOL CAPITAL MANAGEMENT, LLC

EVOLUTION ALL-CAP EQUITY FUND

EWT, LLC

EXCEL REALTY FUND LP

EXXONMOBIL INVESTMENT FUND

EXXONMOBIL INVESTMENT MANAGEMENT INC.

F. AUDRYE WOLLER

FAIRWEATHER FAMILY LP

FAIRWEATHER LIMITED PARTNERSHIP

FAO DEEPHAVEN CITIBANK

FAO HAVENS ADVISORS LLC BEAR STEARNS

FARMERS GROUP, INC.

FASKEN LTD.

FEDERAL RESERVE SYSTEM EMPLOYEE RETIREMENT FUND

FEDERATED CAPITAL APPRECIATION FUND II (F/K/A FEDERATED CLOVER VALUE FUND II)

FEDERATED CAPITAL INCOME FUND, INC.

FEDERATED CLOVER VALUE FUND (F/K/A FEDERATED AMERICAN LEADERS FUND)

FEDERATED EQUITY FUNDS

FEDERATED EQUITY INCOME FUND, INC.

FEDERATED INCOME SECURITIES TRUST

FEDERATED INDEX TRUST

FEDERATED INSURANCE SERIES

FEDERATED INVESTMENT COUNSELING

FEDERATED INVESTMENT MANAGEMENT COMPANY

FEDERATED INVESTORS

FEDERATED INVESTORS CORPORATION

FEDERATED INVESTORS, INC.

FEDERATED MANAGED VOLATILITY FUND II (F/K/A FEDERATED CAPITAL INCOME FUND II F/K/A FEDERATED EQUITY INCOME FUND II)

FEDERATED MAX-CAP INDEX FUND

FEDERATED MDT STOCK TRUST

FEDERATED MUNI AND STOCK ADVANTAGE FUND

FELIX WEN GUANG TONG

FERRIS TRADING FUND LLC

FIDELITY ADVISOR SERIES I [FIDELITY ADVISOR LEVERAGED COMPANY STOCK FUND, A SERIES OF FIDELITY ADVISOR SERIES I]

FIDELITY COMMONWEALTH TRUST [SPARTAN MARKET INDEX FUND, A SERIES OF COMMONWEALTH TRUST]

FIDELITY CONCORD STREET TRUST [SPARTAN 500 INDEX FUND AND SPARTAN TOTAL MARKET INDEX FUND, SERIES OF FIDELITY CONCORD STREET TRUST]

FIDELITY MANAGEMENT TRUST CO CUST IRA FBO CARL V CLARK

FIDELITY MANAGEMENT TRUST CO CUST IRA FBO DEVIN J MURPHY

FIDELITY MANAGEMENT TRUST CO CUST IRA FBO ROBERT G WITT

FIDELITY MANAGEMENT TRUST CO CUST IRA ROLLOVER FBO GREGORY S SIMKO

FIDELITY MANAGEMENT TRUST CO CUST IRA ROLLOVER FBO JAMES GLYNN

FIDELITY MANAGEMENT TRUST CO CUST IRA ROLLOVER FBO KUANG C YEH

FIDELITY MANAGEMENT TRUST CO CUST IRA ROLLOVER FBO LLOYD A CONNERS

FIDELITY MANAGEMENT TRUST CO CUST IRA ROLLOVER FBO PATRICK J SLOYAN

FIDELITY MANAGEMENT TRUST CO CUST IRA ROLLOVER FBO RAMACHANDRA N KURUP

FIDELITY MANAGEMENT TRUST CO CUST IRA ROLLOVER FBO ROBERT A STRUTZEL

FIDELITY MANAGEMENT TRUST CO TTEE ALCATEL-LUCENT SAVINGS PLAN FBO KEVIN E DOMBKOWSKI

FIDELITY MANAGEMENT TRUST CO TTEE PSRP PS DAVID KORNFELD FBO DAVID N KORNFELD

FIDELITY MANAGEMENT TRUST CO. AS TRUSTEE FOR VERIZON MASTER SAVINGS TRUST [VERIZON MASTER SAVINGS TRUST]

FIDELITY MANAGEMENT TRUST COMPANY, CUSTODIAN, AND LEONARD WILLIAM ALLEN, BENEFICIARY, LEONARD WILLIAM ALLEN IRA ROLLOVER

FIDELITY MANAGEMENT TRUST COMPANY, CUSTODIAN, AND MICHAEL MUSKAL, BENEFICIARY, MICHAEL MUSKAL IRA ROLLOVER

FIDELITY MANAGEMENT TRUST COMPANY, CUSTODIAN, AND TIMOTHY L O'ROURKE, BENEFICIARY, TIMOTHY L O'ROURKE IRA

FIDELITY MANAGEMENT TRUST COMPANY, CUSTODIAN, BASHAR A MUBASHIR IRA ROLLOVER

FIDELITY SECURITIES FUND-LEVERAGED COMPANY STOCK FUND [FIDELITY LEVERAGED COMPANY STOCK FUND, A SERIES OF FIDELITY SECURITIES FUND]

FIDELITY US EQUITY INDEX COMMINGLED POOL

FIDEURAM BANK LUXEMBOURG S.A.

FIDUCIARY COMPANY INCORPORATED

FIDUCIARY MGT. ASSOC. LLC 401K FBO ROBERT WESLEY THORNBURGH

FIDUCIARY SSB

FIDUCIARY TRUST COMPANY

FIDUCIARY TRUST COMPANY INTERNATIONAL

FIERSTEIN COMPANY

FIFTH THIRD BANK

FINANCIAL MANAGEMENT CONCEPTS CORPORATION

FIRST AMERICAN INVESTMENT FUNDS, INC. - EQUITY INDEX FUND

FIRST BANK & TRUST

FIRST CAPITAL ALLIANCE LP

FIRST CLEARING LLC

FIRST DATA INCENTIVE SAVINGS PLAN FBO JOHN G. KOLOGI

FIRST INVESTORS LIFE SERIES FUND BLUE CHIP SERIES

FIRST INVESTORS LIFE SERIES FUND UTILITIES SERIES

FIRST INVESTORS UTILITIES INCOME

FIRST MIDWEST BANCORP

FIRST NEW YORK SECURITIES LLC

FIRST OPTION CONSULTING, INC.

FIRST OPTION DEBT SOLUTIONS LTD.

FIRST OPTION FUNDING CORP.

FIRST REPUBLIC BANK

FIRST SOUTHWEST COMPANY

FIRSTAR EQUITY INDEX FUND

FIRSTAR TRUST COMPANY

FIRST-CITIZENS BANK & TRUST COMPANY

FIT COLLECTIVE INVESTMENT PLAN

FLEXIBLE US EQUITY MANAGERS PORTFOLIO 1 LLC [FLEXIBLE (US EQUITY) MANAGERS: PORTFOLIO 1 LLC]

FLORENCE S. BRADSHAW

FLORIDA POWER CORP NON-QUAL

FLORIDA PREPAID COLLEGE PLAN

FLOYD C. SANGER JR., AS TRUSTEE OF THE FLOYD C. SANGER JR. TRUST U/A 3/11/86

FM GLOBAL

FMC TECHNOLOGIES INC. DEFINED BENEFIT RETIREMENT TRUST

FOLIO INVESTMENTS, INC.

FOLKSAMERICA REINSURANCE COMPANY

FONTAINE, JOHN T., TRUSTEE, JOHN T. FONTAINE TRUST UNDER WILL OF THOMAS CARRTER LUPTON

FORDHAM UNIVERSITY

FORRESTAL FUNDING MASTER TRUST

FORSTA AP-FONDEN

FORT PITT CAPITAL GROUP, INC.

FOULARD & CO.

FOUNDATION FOR ANESTHESIA EDUCATION & RESEARCH

FRANCES L. CEY, INDIVIDUALLY AND AS A TRUSTEE OF THE CEY LIVING TRUST 5/14/87

FRANCES LOEB TRUST, FBO ANN BRONFMAN

FRANCIS G. DUGGAN

FRANCIS L. COOLIDGE

FRANK CALLEA

FRANK MALONEY

FRANK RUSSELL INVESTMENTS

FRANK RUSSELL TRUST COMPANY

FRANK S. TIERNAN

FRANK W. CONSIDINE

FRANK W. DENIUS

FRED J. EYCHANER

FREDERICK GOLDSTEIN

FREDERICK S. SHARE, AS TRUSTEE OF THE FREDERICK S. SHARE TRUST U/A DTD 11/04/88

FREDERICKA PAFF

FREDRIC LEVENSON

FROST NATIONAL BANK

FULL VALUE PARTNERS LP

GABELLI & COMPANY, INC.

GABELLI 787 FUND, INC. - GABELLI ENTERPRISE MERGERS AND ACQUISITIONS FUND, F/K/A THE 787 FUND INC. - AXA ENTERPRISE MERGERS AND ACQUISITIONS FUND

GABELLI ABC FUND

GABELLI ASSET MANAGEMENT COMPANY

GABELLI ASSOCIATES FUND

GABELLI AVERAGE PRICE 2

GABELLI EQUITY TRUST, INC.

GABELLI FOUNDATION, INC.

GABELLI FUNDS LLC

GABELLI INVESTOR FUNDS, INC.

GABELLI MULTIMEDIA PARTNERS, L.P.

GABELLI PERFORMANCE PARTNERSHIP, L.P.

GABELLI SECURITIES, INC.

GABELLI VALUE FUND, INC.

GAIL C. SCHLANG

GAIL D. SCRIPPS, AS TRUSTEE OF THE BARRY H. SCRIPPS TRUST

GAIL SAMOS JOHNSON

GAMCO ASSET MANAGEMENT, INC.

GAMCO INVESTORS, INC.

GAMMA PHI BETA FOUNDATION, INC.

GARLAND FOUNDATION TRUST NO. 2

GARNETT COHEN, AS TRUSTEE OF THE MARY OWEN ROSENTHAL TRUST U/A DTD OCTOBER 19, 1999

GARY E. PEKALA

GARY S. GROSSINGER

GASPARE LOCASCIO

GASPARE LOCASCIO & DOLORES LOCASCIO JT WROS

G-BAR LIMITED PARTNERSHIP

GBL ALPHA EDGE COMMON TRST FD & TRUST COMPANY

GBL ALPHA EDGE COMMON TRUST FUND

GCW CAPITAL LLC

GDK, INC.

GENE C MCCAFFERY

GENERAL BOARD OF THE GLOBAL MINISTRIES OF THE UNITED METHODIST CHURCH'S COLLINS PENSION PLAN

GENERAL DYNAMICS CORPORATION VEBA TRUST

GENERAL ELECTRIC COMPANY

GENERAL MOTORS INVESTMENT MANAGEMENT CORP.

GENWORTH FINANCIAL WEALTH MANAGEMENT

GEORGE E. KEELER

GEORGE J. PECKHAM, AS TRUSTEE OF U/A/D 07-14-2000 FBO THE 2000 PECKHAM FAMILY TRUST

GEORGE M. MOSS

GEORGE W. BLOSSOM III, AS AN INDIVIDUAL AND AS A CUSTODIAN OF TRUST K3-3219IA2

GEORGE WILLIAM BUCK

GEORGETTE PETTIJOHN

GERALD W. AGEMA

GERALD W. AGEMA REVOCABLE TRUST U/A DTD 03/05/2003

GERALD W. AGEMA, AS A TRUSTEE OF THE GERALD W. AGEMA REVOCABLE TRUST U/A DTD 03/05/2003

GERALDO RIVERA

GERTRUDE K. CHISHOLM, AS TRUSTEE OF THE TRUST U/W CHARLENE FROST

GGCP, INC. (F/K/A GABELLI FUNDS, INC.)

GIDWITZ ART VENTURES

GINA MAZZAFERRI

GLASS LEWIS & CO. PVA-NOR066 / STATE OF NORTH CAROL

GLASSELL FAMILY FOUNDATION, INC.

GLAXOSMITHKLINE LLC

GLEN W. BELL JR., AS TRUSTEE OF DECLARATION OF BELL FAMILY TRUST UA 12/1/86

GLEN W. BELL, AS TRUSTEE OF DECLARATION OF BELL FAMILY TRUST MEADOWBROOK EQUITY FUND UA 12/1/86

GLENMEDE TRUST CO.

GLENVIEW STATE BANK

GMIMCO TRUST (GENERAL MOTORS) BRUCE MARQUAND

GOLDENTREE ASSET MANAGEMENT LP

GOLDENTREE MASTER FUND II LTD.

GOLDENTREE MASTER FUND LTD.

GOLDENTREE MULTISTRATEGY LTD.

GOLDENTREE MULTISTRATEGY OFFSHORE FUND

GOLDMAN SACHS 1997 EXCHANGE PLACE FUND, L.P.

GOLDMAN SACHS 1999 EXCHANGE PLACE FUND, L.P.

GOLDMAN SACHS 2005 EXCHANGE PLACE FUND, L.P.

GOLDMAN SACHS EXECUTION & CLEARING, L.P., IN ITS INDIVIDUAL AND CUSTODIAL CAPACITIES

GOLDMAN SACHS INTERNATIONAL HOLDINGS LLC THE CORPORATION TRUST COMPANY

GOLDMAN SACHS INVESTMENT STRATEGIES, LLC, IN ITS CUSTODIAL AND INVESTMENT MANAGERIAL CAPACITIES

28

GOLDMAN SACHS VARIABLE INSURANCE TRUST

GOLDMAN, SACHS & CO., IN ITS INDIVIDUAL AND CUSTODIAL CAPACITIES

GOLDSHER INVESTMENT CO., INC.

GOODRICH CORPORATION MASTER TRUST FOR QUALIFIED EMPLOYEE BENEFIT PLANS

GORDON CHAMBERLAIN, AS TRUSTEE OF THE ELIZABETH G. CHAMBERLAIN TRUST U/A DTD 04/25/1979

GOVERNING COUNCIL OF THE UNIVERSITY OF TORONTO

GOVERNMENT OF SINGAPORE INVESTMENT CORPORATION PTE LTD.

GPC LX LLC

GPS FUNDS I

GRAHAM CAPITAL MANAGEMENT, LIMITED PARTNERSHIP

GRAPHIC ARTS IND JT PENSION TRUST

GREATBANC TRUST COMPANY

GREAT-WEST LIFE ASSURANCE CO.

GREENOCK MULTI-STRATEGY MASTER FUND LTD.

GREENWICH CAPITAL D/B/A RBS GREENWICH CAPITAL

GREGORY J. CAPUTO

GREYWOLF CAPITAL MANAGEMENT L.P.

GRIFFITH E. MADIGAN, AS CUSTODIAN OF GRIFFITH PATRICK MADIGAN UTMA WI

GRYPHON HIDDEN VALUES VIII L.P.

GRYPHON HIDDEN VALUES VIII LTD.

GUARANTEE & TRUST CO., AS CUSTODIAN OF THE CHARLES L. EDWARDS IRA ROLLOVER ACCOUNT

GUARDIAN

GUARDIAN INVESTORS SERVICES LLC [RS S&P 500 INDEX VIP SERIES]

GUARDIAN VC 500 INDEX FUND

GUGGENHEIM ADVISORS, LLC

GUGGENHEIM PORTFOLIO COMPANY XXXI, LLC

GUGGENHEIM PORTFOLIO LIX, LLC

GUIDEMARK LARGE CAP VALUE FUND (F/K/A ASSETMARK LARGE CAP VALUE FUND)

GUIDESTONE EQUITY INDEX FUND

GUIDESTONE FUNDS

GULCO CORP

GURDON H. METZ

GWEDOLYN GARLAND BABCOCK

GWENDOLYN G. BABCOCK

HACH SCIENTIFIC FOUNDATION

HALCYON ASSET MANAGEMENT LLC F/K/A HALCYON MANAGEMENT CO. LLC

HALCYON DIVERSIFIED FUND L.P.

HALCYON FUND LP

HALCYON OFFSHORE ENHANCED MASTER FUND LP

HALCYON SPECIAL SITUATIONS, L.P.

HALLIBURTON CO.

HANNA JONAS MILLER

HANNAH SMITH TRUST

HARBOR CAPITAL ADVISORS, INC.

HARBOR CAPITAL GROUP TRUST

HARBOR MID CAP VALUE FUND

HAROLD R. LIFVENDAHL TRUST DATED 9/7/1988

HAROLD R. LIFVENDAHL, AS TRUSTEE OF THE HAROLD R. LIFVENDAHL TRUST DATED 9/7/1988

HARRIS CORP. RETIREMENT TRUST

HARRY F. BYRD, JR.

HARRY F. BYRD, JR., AS TRUSTEE OF THE HARRY F. BYRD JR REVOCABLE TRUST

HARRY F. BYRD, JR., AS TRUSTEE OF THE THOMAS T. BYRD TRUST UA 01/25/82

HARRY F. BYRD, JR., AS TRUSTEE OF THOMAS T BYRD TR UA 01/25/82 HARRY F BYRD JR REVOCABLE TRUST

HARRY GLASSPIEGEL, AS TRUSTEE OF THE HARRIET H. GLASSPIEGEL DL TRUST U/A 6/21/89

HARTFORD INVESTMENT MANAGEMENT COMPANY

HARTFORD LIFE INSURANCE COMPANY

HARVARD MANAGEMENT CO.

HARVARD UNIVERSITY

HARVEST AA CAPITAL LP

HARVEST CAPITAL LP

HARVEY B. PLOTNICK, AS TRUSTEE OF THE HARVEY B. PLOTNICK DECLARATION OF TRUST U/A/D MARCH 16, 1988

HARVEY BOOKMAN

HARVEY MUDD COLLEGE

HARVEY R. HELLER

HAVENS ADVISORS LLC

HAVENS PARTNERS ENHANCED FUND LP

HAVENS PARTNERS LP

HBK INVESTMENTS L.P.

HC CAPITAL TRUST

HC CAPITAL TRUST - THE VALUE EQUITY PORTFOLIO

HEADWATERS HOLDINGS LLC

HEDGEHOG CAPITAL LLC

HEDONIC CAPITAL LLC

HELEN BROWN

HELEN BUTTENWIESER TRUST 7/28/38

HELEN GARLAND TRUST NO. 2 FBO GWEDOLYN GARLAND BABCOCK UAD 06/26/35

HELEN GARLAND TRUST NO. 2 FBO HILLARY DUQUE GARLAND

HELEN GARLAND TRUST NO. 2 FBO WILLIAM M. GARLAND III UAD 06/26/35

HELEN JO CAHALIN, INDIVIDUALLY AND AS TRUSTEE OF THE ALPHEUS L. ELLIS 1993 GRANDCHILDREN'S TRUST FBO HELEN JO CAHALIN

HELEN K. DOHM

HELENA PAI

HENRY G. BARKHAUSEN TRUST UAD 12/14/36

HERBERT ANTHONY CLARK JR.

HERBERT G. LAU PROFIT SHARING QRP PARTICIPATION

HERBERT VANCE, AS A TRUSTEE OF THE HERBERT VANCE TRUST UAD 8/9/71

HFR ASSET MGMT LLC

HFR RVA WHITEBOX MASTER TRUST (F/K/A HFR RVA COMBINED MASTER TRUST)

HHS PARTNERSHIP

HILLARY DUQUE GARLAND

HILLER, DAVID

HIMAN BROWN REVOCABLE TRUST

HOC GST EXEMPT TRUST NO. 2 FBO JOHN HASKINS

HOC GST EXEMPT TRUST NO. 2 FBO SCOTT HASKINS

HOC GST EXEMPT TRUST NO. 2. FBO ELIZA HASKINS UAD 06/26/35

HOC TRUST NO. 2 FBO ELIZA HASKINS UAD 06/26/35

HOC TRUST NO. 2 FBO JOHN HASKINS UAD 06/26/35

HOC TRUST NO. 2 FBO SCOTT HASKINS UAD 06/26/35

HOMELAND INSURANCE COMPANY OF NEW YORK

HON. HARRY F. BYRD REVOCABLE TRUST U/A DTD 1/25/82

HONEYWELL INTERNATIONAL INC. MASTER RETIREMENT TRUST

HORIZON GOLDEN PARTNERS L P

HORWITZ, DONALD

HORWITZ, LOLA L

HOUSTON ENDOWMENT, INC.

HOWARD BERKOWITZ

HOWARD E. MAZUR

HOWARD F. AHMANSON JR. REVOCABLE TRUST

HOWARD F. AHMANSON JR., AS TRUSTEE OF THE HOWARD F. AHMANSON JR. REVOCABLE TRUST

HOWARD J. TRIENENS, AS TRUSTEE OF THE PAULA MILLER TRIENENS TRUST DATED 9-18-91

HOWARD J. TRIENENS, AS TRUSTEE UNDER SELF-DECLARATION OF TRUST DATED 9-18-91

HOWARD RESNICK

HOWARD WONG

HSUEH-MEI PU AND JANE DOE PU

HUDSON BAY FUND LP

HUDSON BAY MASTER FUND LTD.

HUNTINGTON NATIONAL BANK

HUSSMAN ECONOMETRICS ADVISORS, INC.

HUSSMAN INVESTMENT TRUST

HUSSMAN STRATEGIC GROWTH FUND

HYPO REAL ESTATE BANK INT'L

I.B.E.W. 103

IAN FIERSTEIN

IBEW LOCAL 103 TRUST FUND

IBEW LOCAL 25 MASTERTRUST PLANS

IBEW LOCAL 25 RETIREMENT FUNDS MASTER TRUST

IBEW LOCAL 98 PENSION PLAN MV

IBEW-NECA EQUITY INDEX FUND

IBM NETHERLANDS MSCI US [STICHTING PENSIOENFONDS IBM NEDERLAND]

IBM PERSONAL PENSION PLAN TRUST

IBM RETIREMENT FUNDS

ICAP CORPORATES LLC

ICE BEAR INCORPORATED

IGLESIA METODISTA DEL PERU

ILLINOIS MUNICIPAL RETIREMENT FUND

ILLINOIS STATE BOARD OF INVESTMENT

ILLINOIS STUDENT ASSISTANCE COMMISSION

IM MARGARET K CRANE TRUST

IMOGENE S. PECKHAM, AS TRUSTEE OF U/A/D 07-14-2000 FBO THE 2000 PECKHAM FAMILY TRUST

IMPERIUM INSURANCE COMPANY (F/K/A DELOS INSURANCE COMPANY)

INA TILLMAN, AS TRUSTEE OF THE TILLMAN FAMILY TRUST U/A 07/29/1980

ING CAPITAL LLC

ING INVESTMENT TRUST CO.

ING INVESTORS TRUST [ING T. ROWE PRICE EQUITY INCOME PORTFOLIO, ING LARGE CAP VALUE PORT., ING US STOCK INDEX PORT., SERIES OF ING INVESTORS TRUST]

INKA MBH A/K/A INTERNATIONALE KAPITALANAGEGESELLSCHAFT MBH A/K/A HSBC INKA

INSTINET CORP NY

INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDER) LIMITED

INSTITUTIONAL BENCHMARKS SERIES L.L.C.

INSTITUTIONAL BENCHMARKS SERIES MASTER FEEDER/MASTER FUND

INTECH INVESTMENT MANAGEMENT LLC

INTEL CORPORATION

INTERACTIVE BROKERS GROUP

INTERACTIVE BROKERS INC.

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS PENSION BENEFIT FUND

INTERNATIONAL BROTHERHOOD OF PAINTERS AND ALLIED TRADES UNION & INDUSTRY PENSION FUND

INTERNATIONAL BUSINESS MACHINES CORPORATION

INTERNATIONAL MONETARY FUND STAFF RETIREMENT PLAN

INTERNATIONAL UNION OF OPERATING ENGINEERS

INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 14-14B PENSION FUND, BY AND THROUGH ITS BOARD OF TRUSTEES

INTERSIL EQUITY INCOME FUND

INVENIO PARTNERS LP

INVESCO ASSET MGMT (JAPAN) LTD.

INVESCO PERPETUAL

INVESCO SPG INDEX TRUST

INVESTMENT TECH GROUP INC ATTN: MARK SOLOMON

INVOC [INVESTMENT OPERATING COMPANY LLC]

IOLAIRE INVESTORS LLP

IRA WILLIS BAKER JR.

IRENE BARON, AS A TRUSTEE OF THE DON & IRENE BARON FAMILY TRUST 7B-251

IRENE M. F. SEWELL

IRENE M. FREUTEL REV TRUST U/A DTD 04/28/2001

IRENE M. FREUTEL, AS A TRUSTEE OF THE IRENE M. FREUTEL REV TRUST U/A DTD 04/28/2001

IRONWORKER EMPLOYEES' BENEFIT CORPORATION, AS ADMINISTRATOR OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST

IRVING & VARDA RABIN 1992 REVOCABLE TRUST

IRVING RABIN, AS TRUSTEE OF THE IRVING & VARDA RABIN 1992 REVOCABLE TRUST

IRWIN GROSSINGER TRUST DATED 9/1/65

ISHARES TRUST (ISHARES DOW JONES U.S. CONSUMER SERVICES SECTOR INDEX FUND)

ISHARES TRUST (ISHARES DOW JONES U.S. INDEX FUND F/K/A ISHARES DOW JONES U.S. TOTAL MARKET INDEX FUND

ISHARES TRUST (ISHARES MORNINGSTAR MID VALUE INDEX FUND)

ISHARES TRUST (ISHARES RUSSELL 1000 INDEX FUND)

ISHARES TRUST (ISHARES RUSSELL 1000 VALUE INDEX FUND)

ISHARES TRUST (ISHARES RUSSELL 3000 INDEX FUND)

ISHARES TRUST (ISHARES RUSSELL 3000 VALUE INDEX FUND)

ISHARES TRUST (ISHARES RUSSELL MIDCAP INDEX FUND)

ISHARES TRUST (ISHARES RUSSELL MIDCAP VALUE INDEX FUND)

ISHARES TRUST (ISHARES S&P 500 INDEX FUND)

ISHARES TRUST (ISHARES S&P 500 VALUE INDEX FUND)

ITG, INC.

J & M MARSHALL T/U/D

J. CHRISTOPHER REYES

J. MCCUTCHEON III, AS TRUSTEE OF THE MARY SHAW MCCUTCHEON TRUST U/A DTD 10/26/1987

J. OLDENDORF, AS TRUSTEE OF THE DOROTHY P O'DONNELL REVOCABLE TRUST U/A DTD 04/25/1983

J.J.B. HILLIARD, W.L.LYONS, LLC

J.M. SMUCKER COMPANY

J.P. MORGAN

J.P. MORGAN CLEARING CORP., IN ITS INDIVIDUAL AND CUSTODIAL CAPACITIES

J.P. MORGAN SECURITIES LLC F/K/A J.P. MORGAN SECURITIES INC.

J.P. MORGAN SECURITIES LTD.

J.P. MORGAN SERVICES, INC.

J.P. MORGAN WHITEFRIARS INC.

JACK D. MCMANUS

JACKSON CAPITAL PTRS, LP MAIN LP

JACKSONVILLE POLICE & FIRE PENSION BOARD OF TRUSTEES TRUST

JACQUELINE E. AUTRY, AS TRUSTEE OF THE AUTRY COMMUNITY PROPERTY TRUST DATED 03/15/1985

JACQUELINE MARRO

JACUZZI BRANDS, INC.

JACUZZI BRANDS, INC. DEFINED BENEFIT (A/K/A JACUZZI BRANDS, INC. MASTER PENSION PLAN, JACUZZI BRANDS, INC. MASTER TRUST, AND/OR JACUZZI BRANDS, INC. RETIREMENT SAVINGS & INVESTMENT PLAN)

JAMES A. FRIEDBERG, AS TRUSTEE OF THE HERMAN R. FRIEDBERG REVOCABLE TRUST

JAMES B. KERR III TRUST U/W AGNES R KERR DTD 7/2/1977

JAMES B. KERR, III, AS TRUSTEE OF JAMES B. KERR III TRUST U/W AGNES R KERR DTD 7/2/1977

JAMES C. WARREN

JAMES DIETZ

JAMES E. CUSHING, JR.

JAMES E. PEARSON

JAMES F. HOGE JR.

JAMES F. KERR JR.

JAMES G. UP DE GRAFF, AS TRUSTEE OF THE JAMES G. UP DE GRAFF TRUST U/A 01/15/04

JAMES H. ECKHOUSE, AS TRUSTEE OF #502 U/W/O MINNETTE R. ECKHOUSE TRUST

JAMES KING

JAMES L. LOCKWOOD, JR.

JAMES M. LACHEY

JAMES ROTHERMEL

JAMES THOMAS WIRTH

JAMES THOMAS WIRTH EILEEN MARIE WIRTH JT TEN

JAMES ZERWEKH

JAMIE A. SIMINS

JANE B. WHITE TRUST UA 10/17/02

JANE B. WHITE, AS TRUSTEE OF THE JANE B. WHITE TRUST UA 10/17/02

JANET U. EMBURY CHLN TR GRACE FD

JANET U. EMBURY, CHLN TR J LEY FD

JANICE WILLIAMS BARNARD, AS TRUSTEE OF THE TRUST FOR THE BENEFIT OF JOHN F. BARNARD UAD 4/4/03

JANN M. REARDON

JANN M. REARDON, AS A TRUSTEE OF THE TRUST BY JOHN AND JANN REARDON U/A DTD 11/03/1999

JANNA L. GADDEN

JANNEY MONTGOMERY SCOTT LLC

JANUS CAPITAL GROUP

JASON P. SMITH

JAVAD RASSOULI

JAY GOLDMAN & CO., LP

JAY GOLDMAN MASTER LP

JEAN CHELONI

JEAN CURRY GLASSELL, ACTING TRUSTEE AND BENEFICIARY OF THE ALFRED C. GLASSELL JR. CHILDREN'S TRUST FOR JEAN CURRY GLASSELL

JEAN F. BELL

JEAN SAMOS

JEAN SHAULIS BLACK, AS TRUSTEE OF THE JEAN S. BLACK TRUST

JEANNE CAPLICE, AS A TRUSTEE OF THE WILLIAM CAPLICE REVOCABLE TRUST

JEFFERIES & COMPANY, INC.

JEFFERSON R. SOLENDER

JEFFREY C. NEAL

JEFFREY CHANDLER

JEFFREY CHANDLER, AS TRUSTEE OF CHANDLER TRUST NO. 1

JEFFREY CHANDLER, AS TRUSTEE OF CHANDLER TRUST NO. 2

JEFFREY J. APPLEBY, AS TRUSTEE OF THE CHRISTOPHER J. APPLEBY TRUST U/A DTD 12/13/89

JEFFREY J. APPLEBY, AS TRUSTEE OF THE FELICITY J. APPLEBY TRUST U/A DTD 12/13/89

JEFFREY J. APPLEBY, AS TRUSTEE OF THE JAMES F. POLK TRUST U/A DTD 12/13/89

JEFFREY P MCCLANATHAN, AS TRUSTEE OF THE WILLIAM R HOUGH CHARITABLE REMAINDER UNIT TRUST DATED 12/21/2001

JEFFREY RISLEY

JENIFER B. MCINTOSH

JENNIFER G. HINES

JENNIFER GROSS, AS TRUSTEE OF THE MARTHA GROSS LIVING TRUST U/A/D 04/14/1996

JENNIFER GRUMHAUS DALY

JEROME A MANNING, AS TRUSTEE OF THE FRANCES LOEB TRUST, FBO ANN BRONFMAN

JEROME BLANK, AS TRUSTEE OF THE JEROME BLANK DECLARATION OF TRUST

JEROME KAHN, AS TRUSTEE OF THE JEROME KAHN JR. REVOCABLE TRUST DTD 10/16/87

JEROME M. WELLS

JEROME MARKOWITZ

JEROME P. MARTIN

JERRY J. WOLFE

JERRY LOWER

JESSE FIERSTEIN

JESSE WERTHMAN

JESSIE BALL DUPONT FUND

JESSNICK PARTNERS LP

JEWISH HEALTHCARE FOUNDATION OF PITTSBURGH

JHF II EQUITY-INCOME FUND

JHF II SPECTRUM INCOME FUND

JHT 500 INDEX TRUST

JHT 500 INDEX TRUST B, JOHN DOE, AS OWNER OF

JHT EQUITY INCOME TRUST, JOHN DOE, AS OWNER OF

JHT MID VALUE TRUST, JOHN DOE, AS OWNER OF

JHT NEW INCOME TRUST

JHT TOTAL STOCK MARKET INDEX TRUST, JOHN DOE, AS OWNER OF

JIANSHI MAO

JILL DEVANEY

JILL E. BERUBE, AS TRUSTEE OF #502 U/W/O MINNETTE R. ECKHOUSE TRUST

JILL E. ECKHOUSE, AS TRUSTEE OF #502 U/W/O MINNETTE R. ECKHOUSE TRUST

JILL KAPLIN (A/K/A JILL KAPLIN HERZ)

JIM HICKS & CO. EMPLOYEE PROFIT-SHARING PLAN

JIM HICKS, AS TRUSTEE OF THE JIM HICKS & CO. EMPLOYEE PROFIT-SHARING PLAN

JIM ROCHE

JOAN E. CLARK

JOAN ELLIS VAN LOAN

JOAN H. CREIGHTON

JOAN L. GILKISON, ADMINISTRATOR CTA ESTATE OF ROBERT C. GILKISON

JOANNA STURM

JOANNE DESHEROW SANGER, AS TRUSTEE OF THE U/A DTA 03/29/04 JOANNE DESHEROW SANGER LIVING TRUST

JOE FRANK

JOE YOUSSRY KELADA

JOHN A LEVIN, AS TRUSTEE OF THE FRANCES LOEB TRUST, FBO ANN BRONFMAN

JOHN A. ORB

JOHN A. ORB, AS TRUSTEE OF THE TRUST FOR THE BENEFIT OF JOHN A. ORB U/A/D/ 11/02/04

JOHN B. DIAMOND DECLARATION OF TRUST DATED APRIL 15, 2010

JOHN B. LLOYD JR., AS TRUSTEE OF THE JOHN B. LLOYD JR. REVOCABLE TRUST

JOHN BIRD LLOYD JR., AS TRUSTEE OF THE MADGE A.L. MACNEIL 1988 FAMILY TRUST

JOHN CHELONI

JOHN D. & CATHERINE T. MACARTHUR FOUNDATION

JOHN DEERE PENSION TRUST

JOHN DOE [M&T BANK], AS TRUSTEE OF THE W. MILTON, JR. TRUST UNDER WILL FOR THE BENEFIT OF ANNA LIVINGSTONE

JOHN DOE [SEMPRA ENERGY], AS TRUSTEE OF THE SDG&E QUALIFIED NUCLEAR DECOMMISSIONING TRUST

JOHN DOE, AS ADMINISTRATOR OF ONTARIO PENSION BOARD

JOHN DOE, AS OWNER OF IMPERIAL U.S. EQUITY POOL

JOHN DOE, AS OWNER OF SSBT OMNIBUS ACCOUNT

JOHN DOE, AS OWNER OF THE NORTHWESTERN MUTUAL SERIES FUND INC. EQUITY INCOME PORTFOLIO

JOHN DOE, AS OWNER OF THE NORTHWESTERN MUTUAL SERIES FUND INC. INDEX 500 PORTFOLIO

JOHN DOE, AS OWNER OF THE NORTHWESTERN MUTUAL SERIES FUND INC. SMALL CAP VALUE PORTFOLIO

JOHN DOE, AS OWNER OF TMS/ITS SETTLEMENT ACCOUNT FOR AGORALOGOS LLC

JOHN DOE, AS TRUSTEE OF BETHESDA NONRETIREMENT ASSETS MASTER TRUST

JOHN DOE, AS TRUSTEE OF KAMAN CORP. MAS TRUST-LSV

JOHN DOE, AS TRUSTEE OF MARSHFIELD CLINIC MASTER TRUST

JOHN DOE, AS TRUSTEE OF NSP-MONTICELLO MINNESOTA RETAIL QUALIFIED TRUST

JOHN DOE, AS TRUSTEE OF SEI INSTITUTIONAL INVESTMENTS TRUST

JOHN DOE, AS TRUSTEE OF THE NSP-MINNESOTA PRAIRIE I RETAIL QUALIFIED TRUST

JOHN DOE, AS TRUSTEE OF THE NSP-MINNESOTA PRAIRIE II RETAIL QUALIFIED TRUST

JOHN DOE, AS TRUSTEE OF THE PLEASANT T. ROWLAND REVOCABLE TRUST

JOHN DOE, AS TRUSTEE OF THE SCRIPPS FAMILY REVOCABLE TRUST

JOHN E. FLICK, AS TRUSTEE OF THE FLICK FAMILY REVOCABLE TRUST U/A/D 3/9/99 AS AMENDED & COMPLETELY RESTATED 11/11/04

JOHN E. MAYASICH, AS TRUSTEE OF JOHN E MAYASICH TRUST U/A DTD 04/23/2007

JOHN E. REARDON

JOHN E. REARDON, AS A TRUSTEE OF THE TRUST BY JOHN AND JANN REARDON U/A DTD 11/03/1999

JOHN F. BARNARD, INDIVIDUALLY AND AS TRUSTEE OF THE TRUST FOR THE BENEFIT OF JOHN F. BARNARD UAD 4/4/03

JOHN F. LLEWELLYN LIVING TRUST

JOHN F. LLEWELLYN, AS TRUSTEE OF THE JOHN F. LLEWELLYN LIVING TRUST

JOHN F. MANGAN, JR.

JOHN F. PATINELLA

JOHN F. POELKING

JOHN F. SPLAIN, AS TRUSTEE OF THE HUSSMAN INVESTMENT TRUST

JOHN G. KOLOGI

JOHN H. RHODES

JOHN HANCOCK FINANCIAL SERVICES, INC.

JOHN HANCOCK FUNDS II

JOHN HANCOCK FUNDS II (EQUITY-INCOME FUND)

JOHN HANCOCK FUNDS II (SPECTRUM INCOME FUND)

JOHN HANCOCK VARIABLE INSURANCE TRUST

JOHN HANCOCK VARIABLE INSURANCE TRUST (F/K/A JOHN HANCOCK TRUST (NEW INCOME TRUST))

JOHN HASKINS

JOHN HEALEY, AS TRUSTEE OF THE GRACE TRUST

JOHN J. MCDERMOTT

JOHN J. VITANOVEC, AS TRUSTEE OF THE JOHN J VITANOVEC TRUST U/A DTD 12/27/1996

32

JOHN J. VITANOVEC, AS TRUSTEE OF THE KATHLEEN GEARY TRUST U/A DTD 12/27/1996

JOHN M. ALTMAN, AS TRUSTEE FBO THE JOHN & BETTY ALTMAN FAMILY TRUST UAD 05/16/86

JOHN M. LAVINE

JOHN MASON SANFORD

JOHN MICHAEL KELLEHER

JOHN MULLOOLY

JOHN NESBIT REES AND SARAH HENNE REES CHARITABLE FOUNDATION

JOHN PRITZKER

JOHN R. FLANAGAN, AS AN INDIVIDUAL AND AS A CGM IRA CUSTODIAN

JOHN R. LOFTUS

JOHN R. MCMANUS

JOHN R. POLATSCHEK

JOHN R. STAIB

JOHN SPEARS

JOHN T. MCCUTCHEON III, AS TRUSTEE OF THE JOHN T. MCCUTCHEON III TRUST U/A DTD 10/26/1987

JOHN T. MCCUTCHEON IV AS TRUSTEE OF THE JOHN T. MCCUTCHEON III TRUST U/A DTD 10/26/1987

JOHN T. MCCUTCHEON JR. TRUST U/A DTD 10/26/87

JOHN T. O'LOUGHLIN

JOHN T. RISLEY

JOHN W. MADIGAN, AS A TRUSTEE OF THE JOHN W. MADIGAN TRUST U/A DTD 05/15/1998

JOHN W. STEWART II, AS TRUSTEE OF THE JOHN STEWART PROPERTY TRUST

JOINT BOARD OF TRUSTEES OF THE SOUTHWEST CARPENTERS PENSION TRUST, AS ADMINISTRATOR OF THE SOUTHWEST CARPENTERS PENSION TRUST

JON R. LIND

JONATHAN A. KNEE

JONATHAN GARY KEITH

JONATHAN KOVLER

JONATHAN OSBORNE, ACTING TRUSTEE OF THE BARBARA M. OSBORNE TRUST U/I/T DTD 2/7/05

JONATHAN TILLMAN, AS TRUSTEE OF THE TILLMAN FAMILY TRUST U/A 07/29/1980

JONESTRADING INSTITUTIONAL SERVICES LLC

JOSEPH A. YOUNG

JOSEPH C. LINNEN

JOSEPH M. FEE, AS TRUSTEE OF THE JOSEPH M. FEE & ELIZABETH FEE REVOCABLE LIVING TRUST

JOSHUA F. LOMBARD

JOSHUA TREE CAPITAL MANAGEMENT LP

JP MORGAN CHASE BANK, N.A., TRUSTEE, THE BOEING COMPANY EMPLOYEE RETIREMENT PLAN

JPMORGAN CHASE BANK NATIONAL ASSOCIATION

JPMORGAN CHASE BANK TRAD CUST IRA OF RAYMOND R COFFEY

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION AS TRUSTEE OF THE JPMORGAN CHASE 401(K) SAVINGS PLAN

JPMORGAN CHASE FUNDING INC. F/K/A J. P. MORGAN VENTURES CORP.

JPMORGAN TRUST II (JPMORGAN EQUITY INDEX FUND)

JUDD S ALEXANDER FOUNDATION INC.

JUDIE KING

JUDITH BLAZER, AS TRUSTEE OF THE JUDITH E. BLAZER LIVING TRUST U/A/D 10/21/96

JUDITH E. BLAZER LIVING TRUST U/A/D 10/21/96

JUDITH E. NEISSER, AS TRUSTEE OF THE DAVID E. NEISSER IRREVOCABLE TRUST DATED 8-14-83

JUDITH N. WEISS, AS TRUSTEE OF THE ALEXANDER J. WEISS IRREVOCABLE TRUST U/A 10/12/06

JUDY C. WEBB, AS TRUSTEE OF CHANDLER TRUST NO. 1

JUDY C. WEBB, AS TRUSTEE OF CHANDLER TRUST NO. 2

JULIA K. ROSENWALD

JULIA NEITZERT TRUST

JULIO ARRIAGA

JUNG E. LEE

JUPITER CAPITAL PARTNERS LLC

JUPITER MEDICAL CENTER FOUNDATION PERMANENT ENDOWMENT GENERAL FUND

JUPITER MEDICAL CENTER FOUNDATION, AS ADMINISTRATOR OF THE JUPITER MEDICAL CENTER FOUNDATION PERMANENT ENDOWMENT GENERAL FUND

JYG LIMITED PARTNERSHIP #2 G-BAR

KAISER FOUNDATION HEALTH PLAN, INC.

KAISER FOUNDATION HEALTH PLANS AND HOSPITAL

KAISER PERMANENTE RABBI TRUST

KAMAN CORPORATION

KAMAN CORPORATION MAS TRUST-LSV

KAREN E. DALTON, AS TRUSTEE OF THE 10/03/2007 DALTON TRUST

KAREN HAMMOND, AS TRUSTEE OF THE HAMMOND FAMILY TRUST U/A/D 02/11/88

KARL PUTNAM

KATHERINE T. GOLDBERG

KATHLEEN A. MUMMA

KATHLEEN B. FLYNN, AS TRUSTEE OF DECLARATION OF BELL FAMILY TRUST MEADOWBROOK EQUITY FUND UA 12/1/86

KATHLEEN B. FLYNN, AS TRUSTEE OF DECLARATION OF BELL FAMILY TRUST UA 12/1/86

KATHLEEN GEARY, AS TRUSTEE OF THE JOHN J VITANOVEC TRUST U/A DTD 12/27/1996

KATHLEEN GEARY, AS TRUSTEE OF THE KATHLEEN GEARY TRUST U/A DTD 12/27/1996

KATHLEEN M. RINGEL

KATHLEEN MALONEY

KATHRYN VORISEK, AS A TRUSTEE OF FIDUCIARY MGT. ASSOC. LLC 401K FBO ROBERT WESLEY THORNBURGH

KATHY REX HUNDLEY

KATHY SPINATO

KAY WALSH, AS TRUSTEE OF #502 U/W/O MINNETTE R. ECKHOUSE TRUST

KBR EMPLOYEE BENEFIT MASTER TRUST

KEITH MATTHEWS

KELLOGG BROWN & ROOT, INC.

KELLOGG CAPITAL MARKETS LLC

KELLY KENNEY

KENNETH CAHN

KENNETH CAHN, AS TRUSTEE OF THE DOROTHY CAHN TRUST UA 07/03/1981

KENNETH E. NICHOLS

KENNETH J. VYDRA, AS A TRUSTEE OF THE KENNETH J. VYDRA TRUST NO. 101 U/A/D 03-10-2006

KENNETH R. POSNER

KENNETH WEISS

KEVIN D O'BRIEN TRUST DTD 8-18-03

KEVIN D. O'BRIEN, AS TRUSTEE OF THE KEVIN D O'BRIEN TRUST DTD 8-18-03

KEVIN D. O'BRIEN, AS TRUSTEE OF THE SARAH A O'BRIEN TRUST DTD 8-18-03

KEVIN L. RINGEL

KEVIN STONE

KEYBANK NATIONAL ASSOCIATION

KIENER LP

KIMBERLY BRUMBACK

KIMBERLY RIZZO

KIRSTEN KONRAD

KRYSTYNA JURZYKOWSKI

KURT ADLER ESTATE

L. MICHAEL SCHMITT

L.D.C.C.

L3 COMMUNICATIONS CORPORATION MASTER TRUST

LABORERS DISTRICT COUNCIL & CONTRACTORS PENSION FD OF OHIO

LABORERS NATIONAL PENSION FUND

LABRANCHE & CO. LLC

LABRANCHE STRUCTURED PRODUCTS LLC

LACERA

LAKONISHOK CORP

LANGDON STREET CAPITAL, L.P.

LARGE CAP EQUITY INDEX FUND

LARRY L. BLOOM, AS A TRUSTEE OF THE LARRY L. BLOOM TRUST 11-21-95

LARRY TOWNSEND

LASERS

LATIGO MASTER FUND LTD.

LATIGO PARTNERS LP

LAURALYN D. MATOS

LAUREN F. ABSLER

LAURIE H. POELKING

LAURIE H. WEAVER, AS TRUSTEE OF THE HELEN GROSSMAN TRUST DATED 09/08/99

LAURIE MITCHELL, AS TRUSTEE OF THE WOODS/MITCHELL FAMILY TRUST

LAWRENCE B. BUTTENWIESER, ESQ., AS TRUSTEE OF THE HELEN BUTTENWIESER TRUST 7/28/38

LAWRENCE H. BURKS

LAWRENCE SMITH

LEAVITT J. POPE ESTATE

LEE U. GILLESPIE REVOCABLE TRUST

LEGACY TRUST COMPANY, N.A., ACTING TRUSTEE OF THE ALFRED C. GLASSELL JR. CHILDREN'S TRUST FOR EMILY EVANS EMBREY

LEGENT CLEARING LLC ATTN: DAVID H. JARVIS

LEGG MASON BATTERYMARCH FINANCIAL MANAGEMENT S&P 500 INDEX FUND, A SERIES OF THE LEGG MASON PARTNERS EQUITY TRUST

LEGG MASON PARTNERS

LENOX HILL HOSPITAL

LEONARD F. HILL, AS TRUSTEE OF THE HILL REVOCABLE LIVING TRUST DTD 12/24/91

LEONOR BLUM

LEONOR BLUM, AS CUSTODIAN OF ALEX DAMIAN BLUM UGMA MD

LEONOR BLUM, AS CUSTODIAN OF ARI DANIEL BLUM UGMA MD

LEROY DAVIS, AS TRUSTEE OF THE JESSIE BALL DUPONT FUND

LESLIE PAYNE

LEWIN TRUST DATED 05/14/1997

LEWIS TAMAN

LFT PARTNERSHIP

LIBERTY FINANCIAL SERVICES, INC.

LIBERTY HARBOR MASTER FUND I, LP

LIBERTY MUTUAL LIFE INSURANCE COMPANY

LIDIA HORVATH

LIGHTNING TRADING LLC

LINDA AXELSON

LINDA EIGNER

LINDA MOLENDA

LINDA ROBIN CAHN

LINDSAY MCCUTCHEON, AS TRUSTEE OF THE JOHN T. MCCUTCHEON III TRUST U/A DTD 10/26/1987

LINNET F. MYERS

LISA A. SCHUSTER, AS EXECUTOR OF THE BEVERLY A. PERRY ESTATE

LISA G. HAAS

LISA M. FEATHERER

LISA M. FEATHERER TRUST U/A/D JUNE 12, 1992

LISA M. FEATHERER, AS TRUSTEE OF THE LISA M. FEATHERER TRUST U/A/D JUNE 12, 1992

LISA PRITZKER

LISPENARD STREET CREDIT FUND LP

LISPENARD STREET CREDIT MASTER FUND C/O CORPORATION SERVICE COMPANY

LISPENARD STREET CREDIT MASTER FUND LTD.

LLOYD FERGUSON

LMA SPC FOR AND ON BEHALF OF MAP I SEGREGATED PORTFOLIO

LOCAL 102 PENSION/NO TR VAL IM

LOCAL 134 S&P 500 INDEX FUND

LOCALS 302 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY RETIREMENT FUND

LOCALS 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY RETIREMENT FUND

LOCKHEED MARTIN CORPORATION

LOCKWOOD BROTHERS, INC.

LOEB ARBITRAGE B FUND LP

LOEB ARBITRAGE FUND

LOEB ARBITRAGE MANAGEMENT LP

LOEB OFFSHORE B FUND, LTD.

LOEB OFFSHORE FUND, LTD.

LOEB PARTNERS CORPORATION

LOEB, MICHAEL

LOIS D. KALIEBE, AS A TRUSTEE OF THE TRUST BY MRS. LOIS D. KALIEBE U/A DTD 03/05/1993

LOIS L. FLICK, AS TRUSTEE OF THE FLICK FAMILY REVOCABLE TRUST U/A/D 3/9/99 AS AMENDED & COMPLETELY RESTATED 11/11/04

LOISANNE R. FLAHERTY, AS TRUSTEE OF THE LOISANNE R. FLAHERTY TRUST U/A DTD 09/23/2004

LOLA LLOYD HORWITZ, AS TRUSTEE OF THE MARNI HORWITZ TRUST DATED JANUARY 22, 1998

LOLITA K. WAGNER, AS TRUSTEE OF THE LOLITA WAGNER LIVING TRUST U/A/D 10/07/88

LOMBARDI & CO., INC.

LONGVIEW MANAGEMENT GROUP LLC

LOOMIS SAYLES CREDIT ALPHA FUND

LORENA P. HUBER

LORETTA C. FINLAY, AS A TRUSTEE OF THE LORETTA C. FINLAY TRUST

LORI ANN TALARICO

LORI BANNER KUPFERBERG

LOS ANGELES CITY EMPLOYEES' RETIREMENT SYSTEM

LOU ANN MURPHY

LOUIS G. GILBERT

LOUISE ROSENBERG, AS TRUSTEE OF THE ROSENBERG REVOCABLE TRUST

LP MA1 LTD.

LPL FINANCIAL CORPORATION

LPL FINANCIAL LLC

LSV ASSET MANAGEMENT

LSV ENHANCED INDEX CORE EQUITY TRUST

LSV US LARGE CAP LONG/SHORT FUND LP

LSV VALUE EQUITY FUND

LUANNE G. JOYS, AS TRUSTEE OF THE SARGEANT & LUANN JOYS LIVING TRUST

LUCENT TECHNOLOGIES, INC. MASTER PENSION TRUST

LUCILE M. DUNN, AS TRUSTEE OF THE LUCILE MCVEY DUNN TRUST U/A DTD 12/19/91

LUIS E. LEWIN

LUTHERAN BROTHERHOOD

LYNDA M. FREEDMAN

LYNN ANN SHARPE, INDIVIDUALLY AND AS TRUSTEE OF THE ALPHEUS L. ELLIS 1993 GRANDCHILDREN'S TRUST FBO LYNN ANN SHARPE

LYNN R. WOLFSON TRUST

LYNN R. WOLFSON, AS TRUSTEE OF THE LYNN R. WOLFSON TRUST

LYNNE SHOTWELL, AS TRUSTEE OF THE ELMER H. WAVERING FAMILY TRUST DATED 06/24/1977 AS AMENDED

LYONDELL PETROCHEMICAL CORPORATION DEFINED BENEFIT

LYRA CAPITAL LLC

LYXOR ALPHADYNE, SPC (F/K/A LYXOR STARWAY, SPC F/K/A SGAM AI STARWAY, SPC)

LYXOR/BLACK DIAMOND ARBITRAGE FUND LIMITED

LYXOR/CANYON VALUE REALIZATION FUND LIMITED

M&J INVESTMENT GROUP L.P.

M&T BANK (F/K/A MANUFACTURERS & TRADERS TRUST CO.)

M&T BANK VISION MID CAP STOCK FUND

M&T BANK, AS TRUSTEE OF THE W. MILTON JR. TRUST UNDER WILL FOR THE BENEFIT OF ANNA LIVINGSTONE

M. B. MARSHALL T/U/D

M. JOYCE AS TRUSTEE OF THE SARA JOYCE TRUST U/A DTD 12/7/2005

M. SAFRA & CO., INC.

M.L. STERN & CO., LLC THE CORPORATION TRUST COMPANY

MADISON PROPRIETARY TRADING GROUP LLC

MADISON SQUARE INVESTORS LARGE-CAP ENHANCED INDEX COLLECTIVE FUND F/K/A NYLIM LARGE-CAP ENHANCED INDEX COLLECTIVE FUND

MADISON SQUARE INVESTORS US LARGE-CAP CORE 130/30 COLLECTIVE FUND F/K/A NYLIM US LARGE-CAP CORE 130/30 COLLECTIVE FUND

MADISON SQUARE LARGE-CAP ENHANCED INDEX FUND LP (F/K/A NYLIM LARGE-CAP ENHANCED INDEX FUND LP A/K/A NYLIM-QS LARGE CAP ENHANCED FUND LP)

MADISON STREET FUND LP

MAGNETAR CAPITAL LLC

MAGNETAR FINANCIAL LLC

MAINSTAY VP FUNDS TRUST (F/K/A MAINSTAY VP SERIES FUND, INC.), AS ISSUER OF A SERIES KNOWN AS MAINSTAY VP COMMON STOCK PORTFOLIO

MAINSTAY VP FUNDS TRUST (F/K/A MAINSTAY VP SERIES FUND, INC.), AS ISSUER OF A SERIES KNOWN AS MAINSTAY VP MID CAP CORE PORTFOLIO

MAINSTAY VP FUNDS TRUST (F/K/A MAINSTAY VP SERIES FUND, INC.), AS ISSUER OF A SERIES KNOWN AS MAINSTAY VP S&P 500 INDEX PORTFOLIO

MALCOLM MCCONNELL

MANUFACTURERS AND TRADERS TRUST COMPANY

MANULIFE ASSET MANAGEMENT (US) LLC

MANULIFE INVST EX FDS CORP.-MIX

MANULIFE MUTUAL FUNDS

MANULIFE U.S. EQUITY FUND

MANVILLE PERSONAL INJURY SETTLEMENT TRUST

MAPLE PARTNERS AMERICA, INC.

MARCIA GRENESKO

MARCIA L. AGEMA

MARCIA TINGLEY

MARGARET DURKIN

MARGARET K. CRANE

MARGARET L. SINDELAR

MARGARET MEISTER

MARGARET MEISTER AND JOHN DOE MEISTER, A WASHINGTON MARITAL COMMUNITY

MARGARET S. RITCH

MARGARET T.M. JONES CP & CO. AC

MARGARET U. MILLER, AS TRUSTEE OF THE MILLER FAMILY TRUST

MARGUERITE PAYNE TRUST DATED 6/7/61 FBO VIRGINIA K. TOWNLEY

MARIA MARKOWITZ

MARIAN OTIS CHANDLER TRUST NO. 2

MARILYN M. MATHESON, AS TRUSTEE OF THE FAULKNER FAMILY TRUST UA DTD 8/29/1989

MARILYN N. FETHEROLF, AS TRUSTEE OF THE FETHEROLF FAMILY TRUST

MARILYN R. DIAMOND TRUST DATED 11-11-88

MARILYN RAPKIN

MARIO J. GABELLI

MARISSA RUDMAN

MARJORIE B. DAVID, AS AN INDIVIDUAL AND AS A CGM IRA ROLLOVER CUSTODIAN

MARJORIE ROZMAN AS TRUSTEE OF THE TRUST U/A DATED 10/08/82 BY ALIZA LEAH ROZMAN

MARJORIE ROZMAN, AS TRUSTEE OF THE RAPPAPORT FAMILY TRUST U/A DTD 06/04/1992

MARJORIE ROZMAN, AS TRUSTEE OF THE TRUST U/A DTD 02/23/1981 BY MICHAEL ROSENBERG

MARJORIE ROZMAN, AS TRUSTEE OF THE TRUST U/A DTD 11/02/1977 BY ROBERT ROSENBERG

MARK A. HUGHES

MARK ALLEN ITKIN, AS TRUSTEE OF THE MARK A. ITKIN TRUST

MARK C. LANDRY

MARK DOMAS

MARK HIANIK

MARK I. SEIDEN

MARK J. METZNER, AS A CUSTODIAN OF THE METZNER FAMILY FOUNDATION 1M-579

MARK PETTIJOHN

MARK R. PATTIS, AS TRUSTEE OF THE MARK R. PATTIS REVOCABLE TRUST

MARK S. LIES

MARK STRANAHAN

MARK W. MADIGAN

MARKET STREET SECURITIES

MARLOWE G. MERKEL, AS TRUSTEE OF THE ALFRED W. MERKEL MARLOWE G. MERKEL TRUST UA 11 SEP 85

MARNI HORWITZ TRUST DATED JANUARY 22, 1998

MARNI NORRIS LLOYD HORWITZ, AS TRUSTEE OF THE MARNI HORWITZ TRUST DATED JANUARY 22, 1998

MARSHALL & ILSLEY TRUST CO.

MARTHA A. BELL, AS TRUSTEE OF DECLARATION OF BELL FAMILY TRUST UA 12/1/86

MARTHA BELL, AS TRUSTEE OF DECLARATION OF BELL FAMILY TRUST MEADOWBROOK EQUITY FUND UA 12/1/86

MARTHA D. DONAHUE

MARTHA P. POPE

MARTHA P. POPE, AS EXECUTRIX FOR THE ESTATE OF LEAVITT J. POPE

MARY ANNE VYDRA, AS A TRUSTEE OF THE TRUST FOR THE BENEFIT OF MARY ANNE VYDRA U/A/D 03-10-2006

MARY B. SCHWAB, AS TRUSTEE OF THE SCHWAB TRUST A CHARITABLE U/A DTD 05/23/1995

MARY E. DAY

MARY F. BROWN

MARY H. COOPER

MARY HUNTLEY, AS TRUSTEE OF THE JESSIE BALL DUPONT FUND

MARY J. BLOOM, AS A TRUSTEE OF THE MARY J BLOOM TRUST 11-21-95

MARY JANE F. MOELLER TRUST U/A/D 8/7/2006

MARY JANE F. MOELLER, AS TRUSTEE OF THE MARY JANE F. MOELLER TRUST U/A/D 8/7/2006

MARY JO OSTERMAN, INDIVIDUALLY AND AS TRUSTEE OF THE TRUST BY MARY JO OSTERMAN U/A/D 04/04/91 FBO MARY JO OSTERMAN

MARY K. LAWLER, AS A TRUSTEE OF THE TRUST BY MARY K. LAWLER U/A DTD 06/18/1996

MARY K. MONOPOLI

MARY KATHLEEN MCNULTY, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WAYNE F. MCNULTY

MARY LOU RICOTTA

MARY NEVILLE HANKEY

MARY O. NAFTZGER

MARY PHILLIPS, AS TRUSTEE OF THE JESSIE BALL DUPONT FUND

MARY ROSENTHAL, AS TRUSTEE OF THE MARY OWEN ROSENTHAL TRUST U/A DTD OCTOBER 19, 1999

MARY ROTHERMEL

MARY SHAW MCCUTCHEON, AS TRUSTEE OF THE MARY SHAW MCCUTCHEON TRUST U/A DTD 10/26/1987

MARY SUE GATZERT TRUST DATED 9-29-95

MASONIC FAMILY HEALTH FOUNDATION

MASSMUTUAL PREMIER ENHANCED INDEX VALUE FUND

MASSMUTUAL PREMIER FUNDS

MASSMUTUAL PREMIER MAIN STREET SMALL/MID CAP FUND

MASSMUTUAL PREMIER SMALL COMPANY OPPORTUNITIES FUND

MASSMUTUAL SELECT DIVERSIFIED VALUE FUND

MASSMUTUAL SELECT FUNDS

MASSMUTUAL SELECT INDEXED EQUITY FUND

MASTER INVESTMENT PORTFOLIO (S&P 500 STOCK MASTER PORTFOLIO)

MASTER TRUST BANK OF JAPAN LTD.

MATHODAM RANJIT

MATTHEW BENDER IV

MATTHEW HALBOWER

MATTHEW V. LEWIS, AS TRUSTEE OF THE ANNE MCCUTCHEON LEWIS TRUST U/A DTD 10/26/1987

MAX S BELL AND JEAN F BELL

MAX S. BELL

MAXIM FOREIGN EQUITY PORTFOLIO

MAXIM SERIES FUND INC.

MAXINE MARSHALL, AS TRUSTEE OF J & M MARSHALL T/U/D

MAXINE MARSHALL, AS TRUSTEE OF M. B. MARSHALL T/U/D

MAY C. GOODAN TRUST NO. 2

MB FINANCIAL BANK, NATIONAL ASSOCIATION

MC INVESTMENT PARTNERS LLC

MCCONNELL FOUNDATION

MCGILL UNIVERSITY PENSIONER FUND

MEDISEND INTERNATIONAL

MEISTER, MARGARET

MEL L. SHULTZ

MELANIE M. MARTIN

MELISSA MONSON

MELLON BANK N.A. EMPLOYEE BENEFIT PLAN

MELLON BANK N.A. EMPLOYEES BENEFIT COLLECTIVE INVESTMENT PLAN

MELLON CAPITAL MANAGEMENT CORPORATION

MELLON TRUST OF NEW ENGLAND, NATIONAL ASSOCIATION ATTN: GENERAL COUNSEL

MER ROUGE PROPERTIES LLC - SERIES A

MERCER FUNDS F/K/A MGI FUNDS (MGI US SMALL/MID CAP VALUE EQUITY FUND)

MERCER GLOBAL INVESTMENTS, INC.

MERGERS INVTMT TRD A/C LONG ATTN WILL YELSITS RISK ARBITRAGE

MERRILL LYNCH & CO., INC.

MERRILL LYNCH CAPITAL CORPORATION

MERRILL LYNCH FINANCIAL MARKETS, INC.

MERRILL LYNCH PIERCE FENNER & SMITH, AS CUSTODIAN OF THE JAMES MATEJA IRA

MERRILL LYNCH TRUST COMPANY, A DIVISION OF BANK OF AMERICA, N.A.

MERRILL LYNCH TRUST COMPANY, TRUSTEE OF MINE SCRIBANTE CRUT SANIBEL CAPTIVA

MERRILL LYNCH, IN ITS INDIVIDUAL AND CUSTODIAL CAPACITIES

MERRILL LYNCH, PIERCE, FENNER & SMITH INC., AS CUSTODIAN OF THE ANNE S. SCHEIERMANN IRA

MERRILL LYNCH, PIERCE, FENNER & SMITH INC., AS CUSTODIAN OF THE CHARLES R. BAUGH IRA

MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED AS SUCCESSOR TO BANC OF AMERICA SECURITIES LLC

MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, AS CUSTODIAN OF THE ALEXANDER SOLON IRRA FBO ALEXANDER SOLON

MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, CUSTODIAN, AND CLAUDIA F GASPARINI, BENEFICIARY, CLAUDIA F GASPARINI IRA

MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, CUSTODIAN, AND DAVID H. JACOBY, BENEFICIARY, DAVID H. JACOBY IRRA

MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, CUSTODIAN, AND JOSEPH LEONARD, BENEFICIARY, JOSEPH LEONARD IRA

MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, CUSTODIAN, AND MILAN E. CHILLA, BENEFICIARY, MILAN E. CHILLA IRA

MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, CUSTODIAN, AND RICHARD MOY, BENEFICIARY, RICHARD MOY IRA

MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, CUSTODIAN, AND ROBERT D. SPARR, BENEFICIARY, ROBERT D. SPARR IRRA

MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, IN ITS INDIVIDUAL AND CUSTODIAL CAPACITIES [INCL. MERRILL LYNCH PROFESSIONAL CLEARING CORP.]

MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, TRUSTEE, AND STEPHEN E QUAST, BENEFICIARY, STEPHEN E QUAST IRA 12/31/1995

MESIROW FINANCIAL, INC.

METROPOLITAN LIFE INSURANCE COMPANY

METROPOLITAN STOCK INDEX FUND

METZNER FAMILY FOUNDATION 1M-579

MIAMI CORPORATION

MICAH FIERSTEIN

MICHAEL A. SILVER

MICHAEL ARGIRION, AS TRUSTEE OF THE MICHAEL ARGIRION REVOCABLE TRUST U/A DTD 11/13/96

MICHAEL C. DONAHUE

MICHAEL D. SCHWAIGER, AS CUSTODIAN OF THE BATL PN-NTRS S&P

MICHAEL E. BEE, AS TRUSTEE OF THE MICHAEL E. BEE TRUST UAD 10/20/2003

MICHAEL EIGNER

MICHAEL G. MURPHY

MICHAEL GRAFF, AS TRUSTEE OF THE GRAFF VALUE & FITTINGS COMPANY EMPLOYEES PROFIT SHARING PLAN & TRUST 2 UAD 6/30/85

MICHAEL J. LICCAR & CO.

MICHAEL K. REILLY, AS TRUSTEE OF THE MICHAEL K. REILLY TRUST U/A DTD 09/25/1995

MICHAEL KEISER

MICHAEL KEISER, AS TRUSTEE OF THE MICHAEL & ROSALIND KEISER CHARITABLE TRUST U/A DTD 12/30/90

MICHAEL LICCAR

MICHAEL LOEB

MICHAEL PLONSKI

MICHAEL R. QUINLAN, AS A TRUSTEE OF THE TRUST BY MICHAEL R. QUINLAN U/A DTD 09/04/1979

MICHAEL W. DUNAWAY, AS A TRUSTEE OF THE FBO DUNAWAY FAMILY TRUST U/A/D 07-05-1991

MID ATLANTIC CAPITAL CORP.

MID-ATLANTIC REGIONAL COUNCIL OF CARPENTERS PENSION PLAN

MILES D. WHITE

MILES D. WHITE 1994 TRUST DATED 08/24/1994

MILIKEN STOCK FUND (7R)

MILL SHARES HOLDINGS (BERMUDA) LTD.

MILLENCO LLC

MILTON PARTNERS LLC

MINNESOTA LIFE INSURANCE COMPANY

MINNESOTA STATE BOARD OF INVESTMENT

MIRIAM A. PAWEL

MIRIAM NOVICK, AS TRUSTEE OF THE NATHAN H. PERLMAN TRUST B DTD 12/17/68

MIRIAM SUSAN ZACH

MITCHELL WOLFSON, SR. FOUNDATION

MITSUBISHI UFJ ASSET MANAGEMENT LTD.

MITSUBISHI UFJ ASSET MGMT #XX8364 (THROUGH MASTER TRUST BANK OF JAPAN) C/O BANK OF TOKYO-MITSUBISHI UFJ TRUST COMPANY

MIZUHO TRUST & BANKING CO. (USA)

ML EQUITY INDEX TRUST

ML INDEX 500 V.I. FUND

ML LARGE CAPITALIZATION IN

MLC INVESTMENTS LTD.

MML BLEND FUND

MML EQUITY INCOME FUND

MML SERIES INVESTMENT FUND

MML SERIES INVESTMENT FUND II

MOC CHANDLER TRUST NO. 1

MONICA K. HINMAN

MONSERRATE RAMIREZ

MONTPELIER REINSURANCE LTD

MONUMENTAL LIFE INSURANCE COMPANY

MONUMENTAL LIFE INSURANCE COMPANY F/K/A PEOPLES BENEFIT LIFE INSURANCE COMPANY

MONUMENTAL LIFE INSURANCE COMPANY, AS OWNER OF TEAMSTERS SEPARATE ACCOUNT

MORGAN STANLEY & CO. INTERNATIONAL PLC F/K/A MORGAN STANLEY & CO. INTERNATIONAL LIMITED

MORGAN STANLEY & CO. LLC F/K/A MORGAN STANLEY & CO. INC., IN ITS INDIVIDUAL AND CUSTODIAL CAPACITIES

MORGAN STANLEY & CO., INC. [LLC] AS CUSTODIAN FOR CAXTON ASSOCIATES LLC [N/K/A CAXTON ASSOCIATES, LP]

MORGAN STANLEY & CO., INC. [LLC] AS CUSTODIAN FOR TRIBECA INVESTMENTS LLC

MORGAN STANLEY D/B/A MORGAN STANLEY PRIME BROKERAGE, IN ITS CUSTODIAL CAPACITY

MORGAN STANLEY EQUALLY-WEIGHTED S&P 500 FUND F/K/A MORGAN STANLEY VALUE ADDED MARKET SERIES

MORGAN STANLEY S&P 500 INDEX FUND

MORGAN STANLEY SELECT DIMENSIONS INVESTMENT SERIES

MORGAN STANLEY SMITH BARNEY LLC

MORGAN, KEEGAN & COMPANY, INC.

MOUNT ARARAT CEMETERY, INC.

MS SELECT-VALUE ADDED MARKET C/O SARA FURBER MORGAN STANLEY INVESTMENT ADVISORS, INC.

MTB MID CAP STOCK FUND

MUBASHIR, BASHAR A, INDIVIDUALLY AND AS BENEFICIARY, BASHAR A MUBASHIR IRA ROLLOVER

MULTI-STRATEGY GREENOCK MASTER FUND LTD.

MURIEL HYMAN

MURIEL W. LEWIS TRUST

MUSEUM OF FINE ARTS

MUTUAL OF AMERICA INVESTMENT CORP.

MYRA SHULKES, AS TRUSTEE OF THE HOWARD SHULKES RESIDUARY CREDIT TRUST U/A DTD 09/20/1991

MYRNA RAMIREZ

MYRON L. HENDRIX

NANCY D. RAMAGE

NANCY FAY JOHNSON

NANCY FEIGENBAUM

NANCY G. LEZETTE ESTATE

NANCY KALLENBERGER

NANCY L. MAC DONALD, AS TRUSTEE OF THE WILLIAM D. MAC DONALD & NANCY L. MAC DONALD TRUST UA 7 21

NANCY LOBDELL, AS TRUSTEE OF THE ROBERT C & NANCY LOBDELL FAMILY TRUST UA 08/20/96

NANCY R. SPIEGEL REV TRUST UAD 10/14/89

NANCY TROHAN DOLLAR

NANETTE ROSENBERG AS TRUSTEE OF THE TRUST U/A DATED 10/08/82 BY ALIZA LEAH ROZMAN

NANETTE ROSENBERG, AS TRUSTEE OF THE RAPPAPORT FAMILY TRUST U/A DTD 06/04/1992

NANETTE ROSENBERG, AS TRUSTEE OF THE TRUST U/A DTD 02/23/1981 BY MICHAEL ROSENBERG

NANETTE ROSENBERG, AS TRUSTEE OF THE TRUST U/A DTD 11/02/1977 BY ROBERT ROSENBERG

NATIONAL ASBESTOS WORKERS PENSION FUND

NATIONAL AUTOMATIC SPRINKLER INDUSTRY PENSION FUND

NATIONAL FINANCIAL SERVICES LLC

NATIONAL FINANCIAL SERVICES LLC/FIDELITY MANAGEMENT TRUST CO IRA FBO MARILYN R MILLER

NATIONAL FINANCIAL SERVICES LLC/FIDELITY MANAGEMENT TRUST CO IRA FBO RAYMOND E JANCZAK

NATIONAL FINANCIAL SERVICES LLC/FIDELITY MANAGEMENT TRUST CO IRA FBO STEPHEN R MILLER

NATIONAL FINANCIAL SERVICES LLC/FIDELITY MANAGEMENT TRUST COMPANY, CUSTODIAN, AND MARLENE F SLADE, BENEFICIARY, MARLENE F SLADE ROLLOVER IRA

NATIONAL GEOGRAPHIC SOCIETY

NATIONAL RAILROAD RETIREMENT INVESTMENT TRUST

NATIONAL ROOFING INDUSTRY PENSION FUND

NATIONWIDE FUNDS

NATIONWIDE S&P 500 INDEX FUND

NATIXIS FINANCIAL PRODUCTS LLC F/K/A NATIXIS FINANCIAL PRODUCTS INC.

NATIXIS SECURITIES AMERICAS LLC (SUCCESSOR-IN-INTEREST TO NATIXIS BLEICHROEDER LLC)

NATIXIS SECURITIES NORTH AMERICA INC.

NEAL CREIGHTON

NECA-IBEW PENSION TRUST FUND

NECKAR HOLDINGS LLC

NEDRA PLONSKI

NEIL J. ROWE

NEISSER INVESTMENT LP

NEUBERGER BERMAN LLC

NEUBERGER BERMAN, INC.

NEW AMERICANS LLC

NEW EAGLE HOLDINGS LLC

NEW ENGLAND HEALTH CARE EMPLOYEES PENSION FUND

NEW JERSEY HEALTH FOUNDATION

NEW JERSEY TRANSIT - MTA ALLOCATION

NEW YORK CITY DEFERRED COMPENSATION PLAN

NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND

NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS WELFARE FUND

NEW YORK CITY EMPLOYEES RETIREMENT SYSTEM

NEW YORK CITY FIRE PENSION FUND

NEW YORK CITY FIREFIGHTERS' VARIABLE SUPPLEMENTS FUND

NEW YORK CITY POLICE OFFICERS' VARIABLE SUPPLEMENTS FUND

NEW YORK CITY POLICE PENSION FUND

NEW YORK LIFE INSURANCE CO.

NEW YORK STATE INSURANCE FUND

NEW YORK STATE TEACHERS' RETIREMENT SYSTEM

NEWEDGE USA LLC

NEXT CHAPTER HOLDINGS LP

NICHOLAS G. CHANTILES

NICHOLAS H. WERTHMAN

NICHOLAS HALLACK

NINTH STREET PARTNERS LTD.

NOMURA INTERNATIONAL TRUST CO.

NOMURA SECURITIES INTERNATIONAL, INC.

NONDIMA CHICAGO COMM FOUNDATION - FITZSIMONS

NORA E. MORGENSTERN

NORMA B. WEBB

NORMA JEAN AUTRY

NORMANDY HILL MASTER FUND LP

NORTH SHORE BANK OF COMMERCE

NORTHERN ASSURANCE CO. OF AMERICA

NORTHERN FUNDS

NORTHERN FUNDS - ENHANCED LARGE CAP FUND

NORTHERN FUNDS - LARGE CAP VALUE FUND

NORTHERN INSTITUTIONAL FUND EQUITY INDEX PORTFOLIO

NORTHERN INSTITUTIONAL FUNDS

NORTHERN MULTI-MANAGER MID CAP FUND

NORTHERN STATES POWER COMPANY-MINNESOTA

NORTHERN STOCK INDEX FUND

NORTHERN TRUST CC AFGT

NORTHERN TRUST CC EBT

NORTHERN TRUST COMPANY, AS CUSTODIAN OF JON R. LIND IRA ROLLOVER

NORTHERN TRUST ENHANCED LARGE CAP FUND

NORTHERN TRUST GLOBAL ADVISORS, INC.

NORTHERN TRUST GLOBAL INVESTMENT

NORTHERN TRUST INVESTMENTS, INC. (F/K/A NORTHERN TRUST INVESTMENTS, N.A.)

NORTHERN TRUST LARGE CAP VALUE FUND

NORTHERN TRUST VALUE INVESTORS, A DIVISION OF NORTHERN TRUST INVESTMENTS, INC. (F/K/A NORTHERN TRUST INVESTMENTS, N.A.)

NORTHSHORE UNIVERSITY HEALTH SYSTEM, AS OWNER OF THE NORTHSHORE UNIVERSITY HEALTHSYSTEM SECOND CENTURY FUND

NORTHSHORE UNIVERSITY HEALTHSYSTEM SECOND CENTURY FUND

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY

NORTHWESTERN MUTUAL SERIES FUND INC. EQUITY INCOME PORTFOLIO, JOHN DOE, AS OWNER OF THE

NORTHWESTERN MUTUAL SERIES FUND INC. INDEX 500 PORTFOLIO, JOHN DOE, AS OWNER OF THE

NORTHWESTERN MUTUAL SERIES FUND INC. SMALL CAP VALUE PORTFOLIO, JOHN DOE, AS OWNER OF THE

NORTHWESTERN MUTUAL SERIES FUND, INC.

NT COLLECTIVE RUSSELL 1000 VALUE INDEX FUND - LENDING

NT COLLECTIVE S&P 500 INDEX FUND LENDING

NT COLLECTIVE S&P 500 INDEX FUND NON LENDING

NT COLLECTIVE US MARKETCAP EQUITY INDEX FUND - LENDING

NTCC ADVISORS FUNDS FOR EMPLOYEE BENEFIT TRUST

NTCC CHANNING MID CAP VALUE AFEBT

NTCC CHANNING MID CAP VALUE SUDAN FREE FUND AFEBT

NTCC LSV MID CAP VALUE FUND AFGT

NTGI-QM COLLECTIVE DAILY QUANT INDEX PLUS S&P500 EQUITY FUND - LENDING

NTGI-QM COLLECTIVE DAILY S&P500 CITIGROUP/VALUE EQUITY INDEX, FUND - LENDING

NTGI-QM COLLECTIVE DAILY S&P500 SPECIAL PURPOSE EQUITY INDEX FUND - LENDING

NTGI-QM COLLECTIVE DAILY US MARKETCAP EQUITY SPECIAL PURPOSE INDEX FUND - LENDING

NTGI-QM COMMON DAILY LABOR SELECT RUSSELL 3000 EQUITY INDEX FUND - LENDING

NTGI-QM COMMON DAILY RUSSELL 1000 VALUE EQUITY INDEX FUND - LENDING

NTGI-QM COMMON DAILY S&P 500 EQUITY INDEX FUND - LENDING

NTGI-QM COMMON DAILY S&P500 EQUITY INDEX FUND - NON LENDING

NTGI-QM COMMON DAILY US MARKETCAP EQUITY INDEX FUND - LENDING

NTGI-QM LABOR SELECT COLLECTIVE DAILY RUSSELL 3000 EQUITY INDEX FUND - LENDING

NUCLEAR ELECTRIC INSURANCE LIMITED

NUVEEN EQUITY INDEX FUND

NUVEEN EQUITY INDEX FUND (F/K/A FIRST AMERICAN EQUITY INDEX FUND)

NUVEEN INVESTMENT FUNDS, INC.

NUVEEN INVESTMENTS LLC

NVIT S&P 500 INDEX FUND

NYC EMPLOYEES RETIREMENT SYSTEM

OAKMONT MANAGEMENT

ODDO & CIE AS SUCCESSOR TO BANQUE D'ORSAY

OFELIA R PECARO, AS TRUSTEE OF THE PECARO FAMILY TRUST DTD 4/12/02

OFI PRIVATE INVESTMENTS, INC.

OFIPI MAIN STREET SELECT STRATEGY

OHIO CARPENTERS' PENSION FUND

OHIO NATIONAL FINANCIAL SERVICES

OHIO NATIONAL FUND, INC.

OHIO NATIONAL STRATEGIC VALUE PORTFOLIO

OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM

OHLSON ENTERPRISES

OLIFANT FUND LTD.

OLIVER MCCUTCHEON LEWIS, AS TRUSTEE OF THE ANNE MCCUTCHEON LEWIS TRUST U/A DTD 10/26/1987

OLIVIA JEAN WILLIAMS, INDIVIDUALLY AND AS BENEFICIARY OF OLIVIA JEAN WILLIAMS IRA ROLLOVER AND OLIVIA JEAN WILLIAMS IRA ROLLOVER DTD 12/19/97

OMAR F. JOHNSON JR.

OMERS PENSION FUND

OMERS/AACP INVESTORS II, L.P.

OMIMEX INVESTMENTS LLC

ONEBEACON AMERICA INSURANCE CO.

ONEBEACON INSURANCE COMPANY

ONEBEACON INSURANCE COMPANY, AS ADMINISTRATOR OF ONEBEACON INSURANCE PENSION PLAN

ONEBEACON INSURANCE PENSION PLAN

ONEBEACON INSURANCE SAVINGS PLAN

ONEBEACON INSURANCE SAVINGS PLAN - EQUITY 401K, JOHN DOE, AS ADMINISTRATOR OF

ONEBEACON INSURANCE SAVINGS PLAN - FULLY MANAGED, JOHN DOE, AS ADMINISTRATOR OF

ONEBEACON INSURANCE SAVINGS PLAN, JOHN DOE, AS ADMINISTRATOR OF

OPPENHEIMER & CO., INC.

OPPENHEIMER MAIN STREET SELECT FUND (F/K/A OPPENHEIMER MAIN STREET OPPORTUNITY FUND)

OPPENHEIMER MAIN STREET SMALL- & MID-CAP FUND (F/K/A OPPENHEIMER MAIN STREET SMALL CAP FUND)

OPPENHEIMER VARIABLE ACCOUNT FUNDS (D/B/A OPPENHEIMER MAIN STREET SMALL- & MID-CAP FUND/VA, F/K/A OPPENHEIMER MAIN STREET SMALL CAP FUND/VA)

OPPENHEIMERFUNDS, INC.

OPPORTUNITY PARTNERS LP

OPTION OPPORTUNITIES COMPANY

OPTIONSXPRESS, INC.

OPUS TRADING FUND LLC

O'SHAUGHNESSY

P. CHAMBERLAIN, AS TRUSTEE OF THE ELIZABETH G. CHAMBERLAIN TRUST U/A DTD 04/25/1979

PACIFIC SELECT FUND

PACTIV CORPORATION

PALISADES PARTNERS LP

PAM LINDBERG

PANDORA SELECT PARTNERS LP

PAPER PRODUCTS, MISCELLANEOUS CHAUFFEURS, WAREHOUSEMEN, HELPERS, MESSENGERS, PRODUCTION AND OFFICE WORKERS LOCAL 27 PENSION FUND

PARIS TRADING

PATRICIA CROWE WARREN RESIDUARY TRUST NO. 2 UAD 06/26/35

PATRICIA GOLDENBERG

PATRICIA H. YEOMANS, AS TRUSTEE OF THE YEOMANS FAMILY TRUST U/A 2/22/92

PATRICIA I. WALSH

PATRICIA J. FENDLEY, AS A TRUSTEE OF THE JOHN P. FENDLEY TRUST U/A DTD 11/27/1995

PATRICIA K. STINEHART, AS TRUSTEE OF STINEHART LIVING TRUST UA DTD 05/19/89

PATRICIA KASZTON, AS TRUSTEE OF THE KASZTON FAMILY TRUST UAD 10/23/97

PATRICIA L. PIERCE

PATRICIA L. PIERCE, AS TRUSTEE OF THE O.C. SMITH & P.L. PIERCE JOINT REVOCABLE LIVING TRUST DTD 7/18/2005

PATRICIA STERN ROSS, AS TRUSTEE OF THE RUSSELL T. STERN TRUST B

PATRICK J. MCGLINN

PAUL C. KONRAD

PAUL D. GODDARD

PAUL M. MAHONEY, AS A TRUSTEE OF THE IRIS B. MAHONEY REVOCABLE TRUST U/A/D 04/10/98

PAUL M. MAHONEY, AS TRUSTEE OF THE TRUST FOR THE BENEFIT OF PAUL P. MAHONEY DTD 12/28/1978

PAUL PAI

PAUL R. GERKEN

PAUL THEODORE HAMMOND, AS TRUSTEE OF THE HAMMOND FAMILY TRUST U/A/D 02/11/88

PAUL W. DILLON GRANDCHILDREN'S TRUST DATED 12/6/41 FBO PAUL D. GODDARD

PAULA MILLER TRIENENS TRUST DATED 9-18-91

PAULA SOLON

PAVERS AND ROAD BUILDERS DISTRICT COUNCIL PENSION FUND, BY AND THROUGH ITS BOARD OF TRUSTEES

PCRG (FUND I, LLC) DCG SERVICES, INC.

PCRG (FUND II, LLC) DCG SERVICES, INC.

PCRG (FUND III, LLC) DCG SERVICES, INC.

PCRG, INC.

PEAK6 PERFORMANCE MANAGEMENT LLC

PEKALA, GARY E

PENNSYLVANIA GENERAL INSURANCE CO.

PENNSYLVANIA MUNICIPAL RETIREMENT SYSTEM

PENSION ADMINISTRATION COMMITTEE OF MCGILL UNIVERSITY PENSIONER FUND, AS ADMINISTRATOR OF THE MCGILL UNIVERSITY PENSIONER FUND

PENSION BENEFIT GUARANTY CORPORATION, AS TRUSTEE OF THE HARTMARX RETIREMENT INCOME PLAN

PENSION FUND ASSOCIATION FOR LOCAL GOVERNMENT OFFICIALS

PENSION FUND OF THE CHRISTIAN CHURCH (DISCIPLES OF CHRIST), INC.

PENSION RESERVES INVESTMENT MANAGEMENT BOARD

PENSION RESERVES INVESTMENT MANAGEMENT BOARD, AS TRUSTEE OF PENSION RESERVES INVESTMENT TRUST FUND

PENSION RESERVES INVESTMENT TRUST FUND

PENSION TRUST FUND LOCAL UNION #27

PENSON FINANCIAL FUTURES, INC.

PENSON FINANCIAL SERVICES CENTURION 115179192

PENSON FINANCIAL SERVICES CENTURION 115180082

PENSON FINANCIAL SERVICES CRAWFORD

PENSON FINANCIAL SERVICES MUSHIN TRA

PENSON FINANCIAL SERVICES OPUS BBX

PENSON FINANCIAL SERVICES SANO INVES

PENSON FINANCIAL SERVICES SPECTRUM T

PENSON FINANCIAL SERVICES TRACK DATA

PENSON FINANCIAL SERVICES, INC.

PENTWATER CREDIT PARTNERS FUND LTD.

PEPPERDINE UNIVERSITY

PEQUOT CAPITAL MANAGEMENT, INC. [PEQUOT DIVERSIFIED MASTER FUND, LTD.]

PEQUOT CREDIT OPPORTUNITIES FUND, L.P.

PERCEVAL INVESTMENT PARTNERS-P LP

PERRY CAPITAL L.L.C. CORPORATION SERVICE COMPANY

PERRY CORP.

PERRY PARTNERS L.P.

PERSHING LLC

PERSHING LLC, AS CUSTODIAN OF THE CECIL C. SMITH IRA

PERSHING LLC, AS CUSTODIAN OF THE DANIEL S JURSA IRA ROLLOVER

PERSHING LLC, AS CUSTODIAN OF THE ROBERT FARRINGTON IRA ROLLOVER

PERSHING LLC, AS CUSTODIAN OF THE SHERWIN A. ZUCKERMAN IRA

PETER A. NIELSEN

PETER A. YOUNG

PETER G. LAGEN

PETER J. FERNALD, AS TRUSTEE OF THE PETER J. FERNALD TRUST U/A 1/13/92

PETER PERUGINI

PETER R. BRINCKERHOFF, AS TRUSTEE OF THE PANDION II CHARITABLE REMAINDER UNI TRUST U/A DTD 12-22-2005

PETER R. MARINO

PETER RIZZO

PETER W. KING

PFPC, INC.

PG&E POSTRETIREMENT MEDICAL PLAN TRUST

PG&E QUAL CPUC NDT PARTNERSHIP

PHILIP B DOHERTY, AS A TRUSTEE OF THE TRUST BY PHILIP B. DOHERTY U/A DTD 04/28/2000

PHILIP B. CHASE REVOCABLE TRUST DATED 07/28/94

PHILIP CHANDLER RESIDUARY TRUST NO. 2 UAD 06/26/35

PHILIP GRAFF, AS TRUSTEE OF THE GRAFF VALVE & FITTINGS COMPANY EMPLOYEES PROFIT SHARING PLAN & TRUST 2 UAD 6/30/85

PHILIP S. BABBCOCK AND JANE DOE BABCOCK, A WASHINGTON MARITAL COMMUNITY

PHOEBE P. BENDER

PHOENISX INC ARIEL/PHNX

PHONOVISUAL PRODUCTS INC.

PINNACLE HEALTH SYSTEM BOARD DESIGNATED

PINNACLE HEALTH SYSTEM PENSION PLAN

PINNACLE HEALTH SYSTEM, AS ADMINISTRATOR OF THE PINNACLE HEALTH SYSTEM PENSION PLAN

PIPEFITTERS LOCAL 274 PENSION

PLEIADES INVESTMENT PARTNERS G LP

PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND

PLUMBERS AND PIPEFITTERS LOCAL 501 (F/K/A PLUMBERS AND PIPEFITTERS LOCAL 507)

PLUMBERS LOCAL UNION NO 519 PENSION FUND

PNC BANK, DELAWARE

PNC BANK, NATIONAL ASSOCIATION [INCL. LANCASTER & STERLING]

PNC BANK, NATIONAL ASSOCIATION [THE PNC FINANCIAL SERVICES GROUP, INC.], AS SUCCESSOR TO NATIONAL CITY BANK

PNC BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TO MERCANTILE SAFE DEPOSIT & TRUST CO.

POLICEMEN'S ANNUITY AND BENEFIT FUND OF CHICAGO

POLLY H. HOWELLS

POND VIEW CREDIT (MASTER) LP

PORTER ORLIN LLC

PORTFOLIO 1 OFFSHORE MASTER LP LSV [FLEXIBLE (US EQUITY) MANAGERS: PORTFOLIO 1 OFFSHORE L.P.]

POSEN FAMILY LIMITED PARTNERSHIP

POTTER, ADAM F. [W.]

POWERSHARES BUYBACK ACHIEVERS PORTFOLIO

POWERSHARES EXCHANGE-TRADED FUND TRUST

POWERSHARES FTSE RAFI US 1000 PORTFOLIO

PRIAC FUNDS

PRIME BROKER CSSI STOCK SPLIT AND REORG PROCESSING ACCOUNT ATTN PRIME BROKER

PRIMEVEST FINANCIAL SERVICES, INC.

PRINCETON THEOLOGICAL SEMINARY

PRINCIPAL VARIABLE CONTRACTS FUNDS, INC.

PRISM PARTNERS I [L.P.]

PRISM PARTNERS II OFFSHORE FUND

PRISM PARTNERS II, L.P. C/O JERALD M. WEINTRAUB

PRISM PARTNERS III LEVERAGED LP

PRISM PARTNERS IV LEVERAGED OFFSHORE FUND

PRISM PARTNERS OFFSHORE FUND C/O WEINTRAUB CAPITAL MGT. ATTN: JERALD M. WEINTRAUB

PRIVATE BANK AND TRUST COMPANY

PRO SHARES ULTRA S&P 500

PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN

PROGRESS ENERGY SERVICE CO.

PROGRESSIVE CASUALTY INSURANCE COMPANY

PROSPECTOR PARTNERS LLC

PROSPECTOR SUMMIT FUND LP

PRUDENTIAL BACHE SECURITIES, LLC [JEFFERIES BACHE SECURITIES, LLC F/K/A PRUDENTIAL BACHE SECURITIES, LLC]

PRUDENTIAL INSURANCE CO. OF AMERICA (PDI)

PRUDENTIAL INSURANCE CO. OF AMERICA (PMFIM) [PICA - PRUDENTIAL INSURANCE COMPANY SEPARATE ACCOUNT]

PRUDENTIAL INSURANCE COMPANY OF AMERICA

PRUDENTIAL INVESTMENT MANAGEMENT INC.

PRUDENTIAL INVESTMENT PORTFOLIO 3 - PRUDENTIAL STRATEGIC VALUE FUND

PRUDENTIAL INVESTMENT PORTFOLIOS 8 - PRUDENTIAL STOCK INDEX FUND

PRUDENTIAL INVESTMENTS, INC.

PRUDENTIAL NON-QUALIFIED BENEFITS FUNDING (TOLI)

PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY CO

PRUDENTIAL RETIREMENT SA LV5

PS BUYBACK ACHIEVERS PORT

PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO A/K/A CHICAGO TEACHERS' PENSION FUND

PUTNAM FIDUCIARY TRUST COMPANY, AS TRUSTEE OF THE PUTNAM S&P 500 INDEX FUND

PUTNAM LOVELL NBF SECURITIES INC PUTNAM LOVELL FINANCE INC.

PUTNAM LOVELL NBF SECURITIES, INC.

PUTNAM S&P 500 INDEX FUND

Q4 PARTNERS LP

QCM ABSOLUTE RETURN FUND

QUALIFIED CPUC DECOM MASTER TRUST

QUANTITATIVE MASTER SERIES LLC F/K/A QUANTITATIVE MASTER SERIES TRUST (MASTER S&P 500 INDEX SERIES)

QUINN MARTIN DOLAN

QUINTESSENCE FUND L.P.

QUIXOTE PARTNERS LLC

QVT FUND LP

R. J. BROOKES

R. MARK MALLORY

R. MARK MALLORY TRUST DATED 12/30/1999

R. MARK MALLORY, AS A TRUSTEE OF THE TRUST BY R. MARK MALLORY U/A DTD 12/30/1999

R.E. GINNA NUCLEAR POWER PLANT LLC

R.E. GINNA NUCLEAR POWER PLANT LLC MASTER DECOMMISSIONING TRUST

R.E. GINNA QUALIFIED DECOMMISSIONING TRUST

R.F. FOUNDATION

R.K. MELLON COMMON TRUST FUND #3

RABIN WORLDWIDE, INC.

RABO CAPITAL SERVICES INC.

RAE F PATTERSON SELF TRUST

RAE F. PATTERSON

RAE F. PATTERSON, AS TRUSTEE OF THE RAE F. PATTERSON SELF TRUST

RAMIUS SECURITIES LLC

RAWSON, JULIA ANNE SMITH AND WILLIAM COLLINS SMITH, TRUSTEES, ALBERT & JULIA SMITH CHARITABLE REMAINDER UNITRUST II

RAYMOND JAMES & ASSOCIATES INC

RAYMOND JAMES FINANCIAL SERVICES, INC. ATTN: ROB RUDNICKI

RAYMOND JAMES LTD. (USA), INC. ATTN: ROB RUDNICKI

RAYMOND JAMES TRUST N.A.

RAYMOND JOHN FRANK, AS A TRUSTEE OF THE RAYMOND JOHN FRANK REVOCABLE TRUST UA 03/07/00

RAYTHEON MASTER PENSION TRUST LARGE CAP/LONG/SHORT

RB&W/GAMCO

RBC CAPITAL MARKETS ARBITRAGE, LLC

RBC CAPITAL MARKETS HOLDINGS (USA) INC. CORPORATION SERVICE COMPANY

RBC CAPITAL MARKETS, LLC

RBC CAPITAL MARKETS, LLC D/B/A RBC WEALTH MANAGEMENT F/K/A FERRIS BAKER WATTS, INC.

RBC CAPITAL MARKETS, LLC F/K/A RBC CAPITAL MARKETS CORPORATION

RBC GLOBAL ASSET MANAGEMENT INC.

RBC O'SHAUGHNESSY CANADIAN EQUITY FUND

RBC O'SHAUGHNESSY U.S. VALUE FUND

RBS HOLDINGS N.V. (F/K/A ABN AMRO HOLDING N.V.)

RBS SECURITIES, INC.

RE CAMDEN ASSET MGMT LP YEILD STRATEGIES FUND I LP

REARDON TRUST DATED 11/03/1999

RECKFORD, SAMUEL P

REDBOURN PARTNERS LTD.

REDWOOD MASTER FUND LTD

REED ELSEVIER INC.

REED ELSEVIER INC., AS ADMINISTRATOR OF REED ELSEVIER US RETIREMENT PLAN

REED ELSEVIER US RETIREMENT PLAN

REFORM PENSION BOARD TRUST, BY AND THROUGH ITS BOARD OF TRUSTEES

REGIONS BANK

REGIONS FINANCIAL CORPORATION

REINHOLD WEEGE, AS TRUSTEE OF THE WEEGE FAMILY TRUST U/A 6/21/89

RELATIVE VALUE FD LP (A/K/A HIGHBRIDGE EVENT DRVIEN OPPORTUNITIES FUND, L.P.) THE CORPORATION TRUST COMPANY

RELIANCE TRUST COMPANY CT CORPORATION SYSTEM

REMPEL BROTHERS

RENA SHAPIRO, AS TRUSTEE OF THE BERNARD AND RENA SHAPIRO INTERVIVOS TRUST A/C #1 DATED 10/15/87

RENAISSANCE TECHNOLOGIES LLC

RENEE GILBERT

RENEE H. MILLER, AS TRUSTEE OF THE RENEE H. MILLER LIVING TRUST

REPUBLIC BANK AND TRUST CO.

RESEARCH AFFILIATES FUNDAMENTAL INDEX LP

RETIREMENT BOARD OF THE SAN FRANCISCO EMPLOYEES' RETIREMENT SYSTEM, AS ADMINISTRATOR OF THE SAN FRANCISCO EMPLOYEES' RETIREMENT SYSTEM

REX LOGAN STURM, JR

RHEN, ALAN R., INDIVIDUALLY AND AS BENEFICIARY OF ALAN R. RHEN IRA R/O U/A DTD 8/13/98

RHUMBLINE ADVISERS

RHUMBLINE S.A. FREE S&P INDEX

RICHARD A. KUCERA, INDIVIDUALLY AND AS TRUSTEE OF THE TRUST BY RICHARD A. KUCERA & DIANE A. KUCERA U/A/D 03-23-07 FBO RICHARD & DIANE KUCERA

RICHARD ASKIN, AS TRUSTEE OF THE ASKIN FAMILY TRUST U/A DTD 09/27/1990

RICHARD C. FREEDMAN

RICHARD COOLEY

RICHARD D. DUDLEY

RICHARD ENGBERG

RICHARD HAIGLER, AS TRUSTEE OF THE RICHARD HAIGLER & DESPINA HAIGLER LIVING TRUST U/A 11/04/91

RICHARD KALLENBERGER

RICHARD M. ADER

RICHARD M. BASOCO

RICHARD O. KEARNS REVOCABLE TRUST

RICHARD O. KEARNS, AS TRUSTEE OF THE RICHARD O. KEARNS REVOCABLE TRUST

RICHARD PANIAGUA

RICHARD ROTT

RICHARD S. ARNOLD, AS TRUSTEE OF THE MARGARET MCKENZIE LIVING TRUST U/A DTD 02/23/1994 AS AMENDED AND RESTATED

RICHARD T. YU

RICHARD W. MCINTOSH

RICHMOND CAPITAL MASTER FUND LTD

RICHMOND ENHANCED CAPITAL LP

RIEF RMP LLC

RIEF TRADING LLC

RIP INVESTMENTS LP

RITA A. BOEHM

RIVERSOURCE ABSOLUTE RETURN FUND LLC

ROBBIE E. MONSMA

ROBBINS & ASSOCIATES

ROBECO INSTITUTIONAL ASSET MANAGEMENT BV

ROBECO INVESTMENT MANAGEMENT, INC.

ROBERT & MILDRED HARRIS TRUST

ROBERT A. FOX

ROBERT A. HABERMANN, AS TRUSTEE OF THE ROBERT A. HABERMANN REVOCABLE TRUST U/A DTD 4/20/99

ROBERT A. SIMINS

ROBERT B. DOLD

ROBERT B. GREENE JR., AS A TRUSTEE OF THE ROBERT B. GREENE JR. TRUST U/A DTD 11/06/86

ROBERT C. HUBER

ROBERT D. BOSAU

ROBERT D. CAMPBELL, AS TRUSTEE OF THE CATHERINE A. CAMPBELL TRUST, DATED 9/21/1995

ROBERT DISHON FAMILY TRUST

ROBERT E. LABLANC

ROBERT EVANS

ROBERT FARRINGTON

ROBERT FRIEDMAN, AS TRUSTEE OF THE FRIEDMAN LIVING TRUST U/A 08/04/99

ROBERT J. BROOKES, AS TRUSTEE OF THE 3/10/87 TRUST FOR THE BENEFIT OF R. J. BROOKES & V. M. BROOKES

ROBERT J. KUHN DECLARATION OF TRUST DATED 4-6-92

ROBERT J. WHITE, AS TRUSTEE OF THE TRUST FBO ROBERT JOSEPH WHITE U/A/D 06/16/99

ROBERT JOSEPH WHITE

ROBERT L. OAKUM

ROBERT M STEINER

ROBERT M. BERGER

ROBERT M. TREBOUX

ROBERT MOSBERG

ROBERT PASSANEAU

ROBERT R. BLEND, AS TRUSTEE OF THE BENEFIT OF THE BLEND DECEDENT'S TRUST UAD 12/2/99

ROBERT R. BLEND, AS TRUSTEE OF THE BLEND SURVIVOR'S TRUST DATED 12/02/99

ROBERT R. CULL, AS TRUSTEE OF THE ROBERT R. CULL TRUST U/A 1/14/98

ROBERT R. MCCORMICK FOUNDATION

ROBERT RAMSEY

ROBERT S. MORRISON

ROBERT S. MORRISON 2000 TRUST DATED 11/30/2000

ROBERT S. SPLITHOFF, AS A TRUSTEE OF THE ROBERT S. SPLITHOFF TRUST U/A/D 05-27-1992

ROBERT W BAIRD CO. INC.

ROBERT W. & MARGARET A. EDER REV LIVING TRUST UA DTD 05/02/03

ROBERT W. YOUNG

ROBERTSON FIVE, INC.

ROBIN LLOYD

ROBYN L. MOTLEY

ROCCA LIMITED LIABILITY CO.

RODOLFO V. GIL

ROGER GOODAN

ROGER GOODAN, AS TRUSTEE OF CHANDLER TRUST NO. 1

ROGER GOODAN, AS TRUSTEE OF CHANDLER TRUST NO. 2

ROMANO BROTHERS & CO.

ROMANO BROTHERS INVESTORS, LLC CORPORATION SERVICE COMPANY

RONALD C. CEY, INDIVIDUALLY AND AS A TRUSTEE OF THE CEY LIVING TRUST 5/14/87

RONALD E. CANN, AS TRUSTEE OF THE RONALD CANN TRUST UAD 11-22-04

RONDRA MATTHEWS

RONIN CAPITAL LLC

ROSALIND KEISER, AS TRUSTEE OF THE MICHAEL & ROSALIND KEISER CHARITABLE TRUST U/A DTD 12/30/90

ROSE MARIE TAYLOR

ROSE T. BOSAU

ROSEMARY T. COX REVOCABLE TRUST DTD 5/21/2004

ROSEMARY T. COX, AS TRUSTEE OF THE COX FAMILY EDUCATIONAL TRUST DATED 08/02/2004

ROSEMARY T. COX, AS TRUSTEE OF THE ROSEMARY T. COX REVOCABLE TRUST DTD 5/21/2004

ROSEMARY WAGNER

ROTHSCHILD INVESTMENT CORPORATION EMPLOYEE PROFIT SHARING PLAN DESIGNATED INVESTMENT ACCOUNT FBO ROBERT M STEINER

ROYAL BANK OF CANADA

ROYAL BANK OF SCOTLAND N.V. F/K/A ABN AMRO BANK N.V.

ROYAL BANK OF SCOTLAND PLC, AS HOLDER OF THE ACCOUNTS OF ABBEY EQUITY ICVC SUB

ROYAL BANK OF SCOTLAND PLC, AS HOLDER OF THE ACCOUNTS OF INSIGHT INVESTMENT, US EQUITY FUND

ROYAL TRUST CORPORATION OF CANADA

RUANWIL LLC

RUSSELL EQUITY I FUND

RUSSELL F. STEPHENS JR., AS TRUSTEE OF THE RUSSELL F. STEPHENS JR. TRUST U/A DTD 02/10/1992

RUSSELL INVESTMENT COMPANY

RUSSELL INVESTMENT COMPANY DIVERSIFIED EQUITY FUND

RUSSELL INVESTMENT GROUP

RUSSELL INVESTMENTS

RUSSELL T. STERN JR., AS TRUSTEE OF THE ELEANOR JACKSON STERN TRUST DATED 01/06/1971

RUSSELL T. STERN JR., AS TRUSTEE OF THE RUSSELL T. STERN TRUST B

RUSSELL T. STERN TRUST B

RUSSELL US CORE -- EQUITY FUND

RUTH C. VON PLATEN TRUST NO. 2

RUTH MCCORMICK TANKERSLEY

RUTH MCCORMICK TANKERSLEY TRUST DATED 12/3/1990

RUTH MCCORMICK TANKERSLEY, AS TRUSTEE OF THE 10/06/92 RUTH MCCORMICK TANKERSLEY REVOCABLE TRUST

RUTHELLYN MUSIL

RUTHELLYN MUSIL TRUST DATED 7/27/2001

RUTHELLYN MUSIL, AS A TRUSTEE OF THE TRUST BY RUTHELLYN MUSIL U/A DTD 07/27/2001

RWB

RYAN ENTERPRISES GROUP LLC

RYAN, PATRICK G

RYDEX ETF TRUST (RYDEX S&P 500 PURE VALUE ETF)

RYDEX ETF TRUST (RYDEX S&P EQUAL WEIGHT CONSUMER DISCRETIONARY ETF)

RYDEX ETF TRUST (RYDEX S&P EQUAL WEIGHT ETF)

RYDEX INVESTMENTS

RYDEX SERIES FUNDS

RYDEX SERIES FUNDS MULTI-HEDGE STRATEGIES FUND

RYDEX SERIES FUNDS S&P 500 PURE VALUE FUND

RYDEX VARIABLE S&P 500 PURE VALUE FUND

RYDEX VARIABLE TRUST

RYDEX VARIABLE TRUST MULTI-HEDGE STRATEGIES FUND

S&P 500 EQUITY INDEX WEIGHTED FUND LP

S. G. HARRIS CHARITY TRUST UAD 6/13/45

S. G. HARRIS MAR TR 6/17/65

S. JOYCE AS TRUSTEE OF THE SARA JOYCE TRUST U/A DTD 12/7/2005

S. KEATING RHOADS, INDIVIDUALLY AND AS TRUSTEE OF THE TRUST U/A DTD 11/07/1994 FOR THE BENEFIT OF S. KEATING AND CAROL RHOADS

SA U.S. CORE MARKET FUND

SA U.S. VALUE FUND

SACRAMENTO COUNTY EMPLOYEES RETIREMENT SYSTEM

SAFECO LIFE INSURANCE CO.

SALISBURY BANK & TRUST CO.

SALLY H. CONTANT, AS TRUSTEE OF THE SALLY H. CONTANT TRUST U/A DTD 10/13/1983

SALVATION ARMY - SOUTHERN TERRITORY

SALVATION ARMY CENTRAL TERRITORIAL

SAMUEL H. FRANKEL, AS A TRUSTEE OF THE TRUST FOR THE BENEFIT OF SAMUEL H FRANKEL U/A/D 01/28/80

SAMUEL MOORE, AS TRUSTEE OF THE SAMUEL S. MOORE TRUST U/A DTD 10/11/1988

SAMUEL ZELL

SAN FRANCISCO EMPLOYEES' RETIREMENT SYSTEM

SAN PASQUAL FIDUCIARY TRUST CO., AS TRUSTEE OF THE MARGARET MCKENZIE LIVING TRUST U/A DTD 02/23/1994 AS AMENDED AND RESTATED

SANDELMAN PARTNERS MULTI-STRATEGY MASTER FUND

SANDER MORRIS HARRIS, INC.

SANDRA L. YOUNG

SANFORD C. BERNSTEIN & CO., INC. AS CUSTODIAN FOR ALLIANZ INVEST KAB MBH

SANFORD C. BERNSTEIN & CO., INC., IN ITS INDIVIDUAL AND CUSTODIAL CAPACITIES

SANFORD C. BERNSTEIN & CO., LLC

SANFORD C. BERNSTEIN FUND, INC.

SANIBEL CAPTIVA TRUST CO.

SANTA BARBARA COUNTY EMPLOYEES RETIREMENT SYSTEM

SANTA CLARA UNIVERSITY

SARA A. YOUNG LIGHTBOURN

SARA ROONEY

SARAH A O'BRIEN TRUST DTD 8-18-03

SARAH A. O'BRIEN, AS TRUSTEE OF THE KEVIN D O'BRIEN TRUST DTD 8-18-03

SARAH A. O'BRIEN, AS TRUSTEE OF THE SARAH A O'BRIEN TRUST DTD 8-18-03

SARAH DOLL BARDER

SARGEANT E. JOYS, AS TRUSTEE OF THE SARGEANT & LUANN JOYS LIVING TRUST

SBC MASTER PENSION TRUST

SBI SWAPS ATTN: CONTROLLERS MANAGER *EQ US DERIVATIVES TRADERS EQ DERIV PROD CTRL 6FL

SBL FUND SERIES H

SBL FUND SERIES O

SC EDISON NUCLEAR FACILITIES

SCHOOL EMPLOYEES RETIREMENT SYSTEM OF OHIO

SCHULTZE ASSET MANAGEMENT LLC

SCHWAB 1000 INDEX FUND

SCHWAB CAPITAL TRUST

SCHWAB FUNDAMENTAL US LARGE COMPANY INDEX FUND

SCHWAB INVESTMENTS

SCHWAB S&P 500 INDEX FUND (F/K/A SCHWAB INSTITUTIONAL SELECT S&P 500 FUND)

SCHWAB TOTAL STOCK MARKET INDEX FUND

SCHWAB TRUST A CHARITABLE U/A DTD 05/23/1995

SCOTIA CAPITAL (USA) INC. C/O RICHARD AGATA

SCOTIA CAPITAL INC.

SCOTT C. SMITH

SCOTT C. SMITH, AS A TRUSTEE OF THE TRUST BY SCOTT C. SMITH U/A DTD 04/16/1983

SCOTT HASKINS

SCOTT R. COOK

SCOTT R. KLARQUIST

SCOTT SMITH

SCOTTRADE, INC.

SCOTTRADE, INC., AS CUSTODIAN FOR DENNIS J. BRITT ROLLOVER IRA

SCOTTRADE, INC., AS CUSTODIAN OF A. HOYER R/O

SCOTTRADE, INC., AS CUSTODIAN OF E. GALLAGHER

SCOTTRADE, INC., AS CUSTODIAN OF F. TONG TOD

SCOTTRADE, INC., CUSTODIAN FOR HOYER/LEMTS

SDG&E QUALIFIED NUCLEAR DECOMMISSIONING TRUST [PARTNERSHIP] [SEMPRA ENERGY, TRUSTEE]

SEASONS SERIES TRUST - FOCUS VALUE PORTFOLIO

SEASONS SERIES TRUST - LARGE CAP VALUE PORTFOLIO

SEASONS SERIES TRUST - MID CAP VALUE PORTFOLIO

SECURITIES LENDING OPS - P&L 74878 LOAN COLLATERAL ACCOUNT, C/O LOUISE CARAMICO

SECURITY GLOBAL INVESTORS-RYDEX/SGI

SECURITY INVESTORS, LLC

SEI INSTITUTIONAL INVESTMENT TRUST - LARGE CAP FUND

SEI INSTITUTIONAL INVESTMENT TRUST - LARGE CAP INDEX FUND

SEI INSTITUTIONAL MANAGED TRUST

SEI INSTITUTIONAL MANAGED TRUST - S&P 500 INDEX FUND

SEI INSTITUTIONAL MANAGED TRUST LARGE CAP VALUE FUND

SEI INSTITUTIONAL MANAGED TRUST TAX-MANAGED LARGE CAP FUND

SEI INVESTMENTS COMPANY

SEI INVESTMENTS DISTRIBUTION CO., AS ADMINISTRATOR OF THE LSV VALUE EQUITY FUND

SEI INVESTMENTS, AS ADMINISTRATOR OF THE SGIF LARGE CAP VALUE FUND (R1V ENHANCED)

SEI PRIVATE TRUST COMPANY

SEI SIIT

SEI SIMT

SEIU LOCAL 36 BOLR PENSION FUND

SEIU MASTER PENSION TRUST

SEMPRA ENERGY PENSION MSTR TRUST

SETH A. THAYER

SG AMERICAS SECURITIES LLC

SHANNON MORRIS

SHARON B. CHRISTHILF

SHARON GROSSINGER, AS TRUSTEE OF THE IRWIN GROSSINGER TRUST DATED 9/1/65

SHARON H. BOULTINGHOUSE, AS TRUSTEE OF THE SHARON L. BOULTINGHOUSE TRUST

SHARON L. BOULTINGHOUSE TRUST

SHARON ROSENHAUSE

SHARRON R. BEARD

SHEET METAL WORKERS' LOCAL 73 PENSION FUND

SHELDON COOPER, AS TRUSTEE OF THE INS. TRUST U/A 4/25/67

SHELDON GRAY

SHELLEY WEEGE, AS TRUSTEE OF THE WEEGE FAMILY TRUST U/A 6/21/89

SHERBET & CO.

SHERRIE M. ARGIRION, AS TRUSTEE OF THE SHERRIE M. ARGIRION REVOCABLE TRUST U/A DTD 11/13/96

SHERRY BRODER, INDIVIDUALLY AND AS TRUSTEE OF THE TRUST FOR THE BENEFIT OF SHERRY P. BRODER U/A DTD 1/1/94

SHERRY P. BRODER

SHERWIN A. ZUCKERMAN

SHERWIN A. ZUCKERMAN, AS TRUSTEE OF THE EDWARD E. NEISSER MARITAL TRUST

SHERWIN ZUCKERMAN

SHIRLEY DICHEK, AS TRUSTEE OF THE DICHEK FAMILY TRUST DATED 12/11/74

SHIRLEY H. DEAN, AS TRUSTEE OF THE PAUL H. DEAN MARITAL TRUST A

SI TRUST SERVICING

SIG-SS CBOE JOINT ACCOUNT

SIRAGUSA ENTERPRISES LP

SISTERS OF SAINT CASIMIR OF CHICAGO

SJC CAPITAL LLC

SMH CAPITAL, INC.

SMITH, MOORE & CO.

SMOKE RISE FOUNDATION, INC.

SOPHIE MCCONNELL

SOUTH SHORE HOSPITAL CORPORATION

SOUTHWEST CARPENTERS PENSION TRUST

SOUTHWEST SECURITIES, INC.

SOVEREIGN BANK

SOWOOD ALPHA FUND LP

SPEAR LEEDS AND KELLOGG

SPENCER W. BEARD

SPINDLE LIMITED PARTNERHIP

SPINDLE LIMITED PARTNERSHIP BALANCED ADVISORY FUND

SPINNINGROD & CO.

SPRINT CORPORATION

SS&C TECHNOLOGIES HOLDINGS, INC.

SS&C TECHNOLOGIES, INC.

SSB-TRUST CUSTODY

SSGA RUSSELL 1000 VALUE SL FUND

SSGA S&P 500 EQUAL WEIGHT CTF

SSGA S&P 500 FLAGSHIP FUND

SSGA S&P 500 INDEX FUND CTF

SSGA S&P 500 TOBACCO FREE INDEX CTF

ST. FRANCIS FRIENDS OF THE POOR, INC.

ST. GREGORY COLLEGE PREPARATORY SCHOOL

STACEY MEYER

STACIE ELIZABETH FORD, ACTING TRUSTEE AND BENEFICIARY OF THE ALFRED C. GLASSELL JR. CHILDREN'S TRUST FOR STACIE ELIZABETH FORD

STACY DEAN YOCHUM, AS TRUSTEE OF THE PAUL H. DEAN MARITAL TRUST A

STANDFORD UNIVERSITY LCV

STANFORD MANAGEMENT COMPANY

STANLEY G. HARRIS TRUST UAD 6/10/46

STANLEY J. GRADOWSKI JR. REVOCABLE TRUST DATED 3/26/97

STANLEY J. GRADOWSKI JR., AS TRUSTEE OF THE STANLEY J. GRADOWSKI JR. REVOCABLE TRUST DATED 3/26/97

STANLEY WEISS, AS TRUSTEE OF THE ERWIN SHAKIN DELTA TRUST U/A 10/5/00

STANTON R. COOK CHARITABLE REMAINDER TRUST

STARBUCK, TISDALE & ASSOCIATES

STARK GLOBAL OPPORTUNITIES MASTER FUND LTD

STARK INVESTMENTS

STARK MASTER FUND LTD

STATE FARM FIRE & CASUALTY INSURANCE COMPANY

STATE FARM INSURANCE COMPANIES EMPLOYEE RETIREMENT TRUST

STATE FARM LIFE INSURANCE COMPANY

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

STATE FARM VARIABLE PRODUCT TRUST (LARGE CAP EQUITY INDEX FUND)

STATE OF CALIFORNIA - MID CAP VALUE

STATE OF CALIFORNIA, DEPARTMENT OF PERSONNEL ADMINISTRATION, SAVINGS PLUS PLAN

STATE RETIREMENT & PENSION SYSTEM OF MARYLAND-SRS

STATE ST. BANK & TRUST CO.

STATE STREET AMR

STATE STREET BANK & TRUST

STATE STREET BANK & TRUST CO. / IBT-ACCOUNT # 2

STATE STREET BANK & TRUST CO., AS OWNER OF IBT-ACCOUNT # 2

STATE STREET BANK & TRUST CO., AS SUCCESSOR TO INVESTORS BANK TRUST COMPANY

STATE STREET BANK & TRUST CO., AS SUCCESSOR TO INVESTORS BANK TRUST COMPANY / INSTITUTIONAL CUSTODY

STATE STREET BANK & TRUST COMPANY

STATE STREET BANK & TRUST COMPANY, AS CUSTODIAN OF THOMAS J. MAJORANA CGM IRA

STATE STREET BANK & TRUST COMPANY, AS TRUSTEE FOR FIRST DATA INCENTIVE SAVINGS PLAN FBO JOHN G. KOLOGI

STATE STREET BANK AND TRUST COMPANY, AS CUSTODIAN OF THE ALLEN C .TANNER JR. CGM IRA

STATE STREET BANK AND TRUST COMPANY, AS CUSTODIAN OF THE JACK R. MCDONALD CGM IRA

STATE STREET BANK AND TRUST COMPANY, AS CUSTODIAN OF THE JOHN R. FLANAGAN CGM IRA

STATE STREET BANK AND TRUST COMPANY, AS CUSTODIAN OF THE LARRY TOWNSEND CGM IRA ROLLOVER

STATE STREET BANK AND TRUST COMPANY, AS CUSTODIAN OF THE MAJORIE B. DAVID CGM IRA ROLLOVER

STATE STREET BANK AND TRUST COMPANY, AS CUSTODIAN OF THE RICHARD MORABITO CGM IRA ROLLOVER

STATE STREET BANK AND TRUST COMPANY, AS CUSTODIAN, OF THE LLOYD FERGUSON CGM IRA ROLLOVER

STATE STREET BANK LUXEMBOURG, S.A.

STATE STREET EQUITY 500 INDEX PORTFOLIO

STATE STREET GLOBAL ADVISORS

STATE STREET GLOBAL ADVISORS (JAPAN) CO. LTD.

STATE STREET GLOBAL ADVISORS FUND

STATE STREET GLOBAL ADVISORS WORLD FUND

STATE STREET GLOBAL ADVISORS, INC.

STATE STREET GLOBAL ADVISORS, INC. BOSTON

STATE STREET LUXEMBOURG, S.A.

STATE STREET TRUST AND BANKING CO. LTD.

STATE UNIVERSITIES RETIREMENT SYSTEM

STEAMFITTERS LOCAL 420

STEPHANIE B. FLYNN, AS TRUSTEE OF THE STEPHANIE B FLYNN TRUST U/A DTD 11/14/62

STEPHANIE CAHN

STEPHANIE MADIGAN

STEPHANIE MURRAY, AS TRUSTEE OF THE STEPHANIE MURRAY LIVING TRUST

STEPHEN AXELSON

STEPHEN R. MANHEIMER

STEPHENS, INC. (A.K.A. STEPHENS INC.)

STERNE AGEE & LEACH, INC.

STERNE AGEE & LEACH, INC., AS CUSTODIAN OF GERALDO RIVERA R/O IRA

STEVE H. KAGAN

STEVEN D. CARVER

STEVEN RAPKIN

STEVEN U. LEE

STEVEN Y. GOLDBERG

STEVENS CAPITAL MANAGEMENT LP

STEWARD FUNDS, INC.

STICHTING PENSIOENFONDS ABP

STICHTING PENSIOENFONDS CAMPINA

STICHTING PENSIOENFONDS HOOGOVENS

STICHTING PENSIOENFONDS MEDISCHE SPECIALISTEN

STICHTING PENSIOENFONDS OCE

STICHTING PENSIOENFONDS VAN DE ABN AMRO N.V.

STICHTING PENSIOENFONDS ZORG EN WELZIJN

STICHTING SHELL PENSIOENFONDS

STIFEL, NICOLAUS & COMPANY, INCORPORATED

STINEHART LIVING TRUST UA DTD 05/19/89

STOCK BORROW - P&L 74878 C/O PETER GRANT

STOCK BORROWED-NY

STOCK INDEX PORTFOLIO, A SERIES OF THE PRUDENTIAL SERIES FUND, INC.

STRATEGIC FUNDS, INC.

STRATEGY MASTER FUND (TRADEWORX)

STRONGBOW FUND LTD.

STRS (STATE OF CALIFORNIA) STATE TEACHERS RETIREMENT SYS

SUMITOMO MITSUI TRUST BANK, LIMITED (F/K/A SUMITOMO TRUST & BANKING CO. LTD.)

SUMITOMO MITSUI TRUST BANK, LIMITED (F/K/A SUMITOMO TRUST & BANKING CO. LTD.), AS TRUSTEE OF PENSION COMMINGLE FUND

SUMITOMO TRUST & BANKING CO. (U.S.A.)

SUMMERS MCGURN, AS TRUSTEE OF THE TRUST BY JANICE M. MCGURN U/A DTD 09/22/1987

SUMMIT MUTUAL FUNDS

SUN CREATIVE INVESTMENTS LP

SUNAMERICA ASSET MANAGEMENT CORP.

SUNAMERICA ASSET MGMT CORP. (VARIABLE ANN LIFE INS CO) [SUNAMERICA SERIES, INC. - SUNAMERICA STRATEGIC VALUE PORTFOLIO F/K/A FOCUSED VALUE PORTFOLIO]

SUNAMERICA SERIES TRUST - EQUITY OPPORTUNITIES PORTFOLIO

SUNTRUST BANK CORPORATION SERVICE COMPANY

SUSAN BABCOCK, AS TRUSTEE OF CHANDLER TRUST NO. 1

SUSAN BABCOCK, AS TRUSTEE OF CHANDLER TRUST NO. 2

SUSAN F. FREDERICK, ACTING TRUSTEE OF THE RAYMOND & ANNA SCHROER TRUST U/A DTD 09/28/2006

SUSAN H. SHANE, INDIVIDUALLY AND AS TRUSTEE U/A DTD 08/09/1991 OF THE TRUST FOR THE BENEFIT OF SUSAN H. SHANE

SUSAN J. CELLMER

SUSAN J. MARTIN

SUSAN K. CUNNINGHAM

SUSAN M. KENNEDY

SUSAN S. PECARO

SUSANN OAKUM

SUSQUEHANNA CAPITAL GROUP

SUSQUEHANNA INVESTMENT GROUP

SUSQUEHANNA INVESTMENT GROUP, AS CUSTODIAN OF THE SIG-SS CBOE JOINT ACCOUNT

SUTTONBROOK CAPITAL PORTFOLIO LP ATTN: CAROL BALE

SWAPS, SBI

SWISS AMERICAN ADVISORS, LLC ATTN: MIREILLE BURNAND

SWISS AMERICAN CORPORATION

SWISS AMERICAN SECURITIES, INC.

SWISS RE FINANCIAL PRODUCTS CORP.

SYBIL JINX ROBINSON, AS TRUSTEE U/A DTD 07/03/07 OF THE SYBIL JINX ROBINSON SEPARATE PROPERTY TRUST

SYLVIA GATES SCHULER, AS TRUSTEE UTD 01/18/88 OF THE SCHULER TRUST

SYLVIA LEWIN

SYMETRA FINANCIAL CORPORATION

SYMETRA LIFE INSURANCE CO. (F/K/A SAFECO LIFE INSURANCE COMPANY)

SYNERGY CAPITAL MANAGEMENT LLC

SYSTEIA CAPITAL MANAGEMENT

T ROWE PRICE TRUST CO, TRPTC TTEE INTERSIL EQUITY INC FUND

T. ROWE PRICE ASSOCIATES, INC.

T. ROWE PRICE ASSOCIATES, INC., AS CUSTODIAN OF STATE OF CALIFORNIA - MID CAP VALUE

T. ROWE PRICE ASSOCIATES, INC., AS CUSTODIAN OF THE LOS ANGELES DEPARTMENT OF WATER AND POWER EMPLOYEES RETIREMENT PLAN LCV

T. ROWE PRICE ASSOCIATES, INC., AS CUSTODIAN OF THE SOUTHERN CALIFORNIA UFCWU & FE JOINT PENSION TRUST FUND

T. ROWE PRICE ASSOCIATES, INC., AS CUSTODIAN OF THE STATE OF CALIFORNIA, DEPARTMENT OF PERSONNEL ADMINISTRATION, SAVINGS PLUS PLAN

T. ROWE PRICE ASSOCIATES, INC., AS CUSTODIAN OF THE WATER AND POWER EMPLOYEES' RETIREMENT PLAN

T. ROWE PRICE BALANCED FUND, INC.

T. ROWE PRICE EQUITY INCOME FUND

T. ROWE PRICE EQUITY INCOME TRUST

T. ROWE PRICE EQUITY INDEX 500 FUND

T. ROWE PRICE EQUITY INDEX TRUST

T. ROWE PRICE EQUITY SERIES, INC.

T. ROWE PRICE GROUP INC.

T. ROWE PRICE INDEX TRUST, INC.

T. ROWE PRICE INSTITUTIONAL COM TRUST FUND EQUITY INDEX TRUST

T. ROWE PRICE MID-CAP VALUE FUND, INC.

T. ROWE PRICE RETIREMENT PLAN SERVICES, INC.

T. ROWE PRICE STRUCTURED RESEARCH COMMON TRUST FUND

T. ROWE PRICE TOTAL EQUITY MARKET INDEX FUND

T. ROWE PRICE TRUST CO.

T. ROWE PRICE TRUST COMPANY

T. ROWE PRICE, AS OWNER OF ADVANCED SERIES LARGE CAP

T. ROWE PRICE, AS OWNER OF MML EQUITY INCOME FUND

T. STANTON ARMOUR TRUST DATED 2/10/66

TAFT BROADCASTING CO.

TALIESIN CAPITAL PARTNERS LP

TALON OPPORTUNITY PARTNERS

TALON OPPORTUNITY PARTNERS LP

TAMAR SECURITIES INC

TASKFORCE & CO.

TAX MANAGED OPPORTUNITY FUND LLC

TAX-MANAGED U.S. EQUITY SERIES OF THE DFA INVESTMENT TRUST COMPANY

TAX-MANAGED U.S. MARKETWIDE VALUE SERIES OF THE DFA INVESTMENT TRUST COMPANY

TBK PARTNERS, LLC

TD AMERITRADE CLEARING, INC.

TD EMERALD HEDGED U.S. EQUITY

TD EMERALD HEDGED U.S. EQUITY POOLED FUND TRUST

TD EMERALD POOLED U.S. FUND

TD EMERALD U.S. MARKET INDEX FUND

TD OPTIONS LLC

TD SECURITIES S&P 500 INDEX FUND

TD SECURITIES, INC.

TD U.S. INDEX FUND

TD U.S. LARGE CAP VALUE FUND

TE CALEL PORTFOLIO, LTD

TEACHERS INSURANCE ANNUITY ASSOCIATION OF AMERICA

TEACHERS RETIREMENT SYSTEM OF THE STATE OF ILLINOIS

TEAMSTERS JOINT COUNCIL NO. 83 OF VIRGINIA PENSION FUND

TEAMSTERS LOCAL 639 EMPLOYERS PENSION TRUST FUND

TELLURIDE ASSET MANAGEMENT LLC, AS OWNER OF THE TELLURIDE CAPITAL MASTER FUND

TELLURIDE CAPITAL MASTER FUND

TENSOR OPPORTUNITY LIMITED

TERENCE RHODEN

TERRA NOVA FINANCIAL

TERRENCE R. MCGOVERN

TERRY D. DIAMOND TRUST DATED 5/7/86

TEWKSBURY INVESTMENT FUND LTD.

TEXAS EDUCATION AGENCY

TEXAS PERMANENT SCHOOL FUND

TEXAS PRESBYTERIAN FOUNDATION

TEXAS SCOTTISH RITE HOSPITAL ENDOWMENT

TEXAS SCOTTISH RITE HOSPITAL RETIREMENT

THE 10/03/2007 DALTON TRUST

THE 10/06/92 RUTH MCCORMICK TANKERSLEY REVOCABLE TRUST

THE 12/09/90 TOMMIE L. CORDERO TRUST

THE 3/10/87 TRUST FOR THE BENEFIT OF R. J. BROOKES & V. M. BROOKES

THE ADVISORS INNER CIRCLE FUND

THE ADVISORS INNER CIRCLE FUND - VALUE EQUITY FUND

THE ALEXANDER J. WEISS IRREVOCABLE TRUST U/A 10/12/06

THE ALFRED V. TJARKS RETIREMENT PLAN DTD 02/18/85

THE ALFRED W. MERKEL MARLOWE G. MERKEL TRUST

THE ALLIANCEBERNSTEIN PORTFOLIOS (ALLIANCEBERNSTEIN TAX-MANAGED FUNDS)

THE ALTERNATIVE FUND

THE AMY W. FONG LIVING TRUST

THE ANN C. GRAFF TRUST

THE ANNE MCCUTCHEON LEWIS TRUST U/A DTD 10/26/1987

THE ASKIN FAMILY TRUST U/A DTD 09/27/1990

THE AUTRY COMMUNITY PROPERTY TRUST DATED 03/15/1985

THE BANK OF NEW YORK MELLON AS TRUSTEE OF SPDR S&P MIDCAP 400 ETF TRUST A/K/A SPDR MIDCAP 400 TRUST

THE BANK OF NEW YORK MELLON AS TRUSTEE OF THE BANK OF NEW YORK MELLON EMPLOYEE BENEFIT COLLECTIVE INVESTMENT FUND PLAN

THE BANK OF NEW YORK MELLON AS TRUSTEE OF THE COLLECTIVE TRUST OF THE BANK OF NEW YORK

THE BANK OF NEW YORK MELLON EMPLOYEE BENEFIT COLLECTIVE INVESTMENT FUND PLAN (F/K/A THE MELLON BANK, N.A. EMPLOYEE BENEFIT COLLECTIVE INVESTMENT FUND PLAN)

THE BANK OF NEW YORK MELLON, AS TRUSTEE OF PG&E POSTRETIREMENT MEDICAL PLAN TRUST

THE BANK OF NEW YORK MELLON, AS TRUSTEE OF THE BANK OF NEW YORK MELLON DECOMMISSIONING COLLECTIVE TRUST INVESTMENT PLAN - DT BROAD MARKET STOCK INDEX FUND

THE BANK OF NEW YORK MELLON, IN ITS INDIVIDUAL AND CUSTODIAL CAPACITIES

THE BANK OF NOVA SCOTIA MAARTY VAN OTTERLOO

THE BARBARA M. OSBORNE INTERIM TRUST DTD 2/7/02

THE BARBARA M. OSBORNE TRUST U/I/T DTD 2/7/05

THE BARRY H. SCRIPPS TRUST

THE BENJAMIN J. VERDUSCO TRUST U/A DTD 12/13/1989

THE BERNARD AND RENA SHAPIRO INTERVIVOS TRUST A/C #1 DATED 10/15/87

THE BETTY BEAIRD LIVING TRUST U/A DTD 4/10/87

THE BETTY BEAIRD LIVING TRUST UA 10-APR-87

THE BETTY H. ROELAND MARITAL TRUST

THE BLACKBURN TRUST

THE BLEND SURVIVOR'S TRUST DATED 12/02/99

THE BURROUGHS WELLCOME FUND

THE CALDWELL FOUNDATION

THE CANYON VALUE REALIZATION MASTER FUND, L.P. (AS ASSIGNEE OF THE CANYON VALUE REALIZATION FUND (CAYMAN) LTD.)

THE CARMINE MACCHIAROLI LIVING TRUST U/A 07/01/88

THE CEY LIVING TRUST 5/14/87

THE CHARLES E. EDWARDS FAMILY TRUST U/A DTD 04/11/1990 (SUB ACCT MLI)

THE CHRISTOPHER J. APPLEBY TRUST U/A DTD 12/13/89

THE CHURCH PENSION FUND, IN ITS INDIVIDUAL AND TRUSTEE CAPACITIES

THE CONSOLIDATED EDISON RETIREMENT PLAN, AND ITS TRUSTEE, STATE STREET BANK AND TRUST COMPANY, IN ITS CAPACITY AS TRUSTEE THEREOF

THE DAVID L. NELSON REVOCABLE TRUST UA 02/11/91

THE DENISE PALMER REVOCABLE TRUST U/A/D 10-28-1991

THE DENNIS J. FITZSIMONS TRUST U/A DTD 03/29/2001

THE DENNIS J. FITZSIMONS TRUST U/A DTD 03/29/2001 PLEDGED TO ML LENDER

THE DFA GROUP TRUST

THE DFA INVESTMENT TRUST COMPANY

THE DFA INVESTMENT TRUST COMPANY CORPORATION SERVICE COMPANY

THE DIAMOND FAMILY FOUNDATION

THE DICHEK FAMILY TRUST DATED 12/11/74

THE DON & IRENE BARON FAMILY TRUST 7B-251

THE DORIS KEATS FRANK REVOCABLE TRUST UA 03/07/00

THE DOROTHY CAHN TRUST UA 07/03/1981

THE DOROTHY CAHN TRUST UAD 07/03/1981

THE DOROTHY QUAAL REVOCABLE TRUST UA 09/02/1993

THE DREYFUS CORPORATION

THE E. DONALD HEYMANN TRUST

THE EDGAR D. GIFFORD TRUST UA 7/15/98

THE EDWARD J. SIDNEY TRUST U/A 07/22/76

THE ELAINE W. GETZ TRUST UA 2/5/86

THE ELAINE W. PETTIJOHN TRUST U/A 12/20/89

THE ELIZABETH L. LEVIN 2006 SZ-2 YEAR GRANTOR RETAINED ANNUITY TRUST UNDER AGREEMENT DATED 07/31/06

THE ERWIN SHAKIN DELTA TRUST U/A 10/5/00

THE ESTATE OF DOROTHY PATTERSON

THE ESTATE OF WARD L. QUAAL

THE FAULKNER FAMILY TRUST UA DTD 8/29/1989

THE FBO DUNAWAY FAMILY TRUST U/A/D 07-05-1991

THE FELICITY J. APPLEBY TRUST U/A DTD 12/13/89

THE FETHEROLF FAMILY TRUST

THE FLICK FAMILY REVOCABLE TRUST U/A/D 3/9/99 AS AMENDED & COMPLETELY RESTATED 11/11/04

THE FLOYD C. SANGER JR. TRUST U/A 3/11/86

THE FRANCESCA J. VERDUSCO TRUST

THE FRANCESCA J. VERDUSCO TRUST U/A DTD 12/13/1989

THE FRANCISCAN MISSIONARY UNION

THE FREDERICK S. SHARE TRUST U/A DTD 11/04/88

THE FRIEDMAN LIVING TRUST U/A 08/04/99

THE GABELLI ASSET FUND

THE GABELLI EQUITY, INC. FUND

THE GABELLI GLOBAL MULTIMEDIA TRUST, INC.

THE GDL FUND (F/K/A GABELLI GLOBAL DEAL FUND)

THE GLENMEDE TRUST COMPANY, NATIONAL ASSOCIATION

THE GRACE TRUST

THE GRAFF VALVE & FITTINGS COMPANY EMPLOYEES PROFIT SHARING PLAN & TRUST 2 UAD 6/30/85

THE HAMMOND FAMILY TRUST U/A/D 02/11/88

THE HARRIET H. GLASSPIEGEL DL TRUST U/A 6/21/89

THE HARRY F. BYRD JR REVOCABLE TRUST

THE HARTFORD FINANCIAL SERVICES GROUP, INC. D/B/A THE HARTFORD

THE HARTMARX RETIREMENT INCOME PLAN

THE HARVEY B. PLOTNICK DECLARATION OF TRUST U/A/D MARCH 16, 1988

THE HELEN GROSSMAN TRUST DATED 09/08/99

THE HENRY FRANCIS DUPONT WINTERTHUR MUSEUM, INC.

THE HENRY M. HARPER JR. TRUST UA 12/22/93

THE HERBERT VANCE TRUST UAD 8/9/71

THE HERMAN R. FRIEDBERG REVOCABLE TRUST

THE HILL REVOCABLE LIVING TRUST DTD 12/24/91

THE HOWARD SHULKES RESIDUARY CREDIT TRUST U/A DTD 09/20/1991

THE INS. TRUST U/A 4/25/67

THE IRIS B. MAHONEY REVOCABLE TRUST U/A/D 04/10/98

THE J&M TRUST UA DATED 07/23/1992

THE J. MCWETHY TRUST

THE JAMES F. POLK TRUST U/A DTD 12/13/89

THE JAMES G. UP DE GRAFF TRUST U/A 01/15/04

THE JEAN S. BLACK TRUST

THE JEROME BLANK DECLARATION OF TRUST

THE JEROME KAHN JR. REVOCABLE TRUST DTD 10/16/87

THE JOHN & BETTY ALTMAN FAMILY TRUST UAD 05/16/86

THE JOHN B. LLOYD JR. REVOCABLE TRUST

THE JOHN E MAYASICH TRUST U/A DTD 04/23/2007

THE JOHN J. VITANOVEC TRUST U/A DTD 12/27/1996

THE JOHN LANFRANKI & VIRGINIA LANFRANKI TRUST 4/29/80

THE JOHN P. FENDLEY TRUST U/A DTD 11/27/1995

THE JOHN STEWART PROPERTY TRUST

THE JOHN T. MCCUTCHEON III TRUST U/A DTD 10/26/1987

THE JOHN W. MADIGAN TRUST U/A DTD 05/15/1998

THE JOSEPH M. FEE & ELIZABETH FEE REVOCABLE LIVING TRUST

THE JOY LEICHENGER TRUST

THE KASZTON FAMILY TRUST UAD 10/23/97

THE KATHLEEN GEARY TRUST U/A DTD 12/27/1996

THE KENNETH J. VYDRA TRUST NO. 101 U/A/D 03-10-2006

THE KRAFT GROUP

THE LARRY L. BLOOM TRUST 11-21-95

THE LOISANNE R. FLAHERTY TRUST U/A DTD 09/23/2004

THE LOLITA WAGNER LIVING TRUST U/A/D 10/07/88

THE LORETTA C. FINLAY TRUST

THE LOS ANGELES DEPARTMENT OF WATER AND POWER EMPLOYEES RETIREMENT PLAN LCV

THE LUCILE MCVEY DUNN TRUST U/A DTD 12/19/91

48

THE MADGE A.L. MACNEIL 1988 FAMILY TRUST

THE MAINSTAY FUNDS TRUST, AS ISSUER OF A SERIES KNOWN AS MAINSTAY S&P 500 INDEX FUND

THE MAINSTAY FUNDS, AS ISSUER OF A SERIES KNOWN AS MAINSTAY COMMON STOCK FUND

THE MAINSTAY FUNDS, AS ISSUER OF A SERIES KNOWN AS MAINSTAY EQUITY INDEX FUND

THE MARGARET MCKENZIE LIVING TRUST U/A DTD 02/23/1994 AS AMENDED AND RESTATED

THE MARITAL TRUST OF THE DE GOLDSMITH FAMILY TRUST

THE MARK A. ITKIN TRUST

THE MARK R. PATTIS REVOCABLE TRUST

THE MARTHA GROSS LIVING TRUST U/A/D 04/14/1996

THE MARY J. BLOOM TRUST 11-21-95

THE MARY OWEN ROSENTHAL TRUST U/A DTD OCTOBER 19, 1999

THE MARY SHAW MCCUTCHEON TRUST U/A DTD 10/26/1987

THE MARYLAND STATE RETIREMENT AND PENSION SYSTEM

THE MERGER FUND

THE MICHAEL & ROSALIND KEISER CHARITABLE TRUST U/A DTD 12/30/90

THE MICHAEL ARGIRION REVOCABLE TRUST U/A DTD 11/13/96

THE MICHAEL E. BEE TRUST UAD 10/20/2003

THE MICHAEL K. REILLY TRUST U/A DTD 09/25/1995

THE MILLER FAMILY TRUST

THE NATHAN H. PERLMAN TRUST B DTD 12/17/68

THE NBLN LIMITED PARTNERSHIP

THE NEW CHURCH INVESTMENT FUND

THE NEW YORK PROVINCE OF THE SOCIETY OF JESUS

THE NEXT CHAPTER HOLDINGS MARK R. PATTIS REVOCABLE TRUST UAD 07/30/04

THE NORTHERN TRUST COMPANY

THE NORTHERN TRUST COMPANY (AS SUCCESSOR BY MERGER TO NORTHERN TRUST BANK, FSB), AS TRUSTEE OF THE MARGUERITE PAYNE TRUST DATED 6/7/61 FBO VIRGINIA K. TOWNLEY

THE NORTHERN TRUST COMPANY (AS SUCCESSOR BY MERGER TO NORTHERN TRUST, NA), AS GUARDIAN OF THE ESTATE OF DOROTHY PATTERSON

THE NORTHERN TRUST COMPANY (AS SUCCESSOR BY MERGER TO NORTHERN TRUST, NA), AS TRUSTEE OF THE ALPHEUS L. ELLIS 1993 GRANDCHILDREN'S TRUST FBO CHRISTINE GAGNON

THE NORTHERN TRUST COMPANY (AS SUCCESSOR BY MERGER TO NORTHERN TRUST, NA), AS TRUSTEE OF THE ALPHEUS L. ELLIS 1993 GRANDCHILDREN'S TRUST FBO HELEN JO CAHALIN

THE NORTHERN TRUST COMPANY (AS SUCCESSOR BY MERGER TO NORTHERN TRUST, NA), AS TRUSTEE OF THE ALPHEUS L. ELLIS 1993 GRANDCHILDREN'S TRUST FBO LYNN ANN SHARPE

THE NORTHERN TRUST COMPANY (AS SUCCESSOR BY MERGER TO NORTHERN TRUST, NA), AS TRUSTEE OF THE ALPHEUS L. ELLIS 1993 GREAT GRANDCHILDREN'S TRUST

THE NORTHERN TRUST COMPANY (AS SUCCESSOR BY MERGER TO NORTHERN TRUST, NA), AS TRUSTEE OF THE ALPHEUS L. ELLIS 1993 TRUST FBO CAROL E. MARTIN

THE NORTHERN TRUST COMPANY (AS SUCCESSOR BY MERGER TO NORTHERN TRUST, NA), AS TRUSTEE OF THE DOROTHY C. PATTERSON IRREVOCABLE TRUST #2 DATED 12-21-93

THE NORTHERN TRUST COMPANY (AS SUCCESSOR BY MERGER TO NORTHERN TRUST, NA), AS TRUSTEE OF THE R. J. BROOKS COMMUNITY PROPERTY TRUST

THE NORTHERN TRUST COMPANY (AS SUCCESSOR BY MERGER TO NORTHERN TRUST, NA), AS TRUSTEE OF THE RICHARD O. KEARNS REVOCABLE TRUST

THE NORTHERN TRUST COMPANY OF CONNECTICUT, AS TRUSTEE OF THE NTCC ADVISORS FUNDS FOR EMPLOYEE BENEFIT TRUST

THE NORTHERN TRUST COMPANY PENSION TRUST

THE NORTHERN TRUST COMPANY, AS CUSTODIAN OF THE THEODORE D NOVAK IRA ROLLOVER

THE NORTHERN TRUST COMPANY, AS TRUSTEE OF THE BARBARA M. J. WOOD LIVING TRUST UA DATED 9/17/81

THE NORTHERN TRUST COMPANY, AS TRUSTEE OF THE CAROLINE D BRADLEY TRUST DATED 11/30/51 FBO SARAH DOLL BARDER

THE NORTHERN TRUST COMPANY, AS TRUSTEE OF THE CHARLES T. AND MARY HOWE BRUMBACK DESCENDANTS TRUST

THE NORTHERN TRUST COMPANY, AS TRUSTEE OF THE ELEANOR JACKSON STERN TRUST DATED 01/06/1971

THE NORTHERN TRUST COMPANY, AS TRUSTEE OF THE ELMER H. WAVERING FAMILY TRUST DATED 06/24/1977 AS AMENDED

THE NORTHERN TRUST COMPANY, AS TRUSTEE OF THE EMILY G. PLUMB CHARITABLE TRUST DATED 1/8/80 AS AMENDED

THE NORTHERN TRUST COMPANY, AS TRUSTEE OF THE HAROLD R. LIFVENDAHL TRUST DATED 9/7/1988

THE NORTHERN TRUST COMPANY, AS TRUSTEE OF THE HOWARD F. AHMANSON JR. REVOCABLE TRUST

THE NORTHERN TRUST COMPANY, AS TRUSTEE OF THE JESSIE BALL DUPONT FUND

THE NORTHERN TRUST COMPANY, AS TRUSTEE OF THE JULIA NEITZERT TRUST

THE NORTHERN TRUST COMPANY, AS TRUSTEE OF THE LYNN R. WOLFSON TRUST

THE NORTHERN TRUST COMPANY, AS TRUSTEE OF THE MARNI HORWITZ TRUST DATED JANUARY 22, 1998

THE NORTHERN TRUST COMPANY, AS TRUSTEE OF THE MASTER TRUST BETWEEN PFIZER INC. AND THE NORTHERN TRUST COMPANY (AS SUCCESSOR TO WYETH MASTER TRUST))

THE NORTHERN TRUST COMPANY, AS TRUSTEE OF THE NORTHERN TRUST COMPANY PENSION TRUST

THE NORTHERN TRUST COMPANY, AS TRUSTEE OF THE PAUL W. DILLON GRANDCHILDREN'S TRUST DATED 12/6/41 FBO PAUL D. GODDARD

THE NORTHERN TRUST COMPANY, AS TRUSTEE OF THE PAULA MILLER TRIENENS TRUST DATED 9-18-91

THE NORTHERN TRUST COMPANY, AS TRUSTEE OF THE RUSSELL T. STERN TRUST B

THE NORTHERN TRUST COMPANY, AS TRUSTEE OF THE VIRGINIA KEARNS REVOCABLE TRUST

THE NORTHERN TRUST COMPANY, AS TRUSTEE OF THE VIVIAN B. LARSSON TRUST

THE NORTHERN TRUST COMPANY, AS TRUSTEE OF THE WILLIAM BROSS LLOYD JR. NEW YORK TRUST DATED JULY 18, 1968

THE NORTHERN TRUST COMPANY, AS TRUSTEE OF THE WILLIAM BROSS LLOYD JR. VERMONT TRUST DATED JULY 18, 1968

THE NORTHERN TRUST COMPANY, AS TRUSTEE, GENERAL DYNAMICS CORPORATION VEBA TRUST

THE NORTHERN TRUST COMPANY, TRUSTEE, AND TERRY DIAMOND, BENEFICIARY, TERRY DIAMOND IRA

THE O.C. SMITH & P.L. PIERCE JOINT REVOCABLE LIVING TRUST DTD 7/18/2005

THE PANDION II CHARITABLE REMAINDER UNI TRUST U/A DTD 12-22-2005

THE PAUL H. DEAN MARITAL TRUST A

THE PECARO FAMILY TRUST DTD 4/12/02

THE PENSION BOARDS - UNITED CHURCH OF CHRIST, INC.

THE PEOPLES BANK

THE PETER J. FERNALD TRUST U/A 1/13/92

THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE

THE R. J. BROOKS COMMUNITY PROPERTY TRUST

THE RAPPAPORT FAMILY TRUST U/A DTD 06/04/1992

THE RAYMOND & ANNA SCHROER TRUST U/A DTD 09/28/2006

THE RAYMOND JOHN FRANK REVOCABLE TRUST UA 03/07/00

THE READER'S DIGEST ASSOCIATION, INC. RETIREMENT PLAN, AND ITS TRUSTEE, THE NORTHERN TRUST COMPANY, IN ITS CAPACITY AS TRUSTEE THEREOF

THE RENEE H. MILLER LIVING TRUST

THE REVOCABLE TRUST FOR THE BENEFIT OF CHRISTOPHER LINDBLAD U/A/D 04-20-2000

THE RICHARD HAIGLER & DESPINA HAIGLER LIVING TRUST U/A 11/04/91

THE ROBERT A. HABERMANN REVOCABLE TRUST U/A DTD 4/20/99

THE ROBERT B. GREENE JR. TRUST U/A DTD 11/06/86

THE ROBERT C & NANCY LOBDELL FAMILY TRUST UA 08/20/96

THE ROBERT R. CULL TRUST U/A 1/14/98

THE ROBERT S. SPLITHOFF TRUST U/A/D 05-27-1992

THE ROELAND FAMILY TRUST UA 8/19/86

THE ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES, A CORPORATION SOLE

THE RONALD CANN TRUST UAD 11-22-04

THE ROSENBERG REVOCABLE TRUST

THE ROYAL BANK OF SCOTLAND PLC

THE ROYAL BANK OF SCOTLAND PLC (ROYAL BANK OF SCOTLAND FINANCIAL MARKETS)

THE RUSSELL F. STEPHENS JR. TRUST U/A DTD 02/10/1992

THE RUTH STEIN DISCRETIONARY TRUST FOR JOAN UAD 1/2/80

THE SALLY H. CONTANT TRUST U/A DTD 10/13/1983

THE SAMUEL S. MOORE TRUST U/A DTD 10/11/1988

THE SARA JOYCE TRUST U/A DTD 12/7/2005

THE SARGEANT & LUANN JOYS LIVING TRUST

THE SCHEIERMANN LIVING TRUST U/A DTD 08/28/1997

THE SCHULER TRUST

THE SHERRIE M. ARGIRION REVOCABLE TRUST U/A DTD 11/13/96

THE SIRAGUSA FOUNDATION

THE SOUTHERN CALIFORNIA UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND FOOD EMPLOYERS JOINT PENSION TRUST FUND

THE SPURGEON FAMILY LIMITED PARTNERSHIP

THE SPURGEON FAMILY LIMITED PARTNERSHIP C/O CHARLES H. SPURGEON

THE SPURGEON FAMILY TRUST UAD 10/19/92

THE STEPHANIE B FLYNN TRUST U/A DTD 11/14/62

THE STEPHANIE MURRAY LIVING TRUST

THE STRATEGIC OPPORTUNITIES MASTER FUND LP

THE SUMITOMO TRUST & BANKING CO., LTD., AS TRUSTEE FOR PENSION COMMINGLE FUND

THE SURVIVORS' TRUST

THE SURVIVORS' TRUST CR 9/30/01 UA CHARLES R. & ELIZABETH F. REDMOND TRUST DTD 05/20/87

THE SYBIL JINX ROBINSON SEPARATE PROPERTY TRUST

THE TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK, BY AND THROUGH THE TEACHERS' RETIREMENT BOARD

THE TERRILL F. COX & LORRAINE M. COX TRUST U/A DTD 3/31/98

THE THOMAS DECEDENT'S TRUST U/D/T 6/12/1981

THE THOMAS T. BYRD TRUST UA 01/25/82

THE TILLMAN FAMILY TRUST U/A 07/29/1980

THE TRUST BY ANTOINETTE B. BRUMBAUGH U/A DATED 10/05/94

THE TRUST BY CAROL E. JANSSON U/A DTD 06/17/1998

THE TRUST BY DONALD L. MILLER U/A DTD 05/20/1982

THE TRUST BY EDWIN J. HAYES JR. U/A DTD 5/26/2006

THE TRUST BY ELAINE T. BOVAIRD U/A DTD 02/18/1993

THE TRUST BY JOHN AND JANN REARDON U/A DTD 11/03/1999

THE TRUST BY MARGARET R. CONIGLIO U/A DTD 08/22/1989

THE TRUST BY MARY JO OSTERMAN U/A/D 04/04/91 FBO MARY JO OSTERMAN

THE TRUST BY MARY K. LAWLER U/A DTD 06/18/1996

THE TRUST BY MICHAEL R. QUINLAN U/A DTD 09/04/1979

THE TRUST BY MRS. LOIS D. KALIEBE U/A DTD 03/05/1993

THE TRUST BY PHILIP B. DOHERTY U/A DTD 04/28/2000

THE TRUST BY R. MARK MALLORY U/A DTD 12/30/1999

THE TRUST BY RICHARD A. KUCERA & DIANE A. KUCERA U/A/D 03-23-07 FBO RICHARD & DIANE KUCERA

THE TRUST BY RUTHELLYN MUSIL U/A DTD 07/27/2001

THE TRUST BY SCOTT C. SMITH U/A DTD 04/16/1983

THE TRUST BY THOMAS J. OSTERMAN U/A/D 04/04/91 FBO THOMAS J. OSTERMAN

THE TRUST BY WALTER E. GRAHAM U/A DTD 10-16-2000

THE TRUST BY WALTER K. GRAHAM FOR THE BENEFIT OF ANNE G. TAYLOR U/A DTD 10/16/2000

THE TRUST FBO BERNARD RABINOWITZ

THE TRUST FBO ROBERT JOSEPH WHITE U/A/D 06/16/99

THE TRUST FOR THE BENEFIT OF BERNARD RABINOWITZ U/A/D 09-11-2006

THE TRUST FOR THE BENEFIT OF JOHN A. ORB U/A/D/ 11/02/04

THE TRUST FOR THE BENEFIT OF JOHN F. BARNARD UAD 4/4/03

THE TRUST FOR THE BENEFIT OF PAUL P. MAHONEY DTD 12/28/1978

THE TRUST FOR THE BENEFIT OF SAMUEL H FRANKEL U/A/D 01/28/80

THE TRUST FOR THE BENEFIT OF SHERRY P. BRODER U/A DTD 1/1/94

THE TRUST FOR THE BENEFIT OF SUSAN H. SHANE

THE TRUST U/A DTD 02/23/1981 BY MICHAEL ROSENBERG

THE TRUST U/A DTD 11/02/1977 BY ROBERT ROSENBERG

THE TRUST U/A DTD 11/07/1994 FOR THE BENEFIT OF S. KEATING AND CAROL RHOADS

THE TRUST U/A DTD 8/22/1989 BY MARY CONIGLIO

THE TRUST U/A DTD 8/22/1989 BY MARY CONIGLIO GSTT TE TRUST

THE TRUST U/I KATHERINE PRATT TWICHELL DATED JULY 27, 1964 FOR THE ISSUE OF HARMONY T. CLEMENT

THE TRUST U/W CHARLENE FROST

THE U/A DTA 03/29/04 JOANNE DESHEROW SANGER LIVING TRUST

THE VANGUARD GROUP INC. INFOSEARCH, INC.

THE VANGUARD GROUP, INC.

THE VANGUARD GROUP, INC. RICHARD CLENNER

THE VERNA R. HARRAH TRUST SPECIAL ACCOUNT DTD 9/5/86

THE VICTORIA BADALI DEC OF LIVING FAMILY TRUST UAD 12/9/98

THE WARD L. QUAAL REVOCABLE TRUST UA 09/02/1993

THE WEEGE FAMILY TRUST U/A 6/21/89

THE WENDY & NATALIE TRUST UW WALTER BLUM

THE WHITTIER TRUST COMPANY

THE WILL K. WEINSTEIN REVOCABLE TRUST U/A DTD 2-27-90

THE WILLIAM A. OSBORN 2004 TRUST U/A 9/9/04

THE WILLIAM D. MAC DONALD & NANCY L. MAC DONALD TRUST UA 7 21

THE WILLIAM JAMES BELL 1993 TRUST U/A 8/23/93 (CASH & HOLDING ACCOUNT)

THE WOODS/MITCHELL FAMILY TRUST

THE WORKERS COMPENSATION BOARD - ALBERTA

THE YEOMANS FAMILY TRUST U/A 2/22/92

THEODORE D. NOVAK

THERESE M. CUSHING

THIRD MILLENNIUM TRADING LLC

THOMAS B. O'KEEFE

THOMAS D. LEACH

THOMAS E. MITCHELL III

THOMAS F. FRIEDBERG, AS TRUSTEE OF THE HERMAN R. FRIEDBERG REVOCABLE TRUST

THOMAS J. KUHN, AS A TRUSTEE OF THE ROBERT J. KUHN DECLARATION OF TRUST DATED 4-6-92

THOMAS J. MAJORANA

THOMAS J. MAJORANA, CGM IRA CUSTODIAN

THOMAS J. OSTERMAN, INDIVIDUALLY AND AS TRUSTEE OF THE TRUST BY THOMAS J. OSTERMAN U/A/D 04/04/91 FBO THOMAS J. OSTERMAN

THOMAS JEAVONS, AS TRUSTEE OF THE JESSIE BALL DUPONT FUND

THOMAS LEACH

THOMAS M. OWENS

THOMAS PERRY

THOMAS R BLEND, AS TRUSTEE OF THE BLEND SURVIVOR'S TRUST DATED 12/02/99

THOMAS R. BLEND, AS TRUSTEE OF THE BLEND DECEDENT'S TRUST UAD 12/2/99

THOMAS W. HUNDLEY

THOMASYNE C. HUBERT

THORNE, CARL F AND ROSELLA M THORNE

THRIFT PLAN FOR THE EMPLOYEES OF THE FEDERAL RESERVE SYSTEM

THRIVENT FINANCIAL FOR LUTHERANS F/K/A LUTHERAN BROTHERHOOD

THRIVENT SERIES FUND, INC.

THRIVENT SERIES FUND, INC., AS OWNER OF THE THRIVENT SERIES FUND BALANCED PORTFOLIO

THRIVENT SERIES FUND, INC., AS OWNER OF THE THRIVENT SERIES FUND LARGE CAP INDEX PORTFOLIO

TIAA BOARD OF OVERSEERS, AS TRUSTEE

TIAA-CREF (TIAA-CREF) TIM GEHMAN

TIAA-CREF FUNDS

TIAA-CREF INSTITUTIONAL MUTUAL FUNDS

TIAA-CREF INVESTMENT MANAGEMENT, LLC

TIAA-CREF LIFE FUNDS

TIMBER HILL LLC

TIME WARNER INC. MASTER PENSION TRUST

TIMES MIRROR SAVINGS PLUS PLAN

TIMOTHY A. SEWELL

TIMOTHY LANDON

TIMOTHY R. KENNEDY

TIMOTHY S. PECARO

TLCD LIST LP

TMS/ITS SETT A/C FOR HFF I LLC

TOCQUEVILLE ASSET MANAGEMENT LP

TOMPKINS FINANCIAL CORPORATION F/K/A TOMPKINS TRUSTCO, INC.

TORO TRADING LLC

TOWERVIEW LLC

TRACY LEACH

TRACY OPAT, AS AN INDIVIDUAL AND AS TRUSTEE OF A CERTAIN TRUST DOCUMENT DATED AUGUST 31, 2006

TRADELINK LLC

TRADESTATION SECURITIES, INC.

TRADEWORX SECURITIES LLC

TRADEWORX SECURITIES, INC.

TRADEWORX ULTRA SELECT LP

TRAITS OMNI

TRANSAMERICA ASSET MANAGEMENT, AS OWNER OF THE DIA MID CAP VALUE PORTFOLIO

TRANSAMERICA BLACKROCK LARGE CAP VALUE VP (F/K/A TRANSAMERICA T. ROWE PRICE EQUITY INCOME VP)

TRANSAMERICA PARTNERS MID VALUE PORTFOLIO (F/K/A TRANSAMERICA PARTNERS MID-CAP VALUE PORTFOLIO F/K/A DIVERSIFIED INVESTORS MID-CAP VALUE PORTFOLIO)

TRANSAMERICA PARTNERS PORTFOLIOS (F/K/A DIVERSIFIED INVESTORS PORTFOLIOS)

51

TRANSAMERICA SERIES TRUST (F/K/A AEGON/TRANSAMERICA SERIES TRUST)

TRANSIT EMPLOYEES RETIREMENT ARIEL/TERP

TRE PENSION EFT ACCT PPS

TREASURER OF THE STATE OF NORTH CAROLINA

TREASURER OF THE STATE OF NORTH CAROLINA INDEX

TRIBUNE COMPANY 401(K) SAVINGS PLAN

TRIBUNE COMPANY MASTER RETIREMENT SAVINGS TRUST

TRIBUNE EMPLOYEE STOCK OWNERSHIP PLAN

TRINITY DERIVATIVES GROUP LLC

TRUDY V. DUNAWAY, AS A TRUSTEE OF THE FBO DUNAWAY FAMILY TRUST U/A/D 07-05-1991

TRUST BY ALYCE TUTTLE FULLER U/A DTD 10/03/2003

TRUST BY JANICE M. MCGURN U/A DTD 09/22/1987

TRUST COMPANY OF TOLEDO

TRUST D FOR A PORTION OF THE ASSETS OF THE KODAK RETIREMENT INCOME FUND PLAN

TRUST FOR THE BENEFIT OF MARY ANNE VYDRA U/A/D 03-10-2006

TRUST U/W OF SOL DIAMOND DATED 12/4/72

TRUST U/A E. L. SANFORD CHILDREN FBO ADA

TRUSTEES OF BOSTON COLLEGE

TWEEDY BROWNE FUNDS INC. [TWEEDY, BROWNE FUND INC.]

TWEEDY, BROWNE COMPANY, LLC

TWEEDY, BROWNE VALUE FUND

TWIN SECURITIES, INC.

U.S. BANK N.A., AS TRUSTEE OF ANDERSEN DEFINED BENEFIT

U.S. BANK N.A., AS TRUSTEE OF BELLIN HOSPITAL

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE OF THE US BANCORP PENSION PLAN

U.S. CORE EQUITY 1 PORTFOLIO OF DFA INVESTMENT DIMENSIONS GROUP, INC.

U.S. CORE EQUITY 2 PORTFOLIO OF DFA INVESTMENT DIMENSIONS GROUP, INC.

U.S. LARGE CAP VALUE SERIES OF THE DFA INVESTMENT TRUST COMPANY

U.S. LARGE COMPANY EQUITY FUND

U.S. LARGE COMPANY PORTFOLIO OF DIMENSIONAL INVESTMENT GROUP, INC. (F/K/A U.S. LARGE COMPANY SERIES OF THE DFA INVESTMENT TRUST COMPANY)

U.S. TRUST COMPANY OF DELAWARE THE CORPORATION TRUST COMPANY

U.S. VECTOR EQUITY PORTFOLIO OF DFA INVESTMENT DIMENSIONS GROUP, INC.

U/A/D 07-14-2000 FBO THE 2000 PECKHAM FAMILY TRUST

UA LOCAL UNION OFFICE & EMPLOYEES [UNITED ASS'N OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY]

UBS AG

UBS FINANCIAL SERVICES INC.

UBS FTC S&P 500 INDEX PORTFOLIO, JOHN DOE, AS OWNER OF, WILMINGTON TRUST FIDUCIARY SERVICES COMPANY

UBS GLOBAL ASSET MANAGEMENT (AMERICAS) INC.

UBS GLOBAL ASSET MANAGEMENT (US) INC.

UBS O'CONNOR LLC

UBS SECURITIES LLC

UBS SECURITIES LLC AS SUCCESSOR TO UBS SECURITIES INC.

UD VIRGINIA S. RISLEY JT RISLEY

UFCW INTERNATIONAL UNION-INDUSTRY PENSION FUND

ULTRA SELECT LP C/O CORP SERVICE COMPANY

UMB BANK, N.A. ATTN: JOHN C. PAULS

UMC BENEFIT BOARD, INC.

UMWA 1974 PENSION TRUST

UNION BANK & TRUST COMPANY

UNION BANK OF CALIFORNIA, N.A.

UNION BANK, N.A.

UNISYS CORPORATION

UNISYS MASTER TRUST

UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PEN FD

UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND EMPLOYERS MIDWEST PENSION FUND

UNITED STATES TRUST COMPANY OF NEW YORK, AS TRUSTEE OF THE TRUST U/I KATHERINE PRATT TWICHELL DATED JULY 27, 1964 FOR THE ISSUE OF HARMONY T. CLEMENT

UNITED STATES TRUST COMPANY OF NEW YORK, AS TRUSTEE OF THE TRUST UNDER AN AGREEMENT DATED DECEMBER 13, 1976 BETWEEN VIRGINIA S. RISLEY, AS SETTLOR, AND WILLIAM H. RISLEY, DAVID C. DE SIEYES, AND UNITED STATES TRUST COMPANY OF NEW YORK, AS TRUSTEES

UNITED TEAMSTERS PENSION FUND "A," BY AND THROUGH ITS BOARD OF TRUSTEES

UNITED TECHNOLOGIES CORP. MASTER RETIREMENT TRUST, JOHN DOE, TRUSTEE FOR

UNITIED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PEN FD

UNIVERSITY OF CA REGENTS (SCAL REGENTS) ROBERT YASTISHAK

UNIVERSITY OF TORONTO MASTER TRUST

US BANCORP INVESTMENTS, INC.

US BANK N.A.

US BANK N.A., AS TRUSTEE OF DOROTHY R MONG FAMILY TRUST

US BANK N.A., AS TRUSTEE OF LAY EMPLOYEES OF THE ARCHDIOCESE OF CINCINNATI DEFINED BENEFIT PLAN

US BANK N.A., AS TRUSTEE OF THELMA ORSHEK TESTAMENTARY TRUST

US BANK N.A., AS TRUSTEE OF WILLIAM B DENHART NONQUALIFYING TRUST UNDER WILL OF WILLIAM B DENHART

US TRUST CO., N.A.

USAA FEDERAL SAVINGS BANK, IN ITS CUSTODIAL CAPACITY

USAA INVESTMENT MANAGEMENT COMPANY

USAA MUTUAL FUNDS TRUST

V TRADER PRO LLC

V. M. BROOKES

VA U.S. LARGE VALUE PORTFOLIO OF DFA INVESTMENT DIMENSIONS GROUP, INC.

VALIC COMPANY I [STOCK INDEX FUND, A SERIES OF VALIC COMPANY I F/K/A AIG RETIREMENT COMPANY I]

VALUE FUND, A SERIES OF FIRST INVESTORS EQUITY FUNDS

VALUE FUND, A SERIES OF FIRST INVESTORS LIFE SERIES FUNDS

VALUE LINE ASSET MANAGEMENT

VALUE LINE INCOME & GROWTH FUND (F/K/A VALUE LINE INCOME FUND)

VALUE LINE, INC (THE VALUE LINE INCOME FUND) VALUE LINE ASSET MANAGEMENT PORTFOLIO ADMINISTRATION

VANDERBILT PARTNERS, LLC

VANGUARD ASSET ALLOCATION FUND

VANGUARD BALANCED INDEX FUND (A/K/A VANGUARD BALANCED INDEX EQUITY FUND)

VANGUARD CONSUMER DISCRETIONARY INDEX FUND

VANGUARD EQUITY INCOME FUND

VANGUARD FENWAY FUNDS

VANGUARD FIDUCIARY TRUST COMPANY, AS TRUSTEE OF ITS SPONSORED AND MANAGED COLLECTIVE INVESTMENT FUNDS

VANGUARD FIDUCIARY TRUST COMPANY, CUSTODIAN, AND JOHN MAHER, BENEFICIARY, JOHN MAHER IRA ROLLOVER ACCOUNT

VANGUARD FIDUCIARY TRUST COMPANY, CUSTODIAN, STEVE H. KAGAN IRA ROLLOVER ACCOUNT

VANGUARD FIDUCIARY TRUST COMPANY, CUSTODIAN, WILLIAM O. HOWE IRA

VANGUARD FIDUCIARY TRUST COMPANY, RUSSELL 1000 VALUE

VANGUARD FINANCIAL GROUP, INC. SPIEGAL & UTRERA, P.C.

VANGUARD FTSE SOCIAL INDEX FUND

VANGUARD GROUP, INC. MMTS, INC.

VANGUARD GROWTH & INCOME FUND

VANGUARD HIGH DIVIDEND YIELD INDEX FUND

VANGUARD INDEX 500 FUND

VANGUARD INDEX FUNDS

VANGUARD INSTITUTIONAL INDEX FUND

VANGUARD INSTITUTIONAL INDEX FUNDS

VANGUARD INSTITUTIONAL TOTAL STOCK MARKET INDEX FUND

VANGUARD LARGE CAP INDEX FUND

VANGUARD MALVERN FUNDS

VANGUARD MID-CAP INDEX FUND

VANGUARD MID-CAP VALUE INDEX FUND

VANGUARD QUANTITATIVE FUNDS

VANGUARD SCOTTSDALE FUNDS

VANGUARD STRUCTURED LARGE-CAP EQUITY FUND

VANGUARD TAX MANAGED GROWTH & INCOME FUND

VANGUARD TAX-MANAGED FUND

VANGUARD TAX-MANAGED FUNDS

VANGUARD TOTAL STOCK MARKET INDEX FUND

VANGUARD VALLEY FORGE FUNDS

VANGUARD VALUE INDEX FUND

VANGUARD VARIABLE INSURANCE FUND

VANGUARD VARIABLE INSURANCE FUNDS

VANGUARD VVIF EQUITY FUND INDEX

VANGUARD VVIF EQUITY INCOME VGI

VANGUARD VVIF MIDCAP INDEX FUND

VANGUARD WHITEHALL FUNDS

VANGUARD WINDSOR FUNDS

VANGUARD WINDSOR II FUND

VANGUARD WORLD FUND (F/K/A VANGUARD WORLD FUNDS)

VANTAGEPOINT FUNDS

VARDA RABIN, AS TRUSTEE OF THE IRVING & VARDA RABIN 1992 REVOCABLE TRUST

VARIABLE INSURANCE PRODUCTS FUND II [VIP INDEX 500 FUND, A SERIES OF VARIABLE INSURANCE PRODUCTS FUND II]

VEBA PARTNERSHIP N L.P.

VEBA PARTNERSHIP X L.P.

VERITABLE PARTNERSHIP HOLDING, INC.

VERIZON INVESTMENT MANAGEMENT CORPORATION

VERMONT STATE EMPLOYEES RETIREMENT SYSTEM

VERN M. STRICKLER

VERNA R. HARRAH, AS TRUSTEE OF THE VERNA R. HARRAH TRUST SPECIAL ACCOUNT DTD 9/5/86

VFTC - VANGUARD COMPANY STOCK ACCOUNT 21

VICESEL GROUP INC.

VICTOR GROSSI

VIKRAM PARVATANENI

VILMA L. CHANTILES

VINCENT A. BADALI, AS A TRUSTEE OF THE VICTORIA BADALI DEC OF LIVING FAMILY TRUST UAD 12/9/98

VIOLET PAYNE

VIRGIL SMITH RAY

VIRGINIA A. KEARNS, AS TRUSTEE OF THE VIRGINIA KEARNS REVOCABLE TRUST

VIRGINIA COLLEGE SAVINGS PLAN

VIRGINIA G. SHUSTER

VIRGINIA K. TOWNLEY

VIRGINIA KEARNS REVOCABLE TRUST

VIRGINIA LANFRANKI, AS TRUSTEE OF THE JOHN LANFRANKI & VIRGINIA LANFRANKI TRUST 4/29/80

VIRGINIA RETIREMENT SYSTEM

VIRGINIA SONNENSCHEIN TRUST

VIRGINIA SONNENSCHEIN, AS TRUSTEE OF THE VIRGINIA SONNENSCHEIN TRUST

VIVIAN B. LARSSON TRUST

VOGEL CONSULTING GROUP, S.C.

VYVIAN HEATH

W. ELLIS GIDDENS LIVING TRUST

W. MILTON JR. TRUST UNDER WILL FOR THE BENEFIT OF ANNA LIVINGSTONE

W. ROCKWELL WIRTZ

W. WRIGLEY JR. CHRISTMAS TRUST

WABASH/HARVEST PARTNERS LP (F/K/A WABASH HARVEST PARTNERS LP)

WACHOVIA BANK F/K/A WACHOVIA BANK, N.A.

WACHOVIA BANK, N.A.

WALT DISNEY COMPANY

WALTER E. GRAHAM

WALTER E. GRAHAM, AS TRUSTEE OF THE TRUST BY WALTER K. GRAHAM FOR THE BENEFIT OF ANNE G. TAYLOR U/A DTD 10/16/2000

WALTER K. GRAHAM

WALTER K. TAYLOR

WALTERS ART GALLERY, INC., D/B/A THE WALTERS ART MUSEUM

WALTERS TRUSTEES CONSOLIDATED FUND- FIXED INCOME

WARD L. QUAAL

WARD L. QUAAL REVOCABLE TRUST DATED 09/02/1993

WARREN B. WILLIAMSON

WARREN B. WILLIAMSON, AS TRUSTEE OF THE CHANDLER TRUST NO. 1

WARREN B. WILLIAMSON, AS TRUSTEE OF THE CHANDLER TRUST NO. 2

WARREN J. EIDE

WASHINGTON AREA CARPENTERS PENSION FUND

WATER AND POWER EMPLOYEES' RETIREMENT, DISABILITY, AND DEATH BENEFIT INSURANCE PLAN

WATERMAN BROADCASTING CORP EMPLOYEE PROFIT SHARING PLAN U/A 01/01/1974

WATERMAN BROADCASTING INVESTMENT CORPORATION

WAYNE HUMMER TRUST CO NA

WEDBUSH MORGAN SECURITIES, INC.

WEDBUSH SECURITIES, INC.

WEINTRAUB CAPITAL MANAGEMENT

WEISS MULTI-STRATEGY PARTNERS LLC

WELCH AND FORBES LLC

WELFARE & PENSION ADMINISTRATION SERVICES INC., AS ADMINISTRATOR OF THE AUTOMOTIVE MACHINISTS PENSION TRUST FUND

WELFARE AND PENSION ADMIN. SERVICE, INC., AS ADMINISTRATOR OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY RETIREMENT FUND FOR LOCALS 302 AND 612

WELLS FARGO BANK, N.A.

WELLS FARGO INVESTMENTS, LLC

WELLSPAN HEALTH MASTER TRUST

WELLSPAN HEALTH SYSTEM

WESTCHESTER CAPITAL MANAGEMENT LLC

WG TRADING CO LP ROBB EVANS & ASSOCIATES LLC, RECEIVER

WHI GROWTH FUND

WHITE MOUNTAINS RE BERMUDA LTD.

WHITE MOUNTAINS REINSURANCE COMPANY OF AMERICA

WHITEBOX DIVERSIFIED CONVERTIBLE ARBITRAGE FUND LP

WHITEBOX HEDGED HIGH YIELD FUND, L.P.

WHITNEY, CLARA, TRUSTEE FOR ANNE MCKENNY

WILL K. WEINSTEIN, AS TRUSTEE OF THE WILL K. WEINSTEIN REVOCABLE TRUST U/A DTD 2-27-90

WILLIAM A. OSBORN

WILLIAM A. OSBORN, TRUSTEE OF THE WILLIAM A. OSBORN 2004 TRUST U/A 9/9/04

WILLIAM APFELBAUM

WILLIAM BLAIR & CO.

WILLIAM BLAIR & COMPANY, L.L.C. C/O CORPORATION SERVICE COMPANY

WILLIAM BROSS LLOYD JR. NEW YORK TRUST DATED JULY 18, 1968

WILLIAM BROSS LLOYD JR. VERMONT TRUST DATED JULY 18, 1968

WILLIAM CAPLICE REVOCABLE TRUST

WILLIAM EFFRON KATZIN

WILLIAM ELLIS GIDDENS, AS A TRUSTEE OF THE W. ELLIS GIDDENS LIVING TRUST

WILLIAM F. THOMAS JR., AS TRUSTEE OF THE THOMAS DECEDENT'S TRUST U/D/T 6/12/1981

WILLIAM F. WARCHOL

WILLIAM J. BELL, AS TRUSTEE OF THE WILLIAM JAMES BELL 1993 TRUST U/A 8/23/93 (CASH & HOLDING ACCOUNT)

WILLIAM J. BROWN

WILLIAM K. MCGEE JR.

WILLIAM KASZTON, AS TRUSTEE OF THE KASZTON FAMILY TRUST UAD 10/23/97

WILLIAM M. GARLAND III

WILLIAM MURPHY

WILLIAM OSBORN, AS TRUSTEE OF THE HERMAN R. FRIEDBERG REVOCABLE TRUST

WILLIAM P. HAMMOND TRUST

WILLIAM P. HAMMOND, TRUSTEE

WILLIAM P. MUMMA

WILLIAM R HOUGH CHARITABLE REMAINDER UNIT TRUST DATED 12/21/2001

WILLIAM R. HOUGH

WILLIAM R. LYNCH

WILLIAM SANDERSON TWADDELL

WILLIAM STINEHART JR.

WILLIAM STINEHART JR., AS TRUSTEE OF CHANDLER TRUST NO. 1

WILLIAM STINEHART JR., AS TRUSTEE OF CHANDLER TRUST NO. 2

WILLIAM STINEHART JR., AS TRUSTEE OF STINEHART LIVING TRUST UA DTD 05/19/89

WILLIAM V. MONOPOLI

WILLIAMS, DAVID D. AND SANDRA L. WILLIAMS JTWROS

WILLOW CREEK CAPITAL PARTNERS

WILLOW CREEK OFFSHORE FUND

WILMINGTON FIDUCIARY TRUST SERVICES CO. (F/K/A UBS FIDUCIARY TRUST CO.) COLLECTIVE INVESTMENT TRUST FOR EMPLOYEE BENEFIT PLANS

WILMINGTON TRUST CO. AS OWNER & TRUSTEE FOR THE FORESTAL FUNDING MASTER TRUST C/O US TRUST - ATTN: JANET O'HARA

WILMINGTON TRUST CO. AS OWNER AND TRUSTEE OF FORRESTAL FUNDING MASTER TRUST

WILMINGTON TRUST COMPANY WILMINGTON TRUST COMPANY

WILMINGTON TRUST COMPANY, AS TRUSTEE OF CHRISTIANA CARE HEALTH SERVICES RETIREMENT PLAN

WILMINGTON TRUST COMPANY, AS TRUSTEE OF SELF-INSURANCE RESERVE FUND

WILSHIRE 5000 INDEX FUND

WILSHIRE MUTUAL FUNDS, INC., AS OWNER OF THE WILSHIRE 5000 INDEX FUND

WILSHIRE VARIABLE INSURANCE TRUST

WILSHIRE VARIABLE INSURANCE TRUST EQUITY FUND

WILSHIRE VARIABLE INSURANCE TRUST SOCIALLY RESPONSIBLE FUND

WINCHESTER EVENING STAR, INC.

WIRTZ CORPORATION

WISCONSIN REINSURANCE CORP

WOLVERINE CONVERTIBLE ARBITRAGE FUND LLC

WOLVERINE TRADING LLC

WOODMONT INVESTMENTS LTD.

WOODS FUND OF CHICAGO

WORLDWIDE TRANSACTIONS LIMITED

WPG ERICOTT MERGER ARBITRAGE OVERSEAS LP

WR CAPITAL MANAGEMENT LLC

WRIGLEY, WILLIAM JR., TRUSTEE, W. WRIGLEY JR. CHRISTMAS TRUST

XCEL ENERGY INC.

YIELD STRATEGIES FUND I LP

YNEZ VIOLE O'NEILL

ZIEGLER FAMILY TRUST A

ZOLTAN HORVATH

ZOOLOGICAL SOCIETY OF SAN DIEGO

## Exhibit E
## APPELLEES-CROSS-APPELLANTS AND COUNSEL LIST

| Defendants-Appellees-Cross-Appellants | Executive Committee Member |
|---|---|
| Cantigny Foundation<br>The Robert R. McCormick Foundation | **Large Private Beneficial Owners**<br>David C. Bohan<br>**Katten Muchin Rosenman LLP**<br>525 West Monroe Street<br>Chicago, IL 60661<br>Telephone: (312) 902-5566<br>Facsimile: (312) 902-1061<br>E-mail:    david.bohan@kattenlaw.com |

| Defendants-Appellees-Cross-Appellants | Executive Committee Member |
|---|---|
| Chandler Trust No. 1<br>Chandler Trust No. 2 | **Large Private Beneficial Owners**<br>Joel A. Feuer<br>**Gibson, Dunn & Crutcher LLP**<br>2029 Century Park East<br>Los Angeles, CA 90067<br>Telephone: (310) 551-8808<br>Facsimile: (310) 552-7058<br>E-mail:    jfeuer@gibsondunn.com |

| Defendants-Appellees-Cross-Appellants | Executive Committee Member |
|---|---|
| Aetna, Inc.<br><br>BNA Employees' Retirement Plan, incorrectly named as "Bureau of Natl Affairs Ret"<br><br>Sharon Christhilf<br><br>The Church Pension Fund, in its individual and trustee capacities<br><br>City of Los Angeles Employees' Retirement System<br><br>Los Angeles Fire and Police Pension Plan<br><br>DL Partners, LP<br><br>Great-West Life & Annuity Insurance Company<br><br>Maxim T. Rowe Price Equity/Income Portfolio<br><br>Maxim Foreign Equity Portfolio<br><br>Maxim Series Fund, Inc.<br><br>Harris Corporation Master Trust, incorrectly named as "Harris Corp. Retirement Trust"<br><br>Hartford Life Insurance Company<br><br>Hartford Investment Management Company<br><br>The Hartford Financial Services Group, Inc., incorrectly named as "The Hartford Financial Services Group, Inc. d/b/a The Hartford"<br><br>Teachers Retirement System of the State of Illinois, incorrectly named as "Teachers Retirement System of the State of Illinois-SRS"<br><br>ING Capital LLC<br><br>ING Investment Trust Co.<br><br>ING T. Rowe Price Equity Income Portfolio, a series of ING Investors Trust, incorrectly named as "ING Investors Trust"<br><br>The Kraft Group<br><br>Laborers' District Council & Contractors Pension Fund of Ohio | **<u>Financial Institution Holders</u>**<br>P. Sabin Willett<br>Michael C. D'Agostino<br>**Bingham McCutchen LLP**<br>One Federal Street<br>Boston, MA 02110-1726<br>Telephone: (617) 951-8000<br>Facsimile: (617) 951-8726<br>E-Mail:    sabin.willett@bingham.com<br>                michael.dagostino@bingham.com |

| Defendants-Appellees-Cross-Appellants | Executive Committee Member |
|---|---|
| Legg Mason Batterymarch Financial Management S&P 500 Index Fund, a series of the Legg Mason Partners Equity Trust, a Maryland statutory trust, incorrectly named as "Legg Mason Partners" | |
| Madison Square Investors Large-Cap Enhanced Index Fund LP (f/k/a NYLIM-QS Large Cap Enhanced Fund LP), incorrectly named as "NYLIM-QS Large Cap Enhanced Fund LP," and also incorrectly named as "Madison Square Investors Large-Cap Enhanced Index Collective Index Fund f/k/a NYLIM Large-Cap Enhanced Index Collective Fund" | |
| New York Life Insurance Company | |
| The MainStay Funds | |
| MainStay Funds Trust | |
| MainStay VP Funds Trust f/k/a, Mainstay VP Series Fund, Inc. | |
| National Railroad Retirement Investment Trust | |
| NorthShore University HealthSystem Second Century Fund | |
| NorthShore University HealthSystem, as Owner of the NorthShore University HealthSystem Second Century Fund | |
| Northwestern Mutual Series Fund, Inc. | |
| Northwestern Mutual Life Insurance Company | |
| Ohio National Fund, Inc., which was also incorrectly named in the Complaint as "Ohio Natl Fund, Inc. Strategic Value Portfolio," and as "John Doe, as Owner of Ohio Natl Fund, Inc. Strategic Value Portfolio Ohio National Financial Services" | |
| Dorothy D. Park | |
| Principal Variable Contracts Funds, Inc. | |
| Prudential Insurance Company of America incorrectly named as "Prudential Insurance Co. | |

| Defendants-Appellees-Cross-Appellants | Executive Committee Member |
|---|---|
| of America (PMFIM)" | |
| Prudential Investment Management, Inc. | |
| Prudential Retirement Insurance and Annuity Company, incorrectly named as "Prudential Retirement SA LV5 LCV" | |
| PRIAC Funds | |
| Stock Index Portfolio, a Series of the Prudential Series Fund, Inc. | |
| Conservative Balanced Portfolio, a Series of the Prudential Series Fund, Inc. | |
| Prudential Investment Portfolios 3 – Prudential Strategic Value Fund | |
| Prudential Investment Portfolios 8 – Prudential Stock Index Fund | |
| Putnam S&P 500 Index Fund | |
| Redwood Master Fund, Ltd. | |
| Sterne Agee & Leach, Inc. | |
| T. Rowe Price Associates, Inc. | |
| T. Rowe Price Mid-Cap Value Fund, Inc. | |
| T. Rowe Price Group, Inc. | |
| T. Rowe Price Retirement Plan Services, Inc. | |
| Alaska Large-Cap Trust, incorrectly named as "Alaska CTF Large Cap Trust" | |
| T. Rowe Price Index Trust, Inc. | |
| T. Rowe Price Structured Research Common Trust Fund | |
| T. Rowe Price Balanced Fund, Inc., also named incorrectly as T. Rowe Price Balanced Fund - Large Cap Core | |
| T. Rowe Price Equity Income Fund | |
| T. Rowe Price Equity Income Trust | |
| T. Rowe Price Equity Index 500 Fund | |
| T. Rowe Price Total Equity Market Index Fund | |
| T. Rowe Price Equity Series, Inc. | |
| T. Rowe Price Equity Index Trust, incorrectly | |

| Defendants-Appellees-Cross-Appellants | Executive Committee Member |
|---|---|
| named as "T. Rowe Price Institutional Com Trust Fund Equity Index Trust" | |
| Hanna Jonas Miller | |
| Ruth McCormick Tankersley Revocable Trust, Dated October 6, 1992, incorrectly named as "Ruth McCormick Tankersley, as Trustee of the 10/06/92 Ruth McCormick Tankersely Revocable Trust," and also incorrectly named as "The 10/06/92 Ruth McCormick Tankersley Revocable Trust" | |
| Ruth McCormick Tankersley | |
| Ellen Johnson Twaddell | |
| William Sanderson Twaddell | |
| Tiffany Tankersley, incorrectly named as Tiffany Wolfe | |
| Trustees of the Walters Art Gallery, Inc., d/b/a the Walters Art Museum, incorrectly named as "Walters Trustees Consolidated Fund - fixed income" | |
| Board of Administration of the Water and Power Employees' Retirement Plan | |
| Weiss Multi-Strategy Partners LLC | |
| **Defendants-Appellees-Cross-Appellants** | **Executive Committee Member** |
| Susquehanna Capital Group<br><br>Susquehanna Investment Group<br><br>Susquehanna Investment Group as custodian of the SIG-SS CBOE Joint Account | **Financial Institution Holders**<br>Philip D. Anker<br>**Wilmer Cutler Pickering Hale and Dorr LLP**<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 230-8800<br>Facsimile: (212) 230-8888<br>E-Mail:    philip.anker@wilmerhale.com |

| Defendants-Appellees-Cross-Appellants | Executive Committee Member |
|---|---|
| | **Financial Institution Conduits** |
| A.G. Edwards & Sons, LLC | Gregg M. Mashberg |
| A.G. Edwards Private Equity Partners III, L.P. | Stephen L. Ratner |
| A.G. Edwards, Inc. | **Proskauer Rose LLP** |
| AG Edwards & Sons, Inc. | Eleven Times Square |
| Baldwin Enterprises, Inc. | New York, NY 10036-8299 |
| The Bank of New York Mellon | Telephone: (212) 969-3000 |
| The Bank of New York Mellon as trustee of The Bank of New York Mellon Employee Benefit Collective Investment Fund Plan f/k/a Mellon Bank, N.A. Employee Benefit Collective Investment Fund Plan | Facsimile: (212) 969-2900<br>E-Mail:    gmashberg@proskauer.com<br>sratner@proskauer.com |
| The Bank of New York Mellon as trustee of The Collective Trust Of The Bank of New York | |
| The Bank of New York Mellon as trustee of the PG&E Nuclear Facilities Qualified CPUC Decommissioning Master Trust | |
| The Bank of New York Mellon as trustee of the PG&E Postretirment Medical Plan Trust | |
| The Bank of New York Mellon as trustee of the R.E. Ginna Nuclear Power Plant LLC Master Decommissioning Trust | |
| The Bank of New York Mellon Corporation | |
| The Bank of New York Mellon Corporation Retirement Plans Master Trust | |
| BNY Mellon Investment Servicing (US) Inc. (f/k/a PFPC, Inc.) | |
| BNY Mellon Trust of Delaware | |
| BNY Mellon, N.A., as Succesor-In-Interest to Mellon Trust of New England, N.A. | |
| Cede & Co. | |
| The Depository Trust Company | |
| The Depository Trust & Clearing Corporation | |
| The Dreyfus Corporation | |
| Dreyfus Index Fund, Inc. | |

| Defendants-Appellees-Cross-Appellants | Executive Committee Member |
|---|---|
| The Dreyfus/Laurel Funds, Inc. | |
| Dreyfus Stock Index Fund, Inc. | |
| Equity League Pension Trust Fund | |
| Evergreen Asset Management Corp. | |
| First Clearing, LLC | |
| Iolaire Investors LLP | |
| Jefferies LLC (formerly Jefferies & Company, Inc. and successor to Jefferies Bache Securities, LLC (formerly Prudential Bache Securities, LLC)) | |
| Mellon Capital Management Corporation | |
| New Eagle Holdings LLC | |
| Newedge USA, LLC | |
| Oppenheimer & Co., Inc. | |
| Paper Products, Miscellaneous Chauffeurs, Warehousemen, Helpers, Messengers, Production and Office Workers Local 27 Pension Fund | |
| Pershing LLC | |
| Producer-Writers Guild of America Pension Plan | |
| Reed Elsevier Inc. | |
| Reed Elsevier U.S. Retirement Plan | |
| Reliance Trust Company | |
| Strategic Funds, Inc. | |
| Wachovia Bank, N.A. | |
| Wells Fargo Bank, N.A. | |
| Wells Fargo Investments, LLC | |

| Defendants-Appellees-Cross-Appellants | Executive Committee Member |
|---|---|
| | **Financial Institution Conduits** |
| Bank of America | Daniel Cantor |
| Bank of America, N.A | **O'Melveny & Myers LLP** |
| Bank of America, N.A. / LaSalle Bank, N.A. | 7 Times Square |
| Bank of America Corporation | New York, NY 10036 |
| Bank of America Structured Research | Telephone: (212) 236-2000 |
| Banc of America Securities LLC | Facsimile: (212) 236-2061 |
| Bank of America N.A. / GWIM Trust Operations | E-Mail:   dcantor@omm.com |
| Bank of America, National Association as Successor-in-Interest to Boatmens | |
| BNP Paribas Prime Brokerage, Inc. | |
| Columbia Management Group | |
| Forrestal Funding Master Trust | |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated | |
| Merrill Lynch | |
| Merrill Lynch & Co., Inc. | |
| Merrill Lynch Capital Corp. | |
| Merrill Lynch Financial Markets, Inc. | |
| Merrill Lynch Trust Co. | |
| Merrill Lynch, Pierce, Fenner & Smith, Inc. – Safekeeping | |
| Merrill Lynch, Pierce, Fenner & Smith, Inc. – Securities Lending | |
| 1IA SPX1 | |
| US Trust Co. N.A. | |
| U.S. Trust Company of Delaware | |

| Defendants-Appellees-Cross-Appellants | Executive Committee Member |
|---|---|
| Bear Stearns Asset Management, Inc.<br><br>Bear Stearns & Co., Inc. (n/k/a J.P. Morgan Securities LLC)<br><br>Bear Stearns Equity Strategies RT LLC<br><br>Bear Stearns Securities Corp. (n/k/a J.P. Morgan Clearing Corp.)<br><br>JPMorgan Chase 401(k) Savings Plan<br><br>JPMorgan Chase Bank, N.A.; which was also improperly referred to in the Amended Complaint as "Custodial Trust Company"<br><br>J.P. Morgan Clearing Corp.<br><br>J.P. Morgan Securities LLC (formerly J.P. Morgan Securities Inc.)<br><br>J.P. Morgan Securities Ltd.<br><br>J.P. Morgan Services Inc.<br><br>JPMorgan Trust II<br><br>J.P. Morgan Whitefriars, Inc. | **Financial Institution Conduits**<br>Elliot Moskowitz<br>**Davis Polk & Wardwell LLP**<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 701-5800<br>E-Mail: elliot.moskowitz@davispolk.com |

| Defendants-Appellees-Cross-Appellants | Executive Committee Member |
|---|---|
| Illinois Municipal Retirement Fund<br><br>School Employees Retirement System of Ohio<br><br>Ohio Public Employees Retirement System<br><br>Pensions Reserve Investment Management Board of Massachusetts<br><br>Employee Retirement System of Texas<br><br>Texas Education Agency | **Pension Funds**<br>Matthew L. Fornshell<br>**Ice Miller LLP**<br>250 West Street<br>Columbus, OH 43215<br>Telephone: (614) 462-2700<br>Facsimile: (614) 462-5135<br>E-Mail:    matthew.fornshell@icemiller.com |

| Defendants-Appellees-Cross-Appellants | Executive Committee Member |
|---|---|
| ABP<br><br>APG Asset Management US, Inc. F/K/A ABP Investments US, Inc.<br><br>Artis Aggressive Growth L.P.<br><br>Artis Aggressive Growth Master Fund L.P.<br><br>Artis Capital Management L.P.<br><br>Artis Partners 2X (Institutional) L.P.<br><br>Artis Partners 2X L.P.<br><br>Artis Partners 2X Ltd.<br><br>Artis Partners (Institutional) L.P.<br><br>Artis Partners L.P.<br><br>Artis Partners Ltd.<br><br>Francis L. Coolidge<br><br>Harvard Management Co.<br><br>Harvard University<br><br>Loomis Sayles Credit Alpha Fund<br><br>LPL Financial LLC<br><br>Marcia Tingley<br><br>Mutual of America Investment Corp.<br><br>Nora Morgenstern<br><br>President and Fellows of Harvard College<br><br>RS S&P 500 Index VIP Series (listed in Notice of Cross-Appeal as Guardian Investors Services LLC and Guardian VC 500 Index Fund, John Doe as Owner of)<br><br>Stichting Pensioenfonds ABP<br><br>Stichting Pensioenfonds Hoogovens<br><br>Stichting Pensioenfonds OCE<br><br>Stichting Pensioenfonds Van De ABN AMRO N.V.<br><br>Stichting Pensioenfonds Zorg En Welzijn<br><br>Stichting Shell Pensioenfonds | **Pension Funds**<br>D. Ross Martin<br>Douglas Hallward-Driemeier<br>**Ropes & Gray LLP**<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>E-Mail:    ross.martin@ropesgray.com<br>douglas.hallward-driemeier@ropesgray.com |

| Defendants-Appellees-Cross-Appellants | Executive Committee Member |
|---|---|
| Times Mirror Savings Plan | |
| Tribune Company 401(k) Savings Plan | |
| Tribune Company Master Retirement Savings Trust | |
| Tribune Employee Stock Ownership Plan | |
| Trustees of Boston College | |
| Welch & Forbes LLC | |

| Defendants-Appellees-Cross-Appellants | Executive Committee Member |
|---|---|
| GAMCO Asset Management, Inc.<br><br>The Public Employees' Retirement Association of Colorado | **Individual Beneficial Owners**<br>Andrew Entwistle<br>**Entwistle & Cappucci LLP**<br>280 Park Avenue<br>26th Floor West<br>New York, NY 10017<br>Telephone: (212) 894-7200<br>Facsimile: (212) 894-7272<br>E-Mail:    aentwistle@entwistle-law.com |

| Defendants-Appellees-Cross-Appellants | Executive Committee Member |
|---|---|
| Ciri Gillespie<br><br>Cara-Leigh Gillespie-Wilson<br><br>John Jansson<br><br>Carol Jansson<br><br>Walter Lang<br><br>Joel Marks<br><br>Steven Miller<br><br>Susan Miller<br><br>George Moss | **Individual Beneficial Owners**<br>David N. Dunn<br>**Potter Stewart. Jr. Law Offices, P.C.**<br>The Merchants Bank Building<br>205 Main Street, Suite 8<br>Brattleboro, VT 05301<br>Telephone: (802) 257-7244<br>E-Mail:    ddunn@potterstewartlaw.com |

| Defendants-Appellees-Cross-Appellants | Executive Committee Member |
|---|---|
| Mary E. Day | **Individual Beneficial Owners** |
| Peter J. Fernald, Trustee of The Peter J. Fernald Trust U/A 1/13/92 | Mark A. Neubauer |
| The Peter J. Fernald Trust U/A 1/13/92 | **Steptoe & Johnson LLP** |
| Debra A. Gastler | 2121 Avenue of the Stars |
| Jim Hicks, as Trustee of the Jim Hicks & Co. Employee Profit-Sharing Plan | Suite 2800 |
| Mark Allen Itkin | Los Angeles, CA 90067 |
| Darell F. Kuenzler | Telephone: (310) 734-3200 |
| Darell F. Kuenzler IRA | Facsimile: (310) 734-3300 |
| Chase L. Leavitt | E-Mail:     mneubauer@steptoe.com |
| Nancy Lobdell | |
| Jennifer Merkel, Successor Trustee of The Alfred W. Merkel Marlowe G. Merkel Trust UA 11 Sept 85 | |
| The Alfred W. Merkel Marlowe G. Merkel Trust UA 11 Sept 85 | |
| Renee H. Miller | |
| Robert N. Mohr, Successor Trustee to Joseph B. Mohr, as Trustee of the J&M Trust UA Dated 07/23/1992 | |
| Durham J. Monsma | |
| Robbie E. Monsma | |
| John Patinella | |
| Posen Family Limited Partnership | |
| Myrna Ramirez | |
| Monserrate Ramirez JTWROS | |
| Javad Rassouli | |
| Terrill F Cox & Lorraine M Cox Trust U/A DTD 3/31/98 | |
| William F. Thomas | |

67

| Defendants-Appellees-Cross-Appellants | Executive Committee Member |
|---|---|
| Aegon/Transamerica Series Fund – TRP<br><br>Aegon/Transamerica Series Trust T Rowe Price Equity Income<br><br>Board of Trustees of the Colleges of Applied Arts and Technology Pension Plan, as Administrator of Colleges of Applied Arts and Technology Pension Plan<br><br>Charles Schwab & Co. Inc<br><br>Charles Schwab & Co., Inc, as Custodian for Brent V. Woods IRA Rollover<br><br>Charles Schwab & Co., Inc, as Custodian of the George William Buck SEP-IRA DTD 04/08/93<br><br>Charles Schwab & Co., Inc, as Custodian of the Peter Marino IRA Rollover<br><br>Charles Schwab Investment Management, Inc. (incorrectly named "Charles Schwab Inv Mgt Co")<br><br>Clearwater Growth Fund<br><br>DIA MID CAP Value Portfolio<br><br>Harbor Capital Advisors, Inc.<br><br>Harbor Capital Group Trust<br><br>Harbor Mid Cap Value Fund<br><br>J. Goldman & Co., L.P.<br><br>Jay Goldman Master Limited Partnership<br><br>JHF II Equity-Income Fund<br><br>JHF II Spectrum Income Fund<br><br>JHT New Income Trust<br><br>John Hancock Financial Services Inc.<br><br>John Hancock Funds II<br><br>John Hancock Funds II (Equity-Income Fund)<br><br>John Hancock Funds II (Spectrum Income Fund)<br><br>John Hancock Variable Insurance Trust | **Mutual Funds**<br>Michael S. Doluisio<br>**Dechert LLP**<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104-2808<br>Telephone: (215) 994-4000<br>Facsimile: (215) 994-2222<br>E-Mail:    michael.doluisio@dechert.com |

68

| Defendants-Appellees-Cross-Appellants | Executive Committee Member |
|---|---|
| John Hancock Variable Insurance Trust (F/K/A John Hancock Trust (New Income Trust)) | |
| Linda Molenda | |
| Manulife Asset Management (US) LLC (Colleges of Applied Arts and Tech. Pension Plan) | |
| Manulife Invst Ex FDS Corp.-MIX | |
| Manulife Mutual Funds | |
| Manulife U.S. Equity Fund | |
| MassMutual Premier Enhanced Index Value Fund | |
| MassMutual Premier Funds | |
| MassMutual Premier Main Street Small Cap Fund | |
| MassMutual Premier Small Company Opportunities Fund | |
| MassMutual Select Diversified Value Fund | |
| MassMutual Select Funds | |
| MassMutual Select Indexed Equity Fund | |
| MML Blend Fund | |
| MML Equity Income Fund | |
| MML Series Investment Fund | |
| MML Series Investment Fund II | |
| Monumental Life Insurance Co F/K/A Peoples Benefit Life Insurance Company | |
| Monumental Life Insurance Co. | |
| Monumental Life Insurance Co., as Owner of Teamsters Separate Account (Monumental Life Insurance Company, on Behalf of Separate Account L-23) | |
| OFI Private Investments, Inc. | |
| Oppenheimer Main Street Select Fund (formerly known as Oppenheimer Main Street Opportunity Fund) | |
| Oppenheimer Main Street Small & Mid-Cap | |

| Defendants-Appellees-Cross-Appellants | Executive Committee Member |
|---|---|
| Fund (formerly known as Oppenheimer Main Street Small Cap Fund) | |
| Oppenheimer Variable Account Funds (doing business as Oppenheimer Main Street Small & Mid-Cap Fund/VA) (formerly known as Oppenheimer Main Street Small Cap Fund/VA) | |
| OppenheimerFunds, Inc. | |
| OptionsXpress, Inc. | |
| Pacific Select Fund | |
| Pro Shares Ultra S&P 500 | |
| Russell Investment Company | |
| Russell Investment Group | |
| Russell US Core Equity Fund | |
| Rydex ETF Trust (Rydex S&P 500 Pure Value ETF) | |
| Rydex ETF Trust (Rydex S&P Equal Weight Consumer Discretionary ETF) | |
| Rydex ETF Trust (Rydex S&P Equal Weight ETF) | |
| Rydex Investments | |
| Rydex Series Funds | |
| Rydex Series Funds Multi-Hedge Strategies Fund | |
| Rydex Series Funds S&P 500 Pure Value Fund | |
| Rydex Variable S&P 500 Pure Value Fund | |
| Rydex Variable Trust | |
| Rydex Variable Trust Multi-Hedge Strategies Fund | |
| SBL Fund Series H | |
| SBL Fund Series O | |
| Schwab 1000 Index Fund | |
| Schwab Capital Trust | |
| Schwab Fundamental US Large Company Index Fund | |

| Defendants-Appellees-Cross-Appellants | Executive Committee Member |
|---|---|
| Schwab Investments | |
| Schwab S&P 500 Index Fund | |
| Schwab S&P 500 Index Fund (F/K/A Schwab Institutional Select S&P 500 Fund) | |
| Schwab Total Stock Market Index Fund | |
| Security Global Investors-Rydex/SGI | |
| Security Investors, LLC | |
| Vanguard Asset Allocation Fund | |
| Vanguard Balanced Index Fund (a/k/a Vanguard Balanced Index Equity Fund) | |
| Vanguard Consumer Discretionary Index Fund | |
| Vanguard Equity Income Fund | |
| Vanguard Fenway Funds | |
| Vanguard Fiduciary Trust Company | |
| Vanguard FTSE Social Index Fund | |
| The Vanguard Group, Inc. | |
| Vanguard Growth and Income Fund | |
| Vanguard High Dividend Yield Index Fund | |
| Vanguard Index 500 Fund | |
| Vanguard Index Funds | |
| Vanguard Institutional Index Fund | |
| Vanguard Institutional Index Funds | |
| Vanguard Institutional Total Stock Market Index Fund | |
| Vanguard Large Cap Index Fund | |
| Vanguard Malvern Funds | |
| Vanguard Mid-Cap Index Fund | |
| Vanguard Mid-Cap Value Index Fund | |
| Vanguard Quantitative Funds | |
| Vanguard Scottsdale Funds | |
| Vanguard Structured Large-Cap Equity Fund | |
| Vanguard Tax-Managed Funds | |
| Vanguard Tax-Managed Growth & Income | |

| Defendants-Appellees-Cross-Appellants | Executive Committee Member |
|---|---|
| Fund | |
| Vanguard Total Stock Market Index Fund | |
| Vanguard Valley Forge Funds | |
| Vanguard Value Index Fund | |
| Vanguard Variable Insurance Fund | |
| Vanguard Variable Insurance Funds | |
| Vanguard VVIF Equity Fund Index | |
| Vanguard VVIF Equity Income VGI | |
| Vanguard VVIF Midcap Index Fund | |
| Vanguard Whitehall Funds | |
| Vanguard Windsor Funds | |
| Vanguard Windsor II Fund | |
| Vanguard World Fund (f/k/a Vanguard World Funds) | |
| VFTC - Vanguard Company Stock Account 21 | |
| Transamerica Asset Management, As Owner of the DIA Mid Cap Value Portfolio | |
| Transamerica Blackrock Large Cap Value VP (F/K/A Transamerica T. Rowe Price Equity Income VP) | |
| Transamerica Partners Mid Cap Value | |
| Transamerica Partners Mid Cap Value F/K/A Diversified Investors Portfolios | |
| Transamerica Partners Mid Value Portfolio (f/k/a Transamerica Partners Mid-Cap Value Portfolio f/k/a/ Diversified Investors Mid-Cap Value Portfolio) | |
| Transamerica Partners Portfolios (F/K/A Diversified Investors Portfolios) | |
| Transamerica Series Trust (F/K/A Aegon/Transamerica Series Trust) | |
| Woodmont Investments Ltd. | |

| Defendants-Appellees-Cross-Appellants | Executive Committee Member |
|---|---|
| College Retirement Equities Fund<br><br>Teachers Insurance and Annuity Association of America<br><br>TIAA Board Overseers, as Trustee<br><br>TIAA-CREF Funds<br><br>TIAA-CREF Institutional Mutual Funds<br><br>TIAA-CREF Investment Management, LLC<br><br>TIAA-CREF Life Funds | **Mutual Funds**<br>Steven R. Schoenfeld<br>**Robinson & Cole LLP**<br>Chrysler East Building<br>666 Third Avenue, 20th Floor<br>New York, NY 10017<br>Telephone: (212) 451-2900<br>Facsimile: (212) 451-2999<br>E-Mail:      sschoenfeld@rc.com |

| Defendants-Appellees-Cross-Appellants | Executive Committee Member |
|---|---|
| Amalgamated Bank<br><br>Bank of Montreal Holding Inc. (as successor in interest to BMO Nesbitt Burns Trading Corp. S.A.)<br><br>The Bank of Nova Scotia<br><br>Barclays Bank PLC<br><br>Barclays Capital Inc.<br><br>Barclays Capital Securities Limited<br><br>Bessemer Trust Company<br><br>BHF-Bank Aktiengesellschaft<br><br>BMO Nesbitt Burns Employee Co-Investment Fund I (U.S.), L.P.<br><br>BMO Nesbitt Burns Employee Co-Investment Fund I Management (U.S.), Inc.<br><br>BMO Nesbitt Burns Inc.<br><br>BMO Nesbitt Burns U.S. Blocker Inc.<br><br>BNP Paribas Securities Corp.<br><br>Brown Brothers Harriman & Co.<br><br>Canadian Imperial Holdings, Inc.<br><br>CIBC World Markets Corp.<br><br>CIBC World Markets, Inc.<br><br>Cooper Neff Advisors, Inc. n/k/a Harewood Asset Management (US) Inc.<br><br>Credit Suisse Securities (Europe) Ltd. | **At-Large**<br>Alan J. Stone<br>Andrew M. LeBlanc<br>**Milbank, Tweed, Hadley & McCloy LLP**<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219<br>E-Mail:      astone@milbank.com<br>                  aleblanc@milbank.com |

| Defendants-Appellees-Cross-Appellants | Executive Committee Member |
|---|---|
| Credit Suisse Securities (USA) LLC | |
| Credit Suisse (USA), Inc. | |
| D. E. Shaw Valence Portfolios, L.L.C. | |
| Deutsche Bank Securities Inc. | |
| Eaton Vance Multi Cap Growth Portfolio | |
| Eaton Vance Tax Managed Global Buy Write Opportunities Fund | |
| Eaton Vance Tax Managed Growth Portfolio | |
| Eaton Vance Tax Managed Multi-Cap Growth Portfolio | |
| Edward D. Jones & Co., L.P. | |
| Fidelity Advisor Series I | |
| Fidelity Commonwealth Trust | |
| Fidelity Concord Street Trust | |
| Fidelity Securities Fund – Leveraged Company Stock Fund | |
| Fidelity U.S. Equity Index Commingled Pool | |
| Goldman Sachs Execution & Clearing, L.P. | |
| Goldman Sachs International Holdings LLC | |
| Goldman Sachs Variable Insurance Trust | |
| Goldman, Sachs & Co. | |
| Liberty Harbor Master Fund I, L.P. | |
| National Financial Services LLC | |
| PNC Bank, N.A. | |
| PNC Financial Services Group, Inc. | |
| RBC Capital Markets Arbitrage, LLC | |
| RBC Capital Markets, LLC | |
| RBC Global Asset Management, Inc. | |
| RBC O'Shaughnessy U.S. Value Fund | |
| Royal Bank of Canada | |
| Royal Trust Corporation of Canada | |
| Schultze Asset Management LLC | |

| Defendants-Appellees-Cross-Appellants | Executive Committee Member |
|---|---|
| Scotia Capital (USA) Inc. | |
| Scotia Capital Inc. | |
| SG Americas Securities, LLC | |
| SSGA Russell 1000 Value SL Fund | |
| SSGA S&P 500 Equal Weight CTF | |
| SSGA S&P 500 Flagship Fund | |
| SSGA S&P 500 Index Fund CTF | |
| SSGA S&P 500 Tobacco Free Index CTFState Street Bank and Trust Company | |
| State Street Bank Luxembourg, S.A. | |
| State Street Global Advisors (Japan) Co., Ltd. | |
| State Street Global Advisors, Inc. | |
| State Street Trust & Banking Co., Limited | |
| SunTrust Bank | |
| Swiss American Corporation | |
| UBS AG | |
| UBS Financial Services, Inc. | |
| UBS Global Asset Management (Americas) Inc. | |
| UBS Global Asset Management (US) Inc. | |
| UBS O'Connor LLC | |
| UBS Securities LLC | |
| U.S. Bancorp Investments, Inc. | |
| U.S. Bank N.A. | |
| U.S. Bancorp Investments, Inc. | |
| U.S. Bank N.A., as trustee of the Andersen Defined Benefit Trust | |
| U.S. Bank N.A., as trustee of the Thelma Orshek Testamentary Trust | |
| U.S. Bank N.A., as trustee of the U.S. Bancorp Pension Plan | |
| U.S. Bank N.A., as trustee of the William B. Denhart Nonqualifying Trust | |

| Defendants-Appellees-Cross-Appellants | Executive Committee Member |
|---|---|
| Variable Insurance Products Fund II – Index 500 Portfolio<br><br>Workers' Compensation Board (listed in Notice of Cross-Appeal as Workers Compensation Board—Alberta) | |

| Defendants-Appellees-Cross-Appellants | Counsel |
|---|---|
| Adage Capital Advisors Long<br><br>Adage Capital Partners LP<br><br>Cougar Trading, LLC<br><br>Del Mar Master Fund, Ltd.<br><br>DiMaio Ahmad Capital LLC<br><br>Emanuel E. Geduld 2005 Family Trust<br><br>GPC LX LLC<br><br>Gryphon Hidden Values VIII Ltd.<br><br>Guggenheim Advisors, LLC<br><br>Guggenheim Portfolio Company XXXI, LLC<br><br>Guggenheim Portfolio LIX, LLC<br><br>Halcyon Asset Management LLC<br><br>Halcyon Diversified Fund LP<br><br>Halcyon Fund, LP<br><br>Halcyon Master Fund LP<br><br>Harvest AA Capital LP<br><br>Harvest Capital LP<br><br>Howard Berkowitz<br><br>Hudson Bay Fund LP<br><br>Hudson Bay Master Fund Ltd.<br><br>Hussman Econometrics Advisors, Inc.<br><br>Hussman Investment Trust<br><br>Hussman Strategic Growth Fund<br><br>John Splain, as Trustee of the Hussman Investment Trust<br><br>Lispenard Street Credit Fund LLP<br><br>Lispenard Street Credit Master Fund<br><br>Lispenard Street Credit Master Fund Ltd.<br><br>Lockheed Martin Corporation<br><br>Lockheed Martin Corporation Master Retirement Trust | **Additional Cross-Appellants**<br>Gary Stein<br>William H. Gussman, Jr.<br>**Schulte Roth & Zabel LLP**<br>New York, NY 10022<br>Telephone: (212) 756-2000<br>Facsimile: (212) 593-5955<br>E-Mail:    gary.stein@srz.com |

| Defendants-Appellees-Cross-Appellants | Counsel |
|---|---|
| New Americans LLC | |
| Pond View Credit (Master) LP | |
| QVT Fund LP | |
| Sowood Alpha Fund LP | |
| Stark Global Opportunities Master Fund Ltd. | |
| Stark Investments | |
| Stark Master Fund Ltd. | |
| Swiss Re Financial Products Corp. | |
| TOA Reinsurance Company of America | |
| Towerview LLC | |
| Twin Securities, Inc. | |
| Wabash/Harvest Partners LP | |